Exhibit C

**Canon**

CXDI Control Software NE

Version 1.40

# Setup Guide

CE 0197

Before using this software, be sure to read this manual and the separate Operation Manual thoroughly.
Also, read the Digital Radiography CXDI series User's Manual.
Keep the manual where it is easily accessible.

# To the Customers

Thank you for purchasing the Canon CXDI Control Software NE (hereinafter called this product).
Operating instructions are divided into two volumes: the Operation Manual and the Setup Guide.
Before using this product, be sure to read these manuals thoroughly in order to utilize this product more effectively.

## Disclaimer

1. In no event shall Canon be liable for any damage or loss arising from fire, earthquake, any action or accident by a third party, any intentional or negligent action by the users, any trial usage, or other usage under abnormal conditions.

2. In no event will Canon be liable for direct or indirect consequential damage arising out of the use or unavailability of this product.
   Canon will not be liable for loss of image data due to any reason.

3. In no event shall Canon be liable for personal physical harm or property damage that is sustained when the instructions are not followed or the product is misused.

4. It is the responsibility of the attending physicians to provide medical care services. Canon will not be liable for the faulty diagnosis.

5. Roentgenography, image processing, image reading, and image data storage must be performed in accordance with the laws of the country or region in which the product is being used.
   The user is responsible for maintaining the privacy of image data.

6. Information in this manual may change without prior notice.

7. We've taken all possible means to ensure the content accuracy of this manual. If you have any questions or problems, contact your sales representative or local Canon dealer.

## Trademarks

- The Canon name and Canon logo are registered trademarks of Canon Inc.
- Ethernet is a trademark of Xerox Corporation.
- Microsoft and Windows are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries or regions.
- TrueType is a registered trademark of Apple Inc.
- Intel and Intel Core are trademarks of Intel Corporation in the U.S. and other countries.
- NVIDIA, GeForce, and NVIDIA Quadro are either registered trademarks or trademarks of NVIDIA Corporation in the United States and/or other countries or regions.
- Other systems and product names in this manual are the trademarks of the manufacturers that have developed them.

## Copyright

- All rights reserved.
- Under copyright laws, this manual may not be reproduced, in whole or in part, without the written permission of Canon.

## Third Party Software

Third-party software will be installed on the image-capture computer when the control software is being installed by the service engineer. For details on the third-party software and its license agreements, consult your service engineer.

2

# Safety Summary

Before using this product, read this safety summary thoroughly. This information will prevent the users and persons involved from sustaining physical harm and/or property damage.
Read the separate Operation Manual and the Digital Radiography CXDI series User's Manual as well.

## Safety Notices

The following safety notices are used to emphasize certain safety instructions. This manual uses the caution symbol along with a caution message.

|  CAUTION | This notice is used to identify conditions under which improper use of the product may cause minor personal injury. |
| --- | --- |

## Safety Precautions

Follow this safeguard and use the application software properly to prevent injury and equipment/data damage.

While conducting Calibration and Performance Test

 **CAUTION**

**Be sure to confirm that there is no person in the radiology room during Calibration and Performance Test to prevent the possibility of any persons exposing themselves to X-ray exposure.**

# Contents

Safety Summary ................................................................................................................... 3


# 1 System Configurations and Requirements

1.1 Hardware configuration.................................................................................... 8

1.2 Hardware requirements ................................................................................... 9

1.3 Software requirements ................................................................................... 10


# 2 System Setup Screen

2.1 Using the system setup screen..................................................................... 12
    2.1.1 Basic operations......................................................................................... 12
    2.1.2 System setup option finder ........................................................................ 14

2.2 User Administration tab ................................................................................ 16

2.3 System Settings tab ...................................................................................... 18
    2.3.1 System options ........................................................................................... 18
    2.3.2 Monitor Gamma ......................................................................................... 21

2.4 Customize Display tab ................................................................................... 23
    2.4.1 Information input/selection form and item display options ............................... 23
    2.4.2 Description List Items option ...................................................................... 26
    2.4.3 Toolbar options........................................................................................... 27

2.5 Annotation tab ............................................................................................... 30
    2.5.1 Preview Annotation tab............................................................................... 30
    2.5.2 Free Annotation/Laterality Marker tab ...................................................... 32
    2.5.3 Film Annotation tab .................................................................................... 34

2.6 Connection tab ............................................................................................... 37
    2.6.1 Storage tab................................................................................................. 37
    2.6.2 Printer tab................................................................................................... 40
    2.6.3 MWL tab..................................................................................................... 44
    2.6.4 MPPS tab.................................................................................................... 46
    2.6.5 Disk Storage tab......................................................................................... 47
    2.6.6 GenCom tab ............................................................................................... 49
    2.6.7 Layout Template ......................................................................................... 50

# 3 System Tools

## 3.1 Using the system tools ....................................................................... 54
### 3.1.1 Basic operations ........................................................................... 54
### 3.1.2 System tool option finder ............................................................ 55

## 3.2 Log Viewer ............................................................................................. 57

## 3.3 Process Viewer ...................................................................................... 58

## 3.4 Protocol Editor ...................................................................................... 60
### 3.4.1 Modifying the protocol ................................................................. 60
### 3.4.2 Creating new protocols ................................................................ 68
### 3.4.3 Packaging a set of protocols in a single protocol ....................... 70
### 3.4.4 Organizing the protocol trays ...................................................... 73
### 3.4.5 Automatically applying protocols to a study ................................ 76

## 3.5 QC Tool .................................................................................................. 78
### 3.5.1 Calibrating the detector ............................................................... 78
### 3.5.2 Inspecting the detector (Performance Test) ................................ 81
### 3.5.3 Inspecting the detector/power box (Self-diagnosis) ................... 82

## 3.6 Image Proc (Image Processing Adjustment) ........................................ 85

## 3.7 DB Backup ............................................................................................. 90
### 3.7.1 Database Backup option ............................................................. 90
### 3.7.2 Output Exam Log option ............................................................. 91

# Appendix

# 1 Imaging Parameters ................................................................................. 95

## 1.1 Overview of Imaging Parameters ........................................................ 95

## 1.2 Classification of Imaging Parameters .................................................. 95

## 1.3 Access Privileges ................................................................................ 95

## 1.4 How to Access Imaging Parameters .................................................... 96

# 2 Saving Imaging Parameters .................................................................... 97

## 2.1 Adjustment and Saving of Default Parameters .................................... 98
### 2.1.1 Adjustment .................................................................................. 98
### 2.1.2 Saving ......................................................................................... 98

## 2.2 Adjustment and Saving of Study Parameters ...................................... 98
### 2.2.1 Adjustment .................................................................................. 98
### 2.2.2 Saving ......................................................................................... 98

**3 Details of Imaging Parameters**...........................................................**99**

**3.1 Main Parameters** .................................................................. **99**

**3.2 Description of Parameters** ................................................. **100**

**3.3 Other Parameters** ................................................................ **106**

**4 Adjustment Procedure** .......................................................**107**

**4.1 Default Parameters** ............................................................. **107**

**4.2 Study Parameters** ................................................................ **110**

**5 Technical Overview of Image Processing**.......................**112**

**5.1 Overview of Image Processing** ......................................... **112**

**5.2 Automatic Analysis**............................................................. **113**

    5.2.1 Detection of Irradiated Fields ................................................. 113

    5.2.2 Image Feature Analysis ............................................................ 114

    5.2.3 Dynamic Range Analysis .......................................................... 115

**5.3 Image Processing for Diagnosis** ...................................... **116**

    5.3.1 Image Tone Transformation ..................................................... 116

    5.3.2 Dynamic Range Adjustment ..................................................... 117

    5.3.3 Image Enhancement.................................................................. 119

    5.3.4 Noise Reduction ........................................................................ 120

**6 Printing IP Parameter Values on Printed Images** ...........**121**

**6.1 IP Parameter indication details**......................................... **121**

**7 Monitor Gamma Adjustment** .............................................**124**

**Index** ............................................................................................**128**

# *1* System Configurations and Requirements

**1.1 Hardware configuration**

**1.2 Hardware requirements**

**1.3 Software requirements**

1. System Configurations and Requirements

# 1.1 Hardware configuration



*1  Consists of DICOM standard compatible equipment (HIS/RIS, PACS, printer, storage device, etc).
*2  Recommended commercially available items

# 1.2 Hardware requirements

### Image-capture computer

- Intel® Core™2 Duo 2.0 GHz or faster processor
- 4 GB or more of RAM
- 50 GB or more of available hard-disk space (200 GB of free space is required at installation)

### Display

- XGA (1024 × 768)/SXGA (1280 × 1024) resolution or higher
- WXGA++ (910 × 804), WSXGA+ (1680 × 1050), WUXGA (1920 × 1200)
- DICOM GSDF or DICOM P-value LUT compatible
- Touch operation compatible

### Video card

- Graphic board
- Screen resolution corresponding to that of the display

### Ethernet

- More than 3 ports (For a detector control[*1], X-ray generator control[*2], and Local Area Network)

[*1] An Intel port (1000 Mbps) for a detector
[*2] When using an X-ray generator communication option

### Detector

- Static flat-panel detectors (Ethernet connection compatible):
  CXDI-50G, CXDI-50C, CXDI-55G, CXDI-55C, CXDI-40EG, CXDI-40EC, CXDI-40G COMPACT, CXDI-60G, CXDI-60C, CXDI-401G, CXDI-401C, CXDI-401G COMPACT, CXDI-401C COMPACT, CXDI-501G, CXDI-501C
- Wireless flat-panel detector:
  CXDI-70C Wireless, CXDI-80C Wireless
- Maximum number of detectors that can be configured: 10
- Maximum number of detectors that can be simultaneously connected: 4

### UPS (Uninterruptible Power Supply) (optional)

### Bar-code reader (optional)

- USB interface
- USB bus power

### Magnetic card reader (optional)

NOTE:   For details about hardware requirements, consult your service engineer.

# 1.3 Software requirements

### Operating System

- Microsoft Windows 7 Professional Edition (✕64)

- Microsoft Windows 7 Ultimate Edition (✕64)

### Additional software

- .Net Framework 3.5 SP1 or later

- Microsoft Windows 7 Security Patch

- SQL Server 2005 Express Edition

- DirectX Runtime

- VC++ 2005 redistributable package

- VC++ 2008 redistributable package

NOTE:   For details about software requirements, consult your service engineer.

# *2* System Setup Screen

## 2.1 Using the system setup screen

## 2.2 User Administration tab

## 2.3 System Settings tab

## 2.4 Customize Display tab

## 2.5 Annotation tab

## 2.6 Connection tab

# 2.1 Using the system setup screen

Fundamental system setup options (user administration, screen appearance, and so on) are organized through the setup option tabs on the system setup screen. First learn basic operation in 2.1.1, and then access the necessary setup options as explained by the setup option finder in 2.1.2.

## 2.1.1 Basic operations

### *1* Show the system setup screen.

Click [    ] on the [EXAM] or [PAST] screen.



(System setup button)

**[EXAM] or [PAST] screen**

Login user name

[Connect GEN]

Setup option tabs

**System setup screen**

### *When [Connect GEN] appears*

The image-capture computer and the X-ray generator have been functionally disconnected. Click [Connect GEN] to resume connection.

Note:    [Connect GEN] appears only when the communication with the X-ray generating device is enabled. See 2.6.6 for details on operation.

## 2 Select a setup option.

Click the target setup option tab. For the Annotation and Connection tabs, a further click of a sub-tab is required.

NOTE:    The User Administration tab is not available during examination.

### *To change the settings*

See 2.2 through 2.6.



[Apply]

[Cancel]

[OK]

### *To save the changes that have been made and continue with other settings*

Click [Apply].

### *To save the changes and return to the previous [EXAM] or [PAST] screen*

Click [OK]. The screen shown before clicking returns.

### *To cancel the changes and return to the previous [EXAM] or [PAST] screen*

Click [Cancel]. The screen shown before clicking returns.

NOTE:    After [Apply] is clicked, the changes cannot be canceled.

## 2.1.2 System setup option finder

The following system setup option tabs are available:

| User Administration | System Settings | Customize Display | Annotation | Connection |
|---|---|---|---|---|

### *User Administration tab (See 2.2)*

Addition, deletion, and modification of the user account

### *System Settings tab (See 2.3)*

| | |
|---|---|
| **CXDI Control Software NE:** | |
| | **Software Version**, **Character Set**, **Device Info** and **Access Point Setting** |
| **Screen Saver:** | **Wait Time** and **Auto-Logout** |
| **Process Viewer:** | **Refresh Interval** |
| **Stitch Setting:** | **Show Stitch Screen automatically after ending every Exam** and **Align images using markers** |
| **GUI Color Taste Selection:** | |
| | Four colors are available. |
| **Institution:** | **Institution Name** |
| **Monitor Gamma:** | Confirmation of the monitor gamma adjustment using test patterns |
| **Study Input Type: MWL** | |
| **Common Cropping Area options:** | |
| | **Cropping Area**, **Alignment Reference Area**, **Alignment**, and **Custom Area** |

### *Customize Display tab (See 2.4)*

| | |
|---|---|
| **Patient Information Display options:** | |
| | **Patient Name Input Form**, **Automatically calculate age**, **Patient Info Input Mode**, and **Essential Input Setting** |
| **Examination Screen:** | |
| | **Automatic Next Protocol Selection**, **Input Reject Reason**, **Help Display**, and **Measurement Object** |
| **Study Information Display Setting:** | |
| | On/off setting for the title and value display, and essential input application |
| **Column Headers:** | For both the Worklist/Pending List and the Past List |
| **Description List Items:** | |
| | Description list management for Referring Physician, Reading Physician, and Reject Reason |
| **Protocol Settings:** | |
| | **Protocol Selector Default options**, **Body Part Search Selector - Protocol List Display options**, **Automatically apply protocol**, and **Show Code Meaning** |
| **Toolbar options:** | Customization of the toolbar (see 2.4.3) |

### *Annotation tab*

The following sub-tabs are available.



**Preview Annotation tab (See 2.5.1):**
Display item layout for single view mode, **Font**, and font size

**Free Annotation/Laterality Marker tab (See 2.5.2):**
**Font**, font size, and **Free Annotation** list for free annotations
**Font** and font size for laterality markers

**Film Annotation tab (See 2.5.3):**
Embedded item layout, **Font**, and font size for each film/image
(This tab is separated into **Film Box Annotation** and **Image Box Annotation** sub-tabs in accordance with the intended annotation object.)

### *Connection tab*

The following sub-tabs are available.

| User Administration | System Settings | Customize Display | Annotation | Connection |
|---|---|---|---|---|
| Storage | Printer | MWL | MPPS | Disk Storage | GenCom |

**Storage tab (See 2.6.1):**
Storage selection and communication tests, **Storage List** management, and **Common Output Setting**

**Printer tab (See 2.6.2):**
Printer selection, **Printer List** management and communication tests, **Film Output Destination**, **Common Output Setting** and **Layout Template** selection (see 2.6.7)

**MWL tab (See 2.6.3):**
MWL settings and communication tests, and **Search Condition** settings

**MPPS tab (See 2.6.4):**
MPPS settings and communication tests

**Disk Storage tab (See 2.6.5):**
Disk Storage directory selection and **Disk Storage Folder List** management

**GenCom (See 2.6.6):**
X-ray generator communication selection

# 2.2 User Administration tab

To ensure the security of personal information and enable authenticated operation, the CXDI Control Software NE (hereinafter referred to as "Software") provides a login dialog box on the start screen. The User Name for the user account created with this tab appears in the User Name selector on the start screen. A user without System Administrations privileges can only modify his/her own user account settings.

NOTE:   New user account registration requires the System Administrations privilege (see step  2). Consult your service engineer.



User account list

[Add]

[Delete]

[Property]

The available privileges are indicated by check marks.

[OK]

Click to cancel registration.

## 1 Register an user account to the user account list.

Click [Add] to create a new user account.

### To modify an existing user account

Click the target user in the user account list, and then click [Property].

## 2 Enter or modify the user account properties.

**User Name:** Identifies users.

**Operator Name (for DICOM):**
This entry is optional.

**Change Password Information:**
Select this option before entering a new password.

**New Password:** Enter the same password in the Retype Password (Confirmation) field as well.

**Role:** Click the **Role** drop-down arrow, and then select options from **Administrator** and **Standard User**. According to the role, advanced operations are permitted. The following privileges can be granted to a role:
**System Administrations** (this section),
**ProtocolEdit Administrations** (see 3.4),
**ImageProcessing Administrations** (see 2.3.2 and 3.6),
**Calibration Administrations** (see 3.5).

NOTE: In addition to Administrator and Standard User, the roles registered by the service engineer can be selected. For details, consult your service engineer.

NOTE: For User Name and Operator Name options, up to 64 alphanumeric characters can be used. For the New Password option, 4 to 64 alphanumeric characters can be used. Avoid use of blank character at the beginning of the name and password.

NOTE: The current login user cannot change his/her own Role option.

## 3 Set the user account.

Click [OK] in the Property dialog box.

### To delete a user account

Click the target user in the user account list, click [Delete], and then click [OK] in the confirmation dialog box that appears.

# 2.3 System Settings tab



## 2.3.1 System options

### *CXDI Control Software NE*

| | |
|---|---|
| **Software Version:** | Shows the version of the Software. |
| **Character Set:** | Shows the value of the character set for DICOM information. |
| **Device Info:** | Click to show the information dialog box for a connected detector and power box. If two or more detectors are connected, a target detector selection is required on the Detector Name drop-down list of the dialog box. Click [OK] to close the dialog box. |
| **Access Point Setting:** | |
| | Shows the channel and frequency band assigned for a wireless detector used with the Software when the wireless detector is registered as a workspace. Two frequency bands (**2.4 GHz** and **5 GHz**) are available. "**-**" indicates that no access point is set. |

### *Screen Saver*

| | |
|---|---|
| **Wait Time:** | Specify the amount of time after the last operation until the screen saver becomes active (within a range of 1 to 60 minutes). |
| **Auto-Logout:** | Select this option to automatically log out of the Software and activate the screen saver. This option may not be available depending on the Software setting. Consult your service engineer for the setting. |

### Process Viewer (See 3.3)

**Refresh Interval:** Specify the refresh interval for the process viewer (within a range of 1 to 60 seconds).

### Stitch Setting

**Show Stitch Screen automatically after ending every Exam:**
Select the check box to automatically show the stitch screen when the number of images required for stitch protocol have been captured.

**Align images using markers:**
Select the check box to automatically align partial images based on the marker images. For details on manual alignment method, refer to 8.3.1 in the Operation Manual.

### GUI Color Taste Selection

Select a preferred skin among the following four options: **Warm Dark** or **Cool Dark** when using in a dimly-lit room such as a radiology room, or **Warm Light** or **Cool Light** when using in a well-lit room such as a hospital ward in which X-ray exposure is available using a mobile system.

NOTE:    If SI Overlap Software is used and Warm Light or Cool Dark option is configured for GUI Color Taste Selection, screen may not be displayed normally. In such cases, change GUI Color Taste Selection to Warm Dark or Cool Light.

### Institution

**Institution Name:** Enter or modify the institution name to output as a film box annotation (see 2.5.3).

### Monitor Gamma

See 2.3.2 for details.

### Study Input Type

Selects the study acquisition method. Only the **MWL** option is available for the current version.

### *Common Cropping Area options*

Select a workspace from the drop-down list and click the target exposure mode tab (**Radiography** or **Stitch**) before setting the following options.

**Cropping Area:**   Click on the drop-down arrow, and select an option from among **Detected Irradiated Field**, **Custom Area**, and **Effective Area**.

**Alignment Reference Area:**

When Custom Area is selected for Cropping Area above, click on the drop-down arrow, and select an option from **Detected Irradiated Field** and **Entire Effective Area**. The following Alignment option functions based on the selected area.

**Alignment:**   Click on the drop-down arrow, and select an option from **Top aligned**, **Center aligned**, and **Bottom aligned**.

**Custom Area:**   Specify the size of the Cropping Area above. The available range of each input value is displayed below the text box. The unit can be selected from among **inch**, **mm**, and **pixel**.

NOTE:   When Common to system is selected for the Common Cropping Area in the Protocol Workspace Settings screen (see "Protocol Workspace Settings" in 3.4.1), the setting in this screen will be applied.

## 2.3.2 Monitor Gamma

To maintain a uniform screen appearance, regularly check whether the monitor gamma is properly adjusted using the SMPTE test pattern.

*1* **Start monitor gamma confirmation.**

Click [SMPTE].

NOTE:    Operations for the Monitor Gamma option require the ImageProcessing Administrations privilege (see step 2 in 2.2).



[SMPTE]

**System Settings tab**



Contrast bars

Gradation patches

5%, 95% luminance patches

Contrast bars

[OK]

**SMPTE screen**

Continued

## 2    Check the screen appearance for the current monitor gamma.

Check whether the monitor gamma is properly adjusted using the three kinds of patches below.

### *To confirm the 5% and 95% luminance patches*

Confirm that the squares inside each of the two luminance patches are clearly and equally defined.

### *To confirm the gradation patches*

Confirm that the gradation patches are clearly defined.

### *To confirm the contrast bars*

Confirm that the black and white strips are clearly defined.

## 3    End monitor gamma confirmation.

Click [OK] to return to the System Settings tab.

NOTE:    Depending on the current software configuration, users can adjust the monitor gamma and save the adjustment result (see 7 in Appendix for details) in addition to confirming the monitor gamma using the SMPTE test pattern.

# 2.4 Customize Display tab



Available column headers

Click to proceed to Customize Display tab 2

**Customize Display tab 1**

## 2.4.1 Information input/selection form and item display options

### *Patient Information Display options*

**Patient Name Input Form:**
Select patient input from **Divide Half size group into five components** (patient name text box will be divided for family name, given name, middle name, prefix, and suffix) or **Do not divide**.

**Automatically calculate age:**
Select the check box to calculate patient age based on the birth date included in the patient information.

**Patient Info Input Mode:**
Select either **Birth** (uses a date of birth for the patient information) or **Age** (uses an age for the patient information).

NOTE:   When the Automatically calculate age check box is not selected, both Birth and Age can be selected.

**Essential Input Setting:**
Select the items required for the patient information pane. "*" appears at the left of the selected items in the patient information pane, which indicates items that need to be entered before an examination is started. (refer to 3.3.1 in the Operation Manual).

**Patient ID**, **Name**, **Birth** (birthday), **Age**, **Sex**

NOTE:   Patient ID cannot be cleared.

### *Examination Screen*

**Automatic Next Protocol Selection:**

Select the check box to automatically prepare the next available protocol for exposure. Clear the check box to manually select the next protocol to be conducted.

**Input Reject Reason:**

Select the check box to require entry of a Reject Reason.

**Help Display:**    Select the position of the help display in the image view pane during image processing operations from among **Top**, **Middle**, and **Bottom**.

**Measurement Object:**

Specify the details of objects embedded in measurement mode.
**Line Width** (of the distance/angle object), **Unit** (select from among "mm", "cm", and "inch"), **Font** (font name), and font size (refer to 6.3 in the Operation Manual)

### *Study Information Display Setting*

Select a **Title** radio button so that the selected item is displayed in the study information pane title area. Select **Display** check boxes so that the selected items are displayed in the study information pane. Select **Essential Input** check boxes so that the selected items are required to be entered in the **Edit Study Information** dialog box before an examination is started. The selected items are displayed with "*" added at the left of them in that dialog box. (refer to 3.3.1 in the Operation Manual). The available study information items are as follows: **ACC#**, **Referring Physician**, **Requesting Physician**, **Study Instance UID**, **RP ID**, **RP Description**, **Study Description**, **Reading Physician**, **SPS ID**, and **SPS Description**

NOTE:   The Display check box for ACC# cannot be cleared.

### Column Headers

Select **Worklist** (or Pending List when the MWL service is disabled) or **Past List**, and then select the column headers to be displayed for the selected list. Available column headers for each list are as follows:

| | |
|---|---|
| **Worklist:** | **Accession No.**, **Study DateTime** (of the ordered examination), **Patient ID**, **Name**, **Study Status**, **Study Date**, **Study Time**, **Sex**, **Birth** (birthday), **Height**, **Weight**, **Referring Physician**, **Requesting Physician**, **Comment**, **Number of Protocols, RP ID** (requested procedure ID), **Pregnancy Status**, **SPS Description** (scheduled procedure step description), and **RP Description** (requested procedure description) |
| **Past List:** | **Accession No.**, **Study DateTime**, **Patient ID**, **Name**, **Birth**, **Print Result**, **Store Result**, **Media Store Result**, **Study Date**, **Study Time**, **Number of Images**, **Sex**, **SC** (storage commitment), **Reject**, and **Protect** |

NOTE:   Check boxes for Accession No., Study DateTime, Patient ID, and Name cannot be cleared. Only for Past List, the check box for Birth cannot be cleared as well.



Customize Display tab 2

    [Add]

    [Delete]

    Text box

    Click to return to Customize Display tab 1

### Description List Items

See 2.4.2 for details.

### *Protocol Settings*

**Protocol Selector Default options:**

Select the initial setting of protocol selection mode for operations in the Protocol Editor screen (see 3.4.1) and Edit Exam screen (refer to 3.2 in the Operation Manual). **Search by Category** (category tray mode) and **Search by Body Part** (body part search mode) are available.

**Body Part Search Selector - Protocol List Display options:**

Select the protocol trays enabled in body part search mode. **Frequently-used protocols**, **Recently-used protocols**, and **Examination history** are available.

NOTE:    Frequently-used protocols and Recently-used protocols cannot be cleared at the same time.

**Automatically apply protocol:**

Select the check box to automatically apply predetermined protocols to the studies for which protocols have not been set.

**Show Code Meaning:**

Select the check box to use Code Meaning for the protocol title (except for protocols selected on the Edit Exam screen).

### *Toolbar options*

See 2.4.3 for details.

## 2.4.2 Description List Items option

The descriptions of reject reasons as well as the names of the referring physicians and reading physicians are preset in this option.

## *1* Select the target option.

Select one of the **Referring Physician**, **Reading Physician**, and **Reject Reason** radio button.

## *2* Add a new description to the list.

Enter a new name or description in the text box, and then click [Add].

### *To delete an description from the list*

Click a name or description in the list to select it, and then click [Delete].

## 2.4.3 Toolbar options

Configurations of the toolbar buttons displayed in the [EXAM > Examination] and [PAST > View] screens can be customized.
To customize the toolbar to adjust the display size, two types of configurations can be registered and they can be switched with each other using [Toolbar 1] or [Toolbar 2], located at the bottom of the toolbar. Refer to 6.1 in the Operation Manual for details.

NOTE:    The toolbar in the processing parameter edit screen (see step 3 in 3.6) cannot be customized.

*1*   **Show the Toolbar options screen.**

Click [Toolbar options].



[Toolbar options]

Customize Display tab 2



Toolbar Setting

Group Details Setting

Click to cancel modifications and return to Customize Display tab 2.

Preview pane

Toolbar options screen

[OK]

Continued

## 2 Modify the toolbar configuration.

### To show/hide buttons in groups

Use the Toolbar 1 and Toolbar 2 lists in Toolbar Setting. The results can be checked in the Preview pane.

Select the target item check box to show its button group in the toolbar.

Clear the target item check box to hide its button group in the toolbar.

The items in the Toolbar Setting list control a button or a set of buttons as described below:

**Info:**  (Info)

**Rotate/Flip:**  (Right Rotation),  (Left Rotation),  (Horizontal Flip),  (Vertical Flip)

**Zoom in/Zoom out:**  (Panning), **[HQ]**,  (Zoom In),  (Zoom Out),  (Fit)

**Laterality/ROI/Crop/Mask:** **[L]** (L Mark), **[R]** (R Mark), **[ROI]**,  (Crop), **[Mask]**

**Retake/Reject:** **[Retake]**, **[Reject]**

**Reset:** **[Reset]**

**Undo:**  (Undo)

### To show/hide buttons individually

Use the list in Group Details Setting. Changes are reflected in both Toolbar 1 and Toolbar 2, and the results can be checked in the Preview pane.

After selecting a button group from the drop-down list, modify the configuration.

Select the target item check box to show its button in the toolbar.

Clear the target item check box to hide its button in the toolbar.

NOTE: When [Retake] is displayed, be sure that [Reject] is also displayed, or the rejected image cannot be restored (refer to 4.3 in the Operation Manual).

NOTE: Some buttons may remain hidden depending on the specifications and settings of the display in use or the number of buttons configured to be shown.

Check that the bottom button is displayed on the [EXAM > Examination] or [PAST > View] screen.

### *To change the order of the button(s)*

Click the target item (not the check box) to highlight it in Toolbar Setting or Group Details Setting and click [∧] or [∨].



**3** **Register the modifications and return to Customize Display tab 2.**

Click [OK].

# 2.5 Annotation tab

## 2.5.1 Preview Annotation tab

Annotations superimposed on preview images are selected and arranged on the Preview Annotation tab.



**[Annotation > Preview Annotation] tab**

Labels around image:
- Selected position is shown.
- Font and size option
- Selected item list
- [Delete]
- [∧]/[∨]
- Available annotation list
- Positions
- [Add]
- [Blank line]
- Preview pane
- Positions

NOTE:    The user can choose to have annotations always displayed on the screen, independent of the Info status. For details, consult your service engineer.

### 1  Select the position of the annotations.

Select **Top/Left**, **Bottom/Left**, **Top/Right**, or **Bottom/Right** at the corners of the preview pane.

### 2  Specify the Font and the size option.

Perform this procedure while checking the preview pane.
Click the Font drop-down arrow, and then select an option from the list.
Click the size drop-down arrow, and then select an option from the list.

## 3 Reserve the target annotations for the selected position.

Select from among the available annotation list, and then click [Add]. The selection appears in the selected item list.

### Available annotations for each position (Preview Annotation tab)

| | |
|---|---|
| Top/Left: | **Patient ID**\*, **Patient Name**\*, **Birth** (birthday), **Age**, **Sex** |
| Bottom/Left: | **Acquisition Time**\*, **Total Exposure Time**\*, **Total DAP**\* (Dose Area Product), **Total Absorbed Dose**\*, **Total Air Kerma**\*, **Free HDD Space**\*, **Acquisition Date**, **Study Description**, **Patient Orientation** |
| Top/Right: | **KVP**\* (kilo-voltage peak), **Exposure Time**\*, **X-ray Tube Current**\*, **mAs**\*, **SID** (Source image receptor distance), **SOD** (Source object distance) |
| Bottom/Right: | **REX**\* (Reached Exposure value), **EI**\* (Exposure Index), **DI**\* (Deviation Index), **EIt** (See step 3 in 3.6 for details on EI, DI, and EIt.) |

\* Shown by default.

NOTE:   Because the same annotation cannot be used for two or more positions, previously selected annotations are excluded from the available annotation list.

### To delete annotations from the selected item list

Click the target annotations to highlight them, and then click [Delete]. Clicking on a highlighted annotation unselects it.

### To add blank annotations

Click [Blank line] to add a blank annotation to the selected item list.

### To show only the value without the annotation title

Clear the check box for the target annotation on the selected item list.

## 4 Change the order of annotations.

Click the target annotation to highlight it, and then click [∧] or [∨].

## 2.5.2 Free Annotation/Laterality Marker tab

In addition to the annotations preset in the Preview Annotation tab and the Film Annotation tab, custom annotations can be created ahead of time for the Annotation dialog box; they are embedded on both the screen preview and film sheet images (refer to 6.4 in the Operation Manual).
Furthermore, the font type and font size of the free annotations and the laterality marker can be selected in this tab. The position of the laterality marker can also be specified (refer to 6.1.4 in the Operation Manual).

User Name:Cxdiuser
Log Viewer
Process Viewer
QC Tool
DB Backup
Protocol Editor
Image Proc
Logout
Shutdown
User Administration
System Settings
Customize Display
Annotation
Connection
Preview Annotation
Free Annotation/Laterality Marker
Film Annotation
Free Annotation
Laterality Marker
Apply
Cancel
OK
Free Annotation list
[Add]
[Delete]
[^]/[v]
Text box

**[Annotation > Free Annotation/Laterality Marker] tab**

### 1 Enter a free annotation.

Enter a free annotation in the text box, and then click [Add]. The annotation appears in the free annotation list.

NOTE: Make sure that the length of annotations is as short as possible so that they do not overlap each other and overflow the preview pane.

### *To delete annotations from the free annotation list*

Click the target annotation to highlight it, and then click [Delete]. A click of a highlighted annotation unselects it.

## *2* Specify the Font and size options for free annotations.

Use the options under the Free Annotation title.
Click the Font drop-down arrow, and then select an option from the list.
Click the size drop-down arrow, and then select an option from the list.

## *3* Change the order of annotations in the free annotation list.

Click the target annotation to highlight it, and then click [∧] or [∨]. The order arranged in this tab will be reflected in the list in the Annotation dialog box.

## *4* Specify the Font and size options for laterality markers.

Use the options under the Laterality Marker title.
Click the Font drop-down arrow, and then select an option from the list.
Click the size drop-down arrow, and then select an option from the list.

NOTE:   The marker position and embedding options are specified for each protocol. See **Laterality Marker** in **Protocol Settings** in 3.4.1 for details.

2. System Setup Screen

### 2.5.3 Film Annotation tab

Annotations embedded on each printed image and margin on a film are selected and arranged on the two sub-tabs under the Film Annotation tab. The annotations to be set on the Film Box Annotation tab are applied on each film margin, and those to be set on the Image Box Annotation tab are applied on each image.
Although the Image Box Annotation tab differs from the Film Box Annotation tab in the position and number of available annotations, operations on these sub-tabs are the same. In this section, the Film Box Annotation tab is used for explanation.



[Annotation > Film Annotation > Film Box Annotation] tab

**1** Select the position of the annotations.

Select **Top/Left**, **Bottom/Left**, **Top/Right**, or **Bottom/Right** at the corners of the preview pane. Additionally, **Top/Center** and **Bottom/Center** options are available for the Film Box Annotation.

**2** Specify the Font and the size option.

Perform this procedure while checking the preview pane.
Click the Font drop-down arrow, and then select an option from the list.
Click the size drop-down arrow, and then select an option from the list.

NOTE:   Be sure to specify a font that matches the current language setting. Otherwise, a font other than the selected one may be applied to preview annotations.

NOTE:   The actual size of the annotations cannot be previewed on the preview pane of the Film Annotation tab.

## 3   Reserve the target annotations for the selected position.

Select from among the available annotation list, and then click [Add]. The selection appears in the selected item list.

### To add free annotations

Enter/modify a text in the FreeText1/FreeText2 text box, select FreeText1/FreeText2 in the available annotation list, and then click [Add].

### To add blank annotations

Click [Blank line] to add a blank annotation to the selected item list.

### Available annotations for each position (Film Box Annotation tab)

The following items can be embedded at all corners and Top/Center and Bottom/Center of a film.
**Patient ID\*, Patient Name\***, Birth (birthday), **Age, Sex, Height, Weight, Accession No., Study Date, Study Time, Study Description, Referring Physician, Reading Physician, Operator, Institution Name\*, Comment, FreeText1, FreeText2**

### Available annotations for each position (Image Box Annotation tab)

The following items can be embedded at all corners of an image.
**Patient ID, Patient Name, Birth** (birthday), **Age, Sex, Height, Weight, Accession No., Study Date, Study Time, Study Description, Patient Orientation, Referring Physician, Reading Physician, Operator, Institution Name, Comment, IP Parameter, FreeText1, FreeText2, Detector Name, Protocol Name, Body Part, View Position, Series Description, KVP\*, Exposure Time\*, X-ray Tube Current\*, mAs\*, Series Date\*, Series Time\*, Acquisition Date, Acquisition Time, Grid, Focal Spot Size, Code Meaning, SID, SOD, Absorbed Dose\*, DAP\*, AirKerma\*, REX, EI\*, DI\*, EIt**
\*   Shown by default.

**The IP Parameter option available for Image Box Annotation**

If the IP Parameter option is selected, the values and options for image processing parameters that are applied to the image will be printed on the film.
For details on the meaning of the printed values, see 6 in Appendix.

NOTE:   Because the same annotation cannot be used for two or more positions, previously selected annotations are excluded from the available annotation list.

### To delete annotations from the selected item list

Click the target annotations to highlight them, and then click [Delete]. Clicking on a highlighted annotation unselects it.

### To show only the value without the annotation title

Clear the check box for the target annotation on the selected item list.

Continued

 **Change the order of annotations.**

Click the target annotation to highlight it, and then click [∧] or [∨].

# 2.6 Connection tab

## 2.6.1 Storage tab

Storage (PACS) servers for archiving captured image data can be registered and managed using this tab. Communication test between the Software and the storage server can be performed using the Ping or C-ECHO command.



*1* **Register a storage server in the Storage List.**

Click [Add] to show the Property dialog box for registration.

Continued

### *To modify an existing storage server*

Click the target storage server in the Storage List, and then click [Property].



Radiography Image Modality selector

Storage Commit option

Use GSPS option

Storage Commit properties

[Ping]

Communication test result

[C-ECHO]

Click to cancel the operation.

[OK]

## *2* **Enter or modify the storage server properties.**

| | |
|---|---|
| **Storage Name:** | Arbitrary name that identifies the storage server |
| **Host Name:** | The IP address or the host name of the storage server |
| **Port:** | Port number for the storage server |
| **Called AE Title:** | Application entity title assigned to the storage server necessary for DICOM communication |
| **Radiography Image Modality:** | Select the modality of the images to be transmitted to the storage server. |
| **Use GSPS:** | GSPS (Grayscale Softcopy Presentation State) service provides consistency in the presentation of all screens and printed images. Select this option to use the GSPS service. |

### *To ensure image data storage using the storage commitment function*

The Software can request the storage (PACS) server to securely store the image data. To do so, select the Storage Commit option, and then enter the properties as in step 2 above.

After the function is enabled, when ☑ is displayed for the SC status on the Study List in the [PAST > Past List] screen, the image data has been secured. Note that storage commitment setting needs to be enabled on both the Software and the destination storage server to use this function.

**SC (storage commitment) status on the Study List in the [PAST > Past List] screen**

The result for the storage commitment status can be confirmed by checking the SC status on the Study List in the [PAST > Past List] screen. To show the SC column header, select SC for the Past List under the Column Headers option (see 2.4.1).

### To test communication between the Software and the storage server being registered

Click [Ping] to test the TCP/IP connectivity.
Click [C-ECHO] to test the DICOM communication.
The result of the test will be shown to the right of each test button.

## 3 Register the storage server.

Click [OK]. If required, repeat steps 1 through 3 for another registration. Up to five storage servers can be registered in the Storage List.

### To change the order of header items in the Storage List

Drag an item and drop it in the target position.

### To delete an existing storage server from the Storage List

Click the target storage server to select, and then click [Delete].

## 4 Select the storage server to be used.

Select the storage server selector check box, click on the drop-down arrow, and select an option from the list (the storage servers registered in the Storage List are listed). Up to two storage servers can be used simultaneously.

### To disable the storage server in use

Clear the target storage server selector check box.

### To test communication between the Software and the storage server in use

Click [Ping] to test the TCP/IP connectivity.
Click [C-ECHO] to test the DICOM communication.
The results of both [Ping] and [C-ECHO] tests will be shown to the right of [C-ECHO].

NOTE:   If the Called AE Title or the Port setting is modified during the commitment process, the process may fail.

NOTE:   Even if some images are transmitted or an examination is in operation, modification or deletion of the registered storage server does not affect the current operation.

# 5 Modify the Common Output Setting options.

**Storage Calling AE Title:**
Application entity title assigned to the Software necessary for the DICOM storage service

**Commitment Calling AE Title:**
Application entity title assigned to the Software necessary for the DICOM storage commitment service

**Commitment Port:**
Port number for the DICOM storage commitment service

NOTE:    If the Storage Calling AE Title or the Commitment Calling AE Title setting is modified during image data transfer, the process may fail.

## 2.6.2 Printer tab

Printers can be registered and managed using this tab. Communication test between the Software and the printer can be performed using the Ping or C-ECHO command. Custom layout templates for printout image can be created. See 2.6.7 for details on operation.



## 1 Register a printer to the Printer List.

Click [Add] to show the Property dialog box for registration.

### To modify an existing printer

Click the target printer in the Printer List, and then click [Property].



## 2 Enter or modify the printer properties.

| | |
|---|---|
| **Printer Name:** | Arbitrary name that identifies the printer |
| **Host Name:** | The IP address or the host name of the printer |
| **Port:** | Port number for the printer |
| **Called AE Title:** | Application entity title assigned to the printer necessary for DICOM communication |

### To test communication between the Software and the printer in use

Click [Ping] to test the TCP/IP connectivity.
Click [C-ECHO] to test the DICOM communication.
The results of the test will be shown to the right of each test button.

| | |
|---|---|
| **Printer Type:** | Click on the drop-down arrow, and select an option from the list. **Background** (specifies the color of the area outside the cropped image from **White** and **Black**) options are available after the Printer Type property is specified. |

Continued

2. System Setup Screen

### *To confirm the Output P-Value on/off setting*

When an option is selected in **Printer Type**, the on/off setting can be confirmed using the **Output P-Value** check box.

NOTE:   The preset on/off setting cannot be modified on the Software. For details, consult your service engineer.

NOTE:   Both the **Illumination** and **Reflected ambient light** options must be specified before a printer, with the **Output P-Value** check box deselected, is newly registered.

Illumination:   A DICOM attribute that represents the luminance of lightbox illuminating a piece of transmissive film, or for the case of reflective media, the luminance obtainable from diffuse reflection of the illumination present. When this field is left blank, the value set on the receiving printer will be used.

Reflected ambient light:   A DICOM attribute that represents the luminance contribution for the transmissive film image appearance due to reflected ambient light. When this field is left blank, the value set on the receiving printer will be used.

## *3*   Register the printer.

Click [OK]. If required, repeat steps 1 through 3 for another registration. Up to five printers can be registered to the Printer List.

### *To change the order of header items in the Printer List*

Drag an item and drop it in the target position.

### *To delete an existing printer from the Printer List*

Click the target printer to select, and then click [Delete].

NOTE:   The addition and deletion of printers during image transfer does not affect the transfer process.

## *4*   Select a destination printer for each film setting (film size and direction).

Click on the drop-down arrow in the Film Output Destination list, and select an option from the list.

NOTE:   The printers specified in the Film Output Destination list will output the film selected in the Film Size and Direction options in this tab (see step 6 below) or in the Protocol Workspace Settings screen (see 3.4.1).

## 5 Modify the Common Output Setting options.

**Printer Calling AE Title:**
Application entity title assigned to the Software necessary for the DICOM print service

**Show the image arrangement screen at output:**
Select this option to show the image arrangement screen when clicking [End Exam]. Refer to 7.1.1 in the Operation Manual.

**Selected exposure mode to be printed automatically:**
Select the Radiography check box to use the automatic arrangement feature. Refer to 7.1.1 in the Operation Manual.

## 6 Set common film options.

These options will be enabled when Common to system is selected for the Film options in the Protocol Workspace Settings screen (see 3.4.1).
Before setting the following options, click the target exposure mode tab (**Radiography** or **Stitch**). Settings are saved for each mode.

**Film Size and Direction:**
Click on the drop-down arrow and select an option from the list.

**Fit option:**
Select a scaling option from among **Fit** (fit to the selected film) and **Fixed Ratio**. When **Fixed Ratio** is selected, it is necessary to specify the ratio in %. This setting can be confirmed and changed in the image arrangement screen (refer to step 3 of 7.1.1 in the Operation Manual).

**Layout:**
Select **Automatically select template depending on the Common Cropping Size** or **Use specified arrangement**.

When Use specified arrangement is selected, click the template selector, click a preferred template in the pallet, and then click [OK] in the dialog box that appears. The selected template thumbnail appears on the selector.

Template dialog box



Template pallet

[OK]

Click to cancel selection.

Template selector

## 7 Enable the configured printer.

Select the Print Output check box.

### To disable a printer in use

Clear the Print Output check box.

## 2.6.3 MWL tab

The Modality Work List (MWL) service provides central data entry (ordering and scheduling of examinations) and management features. The HIS/RIS database server, which provides the MWL service, can be registered using this tab. Communication test between the Software and the database server can be performed using the Ping or C-ECHO command.

NOTE:   The MWL tab is displayed only when the MWL service is available. For details, consult your service engineer.



Use MWL option

MWL service properties

[Ping]

[C-ECHO]

Communication test result

Search Condition

## 1 Specify a database server for the MWL service.

Select the Use MWL check box, and then enter the following properties:

| | |
|---|---|
| **Host Name:** | The IP address or the host name of the server |
| **Port:** | Port number for the server |
| **Called AE Title:** | Application entity title assigned to the server necessary for DICOM communication |
| **Calling AE Title:** | Application entity title assigned to the Software necessary for the DICOM MWL service |

### *To disable the server in use*

Clear the Use MWL check box.

### *To test communication between the Software and the server*

Click [Ping] to test the TCP/IP connectivity.
Click [C-ECHO] to test the DICOM communication.
The results of both [Ping] and [C-ECHO] tests will be shown to the right of [C-ECHO].

## 2  Specify preset narrowing conditions during study order acquisition.

The narrowing conditions below are applied every time the worklist is refreshed. Enter or select any narrowing conditions under the Search Condition title.

**AE Title:**  Application entity title assigned to the study necessary for DICOM communication

**Station Name:**  An institution defined name for the modality on which the ordered study is to be performed

**Location:**  The location at which the ordered study is to be performed

**Perform Physician:**
Name of the physician scheduled to administer the ordered study

**Time Range:**  **Relative 1** and **Relative 2** refer to the period relative to the current day or time in which the study orders are to be conducted. Select **Relative 1** (period of time by the day) or **Relative 2** (period of time by the hour), and then enter a value for each text box. To clear the Time Range condition, select **All**.

**Modality:**  **DX** refers to digital X-ray radiography, and **CR** to computed radiography. To cancel the condition, clear the check box.

NOTE:   The Time Range and Modality options can be temporarily changed. Refer to 3.1.1 in the Operation Manual.

## 2.6.4 MPPS tab

The Modality Performed Procedure Step (MPPS) service provides a communication feature between the modality and the HIS/RIS database server that exchanges the status of ordered studies, such as in progress, completed, and so on to refresh the related information, including the worklist. The HIS/RIS database server, which provides the MPPS service, can be registered using this tab. Communication test between the Software and the database can be performed using the Ping or C-ECHO command.

NOTE:    The MPPS tab is displayed only when the MPPS service is available. For details, consult your service engineer.



## 1 Specify a database server for the MPPS service.

Select the Use MPPS check box, and then enter the following properties:

**Host Name:**      The IP address or the host name of the server

**Port:**      Port number for the server

**Called AE Title:**      Application entity title assigned to the server necessary for DICOM communication

**Calling AE Title:**      Application entity title assigned to the Software necessary for the DICOM MPPS service

### *To disable a server in use*

Clear the Use MPPS check box.

***To test communication between the Software and the server***

Click [Ping] to test the TCP/IP connectivity.
Click [C-ECHO] to test the DICOM communication.
The results of both [Ping] and [C-ECHO] tests will be shown to the right of [C-ECHO].

## 2.6.5 Disk Storage tab

A local disk directory of the image-capture computer can be registered using this tab, in order to back up past image data.



Disk Storage selector

Disk Storage Folder List

[Add]

[Delete]

[Property]

## *1* Register a local disk directory to the Disk Storage Folder List.

Click [Add] to show the Property dialog box for registration.

Continued

### To modify an existing storage directory

Click the target directory in the Disk Storage Folder List, and then click [Property].



Use GSPS option

[Browse]

Click to cancel the operation and to return to the Disk Storage tab.

[OK]

**Property dialog box**

## 2 Enter or modify the storage directory properties.

**Name:** Arbitrary name that identifies the directory

**Path:** Specifies the target directory. Click [Browse] to start Windows Explorer and specify the directory.

**Radiography Image Modality:**
Select the modality that generates the images to be transferred from among **DX** and **CR**.

**Use GSPS:** The GSPS (Grayscale Softcopy Presentation State) service provides consistency in the presentation of all screens and printed images. Select this option to use the GSPS service.

NOTE:   Directories created using the [Map Network Drive] command in Windows Explorer can also be registered as target directories.

## 3 Set the properties.

Click [OK]. If required, repeat steps 1 through 3 for another registration. Up to five directories can be registered to the Disk Storage Folder List.

### To change the order of header items in the Disk Storage Folder List

Drag an item and drop it in the target position.

### To delete an existing directory from the Disk Storage Folder List

Click the target directory to select, and then click [Delete].

**4**    **Select the directory to be used.**

Select the Disk Storage selector check box, click on the drop-down arrow, and select an option from the list (the directories registered in the Disk Storage Folder List are listed).

NOTE:    When a destination directory is selected, the directory options (Local DB or Disk storage) are displayed in the [PAST > Past List] screen (refer to 5.3 in the Operation Manual).

### *To disable the directory in use*

Clear the Disk Storage selector check box.

## 2.6.6 GenCom tab

Communication between the Software and the X-ray generating device can be set using this tab.
Detector settings are indicated on the examination screens by the communication (refer to 4.1 in the Operation Manual).



Communicate with the x-ray generating device option

[Apply]

Click to cancel the operation.

[OK]

**1**    **Enable the communication with the X-ray generating device.**

Select the Communicate with the x-ray generating device check box.

### *To disable the communication with the X-ray generating device*

Clear the Communicate with the x-ray generating device check box.

2. System Setup Screen

## 2.6.7 Layout Template

Custom templates can be created on this screen in order to arrange images on a film sheet. Each segment in which an image is placed is called an "image box."

**1** **Show the Layout Template screen.**

Click [Layout Template] (see also step 5 and 6 in 2.6.2).



— [Layout Template]

[Connection > Printer] tab



— Thumbnails for eight basic templates

— [New]

— [Edit]

— [Delete]

— [Exit]

NOTE:   The eight basic templates cannot be selected, modified, or deleted.

50

## 2   Enable template edit mode.

### To create a custom template

Click [New]. The basic template 1 × 1 (horizontal × vertical) appears in place of the template thumbnails.

### To modify an existing custom template

Click the target custom template to highlight it, and then click [Edit].



**Basic template 1x1**

**Ex: Modify to create template 2x1**

## 3   Select the target image box(es) to be modified.

### To divide the image box

Click a single image box to highlight it in blue.

Continued

2. System Setup Screen

### *To merge the image boxes*

Click the target and the neighboring image box to highlight them in blue. Note that a third click cancels the selection.

 ## Modify the image box(es).

### *To divide the image box*

Specify the number of image boxes to be created in the target image box, and then click [Divide]. Click on the drop-down arrow of the Divide Grid option, and select an option from the list.
The number of horizontal divisions can be set using the left-hand drop-down arrow, and the number of vertical divisions using the right-hand drop-down arrow.

### *To merge the image boxes*

Click [Merge].

### *To modify the border width*

Click on the drop-down arrow for the Border Width option, and select an option from the list.

### *To restore the original template*

Click [Reset].

## Continue modifications.

If necessary, repeat steps 2 through 4.

 ## Set the newly created or modified custom template.

Click [OK]. The newly created template thumbnail is added to the list. When an existing custom template is modified, the changes are reflected in the original template.

### *To delete an existing custom template*

Click the target custom template to highlight it, click [Delete] and then click [OK] in the confirmation dialog box that appears.

## Return to the [Connection > Printer] screen.

Click [Exit].

# *3* System Tools

---

**3.1 Using the system tools**

**3.2 Log Viewer**

**3.3 Process Viewer**

**3.4 Protocol Editor**

**3.5 QC Tool**

**3.6 Image Proc (Image Processing Adjustment)**

**3.7 DB Backup**

3. System Tools

# 3.1 Using the system tools

The technical system setup options (for modification of protocols, image quality assurance, and so on) can be accessed from the system tool buttons. First learn basic operation in 3.1.1, and then access the necessary setup options guided by the system tool option finder in 3.1.2.

## 3.1.1 Basic operations

*1*   **Show the system setup screen.**

Click  on the [EXAM] or [PAST] screen.

(System setup button)

[EXAM] or [PAST] screen



System tool buttons

[Cancel]

System setup screen

## *2* **Access the target system setup tool.**

Click the target system tool button.

NOTE**:**   The available system tool buttons vary depending on the privileges granted to a user (see step 2 in 2.2). [QC Tool] is disabled during examination, and [Protocol Editor] and [Image Proc] are disabled during examination and image review.

### *To use the tools*

See 3.2 through 3.7.

### *To return to the previous [EXAM] or [PAST] screen*

Click [Cancel]. The screen shown before clicking  returns.

## 3.1.2 System tool option finder



### *Log Viewer button (See 3.2)*

Confirmation of errors, classified in three levels; Fatal, Error, and Warning, that occurred during operation

### *Process Viewer button (See 3.3)*

Confirmation of the status of the data transfer process

### *Protocol Editor button (See 3.4)*

Addition, modification, bundled selection and deletion of protocols, and configuration of the protocol list

**Protocol Settings:**

  **Protocol Name**, **Comment**, **Exposure Protocol Code**, **Laterality Marker**, **Body Part**, **Patient Orientation**, **View Position**, **Laterality** (Marker Placement, DICOM Attribute), **Default Workspace**

**Protocol Workspace Settings:**

  **Grid Name**, **Printable area of an oversized image**, **Flip and Rotate**, **Cropping Area Options**, **Cropping Area**, **Alignment Reference Area**, **Alignment**, **Custom Area**, **Film options**, **Film Size and Direction**, **Fit option**, **Layout**

**APR Editor:**

  **Exposure type**, **Source object distance(SOD)**, **Source imaging receptor distance(SID)**, **Number of partial images**, **APR ID**

Continued

3. System Tools

### *QC Tool button (See 3.5)*

| | |
|---|---|
| **Calibration:** | Creation of detector correction data for securing image quality. During Calibration, X-ray exposure is required. |
| **Performance Test:** | |
| | Check of the detector and image quality. During Performance Test, X-ray exposure is required. |
| **Self-diagnosis:** | Check of the detector and image quality using test patterns and other images. During Self-diagnosis, X-ray exposure is not required. |

### *Image Proc button (See 3.6)*

Modification of the image processing parameters included in the protocol

### *DB Backup button (See 3.7)*

**Database Backup**, **Output Exam Log**

### *Logout button (Refer to 2.2 in the Operation Manual)*

Logout from the Software.

###  *button (Refer to 2.2 in the Operation Manual)*

Shutdown the image-capture computer.

# 3.2 Log Viewer

To maintain the radiography system and the software in good condition, service engineers as well as users can refer to the errors that users encountered during operation using the Log Viewer button. The errors are classified in three levels; Fatal, Error, and Warning, and are displayed in the error log list. For details on errors, refer to 9.1 in the Operation Manual.



Log Viewer

## *1* Narrow down the error logs.

Enter any of the following narrowing conditions. The list will be refreshed every time any condition is entered.

**DateTime:**      Specify the period of time in which the errors occurred by date.

**Category:**       Specify the levels of errors.

**Error Code:**    Specify part of or the entire error code.

**Description:**    Specify part of the description.

### *To clear the entered search conditions*

Click [Clear].

## *2* Confirm the entire description and additional information.

Click the target error log on the list. The error log is highlighted and its entire description and additional information are displayed in the bottom of the screen.

## *3* Exit the Log Viewer to return to the system setup screen.

Click [Exit].

# 3.3 Process Viewer

The current status and result of an image/arranged images (film sheet)/study/PPS data transfer can be confirmed in the process viewer. Users can manually resend data that was not transmitted and can also stop or cancel data being processed. See also 2.3 for details on the refresh interval for the process list.

### Performed Procedure Step (PPS)

The data to be transmitted to the RIS database that indicates the completion of the ordered study. This data is used for updating the worklist and so on.



Process viewer

## **1** Utilize the process list.

### *To sort the listed data*

Click a sort item in the column header. To switch between ascending and descending sort order, click the same item again.

### *To rearrange the order of the column header*

Drag an item and drop it in the target position. The column width can be modified by dragging the border.

### Classification of processes

The following appear in the Status column;
**Idling:**       The data is waiting to be transferred.
**Processing:** The data is being processed.
**Sending:**    The data is being transferred.
**Error:**        The data transfer failed.

### *To select the target data*

Click the target data to highlight it. To unselect the data, click it again.

## *2* Check the details of the target data.

Click the target data in the list, and then click [Detail].

### *To delete the target data*

Click the target data, and then click [Delete].

## *3* Resend the target data.

Click the data with an Error indication in its Status column, and then click [Retry].

## *4* Suspend target data by study.

Click the data with a Processing or Sending indication in its Status column, and then click [Suspended].

### *To restart suspended process*

Click the suspended data, and then click [In Process].

## *5* Exit the process viewer.

Click [Exit Process Viewer].

3. System Tools

# 3.4 Protocol Editor

Preset protocols to be selected during an Exam preparation (refer to 3.2 in the Operation Manual) are organized on the protocol tray and users can create and modify study orders using the tray. When new protocols are required to suit on-site operations, follow the steps below.

NOTE:    Operations for this tool require the ProtocolEdit Administrations privileges (see step 2 in 2.2).

## 3.4.1 Modifying the protocol



Protocol Editor screen (body part search mode)

### *To exit to the Protocol Editor*

Click [Exit].

Case 6:20-cv-00982-ADA   Document 22-5   Filed 04/12/21   Page 62 of 133

3. System Tools

## **1** Select the target protocol in the protocol tray.

Click the target protocol in the Frequently-used protocols or Recently-used protocols tray. The name and workspace of the selected protocol appear in the protocol and workspace edit mode sections.

NOTE:   Users can operate Protocol Editor in category search mode as well. For details on protocol search mode, refer to 3.2.2 in the Operation Manual.



- Name of the selected protocol
- Workspace of the selected protocol

## **2** Modify the protocol.

**Protocols in this software**

A protocol has a set of basic properties that are common to the workspaces associated with the protocol. Meanwhile, the workspace properties can differ from each other. In this software, the protocols—there are as many as workspaces—are organized in the protocol trays, represented as protocol buttons to enable easy selection, and the selected buttons are also displayed in the study information pane.

### *To modify the protocol properties*

Click [Edit] in the protocol edit mode section and modify the properties in the Protocol Settings screen.

### *To modify the workspace properties*

Click [Edit] in the workspace edit mode section, click [Next] in the Protocol Settings screen, and modify the properties in the Protocol Workspace Settings screen and the APR Editor screen. For details on each screen, see the respective sections below.

NOTE:   The Protocol Settings screens displayed by clicking [Edit] in both the protocol edit mode and workspace edit mode sections are the same. Changes in this screen affect all workspaces that are associated with the protocol.

Continued

3. System Tools



Protocol edit mode section

[Edit]

Workspace edit mode section



Exposure Protocol Code list

[Delete]

[Add]

[Property]

Click to cancel the modification.

[Next]/[OK]

Protocol Settings screen

## *Protocol Settings*

| | |
|---|---|
| **Protocol Name:** | Arbitrary name that identifies the protocol |
| **Comment:** | Arbitrary comment |
| **Exposure Protocol Code:** | |
| | See "To modify a protocol code meaning" below for details. |
| **Laterality Marker (for L and R):** | |
| | Specify the position of embedded laterality markers using [L] and [R] on the toolbar (refer to 6.1.4 in the Operation Manual), and the embedding option. |
| | Click on the **Position** drop-down arrow, and select an option from the list. |
| | Options combining the vertical position (**Top**, **Middle**, or **Bottom**) with the horizontal position (**Left**, **Center**, or **Right**) are available (e.g. **Middle-Center**). |
| | To automatically embed laterality marker(s) after every exposure, select the **Embed in the image automatically after exposure** check box. |
| **DICOM Attributes:** | |
| | The values for the following four options are transferred to the RIS/HIS database, PACS, and so on as DICOM attributes. |
| **Body Part:** | Click on the drop-down arrow, and select an option from the list. |
| **Patient Orientation:** | |
| | Click on the drop-down arrow, and select an option from the list. |
| | **A** (anterior), **P** (posterior), **R** (right), **L** (left), **H** (head), **F** (foot), and a combination of these are available. |
| **View Position:** | Click on the drop-down arrow, and select an option from the list. Empty, **AP**, **PA**, **LL**, **RL**, **RLD**, **LLD**, **RLO**, and **LLO** are available. This option is available when the modality type is DX and CR. |
| **Laterality:** | Select the laterality attribute from **L** (left body part), **R** (right body part), **B** (left and right body parts), **U** (body part without laterality attribute). |
| | To associate the Laterality Marker option defined marker with a DICOM attribute in the event of transfer, select the **Use Laterality Marker as the DICOM Attribute** option. Refer to 6.1.4 in the Operation Manual for details on embedding laterality markers. |
| **Default Workspace:** | |
| | Select a target workspace from those available. |

Continued

3. System Tools

### *To modify a protocol code meaning*

Users can describe a subtitle or alternative title of the protocol using the code meaning. When Show Code Meaning under the Protocol Settings option (see 2.4.1) is selected, the code meaning specified below serves as the protocol name instead of that acquired from the HIS/RIS database.

To create a new code meaning, clear any selections in the Exposure Protocol Code list, click [Add], enter both the **Code Value** and **Code Meaning** (not essential), and then click [OK]. Up to ten code meanings can be registered.



Exposure Protocol Code list

Code Value text box

Code Meaning text box

Click to cancel the modification.

[OK]

NOTE:    The Code Meaning text box is active only when the Code Value is specified.

To modify an existing code meaning, click a target item in the Exposure Protocol Code list and click [Property].
Modify the description in the **Code Meaning** text box and then click [OK].
To delete an existing code meaning, select an item in the Exposure Protocol Code list and click [Delete].

### *To enter changes and return to the Protocol Editor screen*

After protocol properties are modified, click [OK] in the Protocol Settings screen (see page 62).

### *Protocol Workspace Settings*

NOTE:    Users cannot create a workspace. Consult your service engineer.

To display the Protocol Workspace Settings screen, click [Next] in the Protocol Settings screen.
**Radiography** and **Stitch** exposure mode tabs each have a different set of options. Click the target exposure mode tab before configuring the options located under the tab.



Exposure mode tab

Template selector

Click to return to the Protocol Settings screen.

Click to proceed to the APR Editor screen.

Protocol Workspace Settings screen

NOTE:    If [Next] is not displayed, click [Cancel] or [OK] to return to the Protocol Settings screen and click [Edit] in the Workspace edit mode section (see page 61).

**Grid Name:**          Click on the drop-down arrow, and select an option from the list.

**Printable area of an oversized image:**

Click on the drop-down arrow, and select an option from the list (**Top aligned**, **Center aligned**, and **Bottom aligned**) to specify the image box position within the oversized image. That is to say, the image is cropped again to fit the image box, and printed out.

**Flip and Rotate** (**Radiography** mode)**:**

Click on the drop-down arrow, and select an option from the list depending on the patient posture and the direction of the detector. The image sensor dimensions (in pixels) are indicated on the right of this option.

**Cropping Area Options:**

Select the cropping area applied to data transferred to storage servers from **Common to system** and **Specific to protocol**. The area specified in Common Cropping Area options in the System Settings tab (see 2.3.1) will be applied when Common to system is selected.

Continued

**Cropping Area:**   When the above Specific to protocol option is selected, select the cropping area that will be applied to an image captured using the current protocol. **Detected Irradiated Field**, **Custom Area**, and **Effective Area** are available.

**Alignment Reference Area:**

When Custom Area is selected for the Cropping Area option, select from among **Detected Irradiated Field** (cropping area position will vary depending on an irradiated field) and **Entire Effective Area** (cropping area position will be identical to all examinations as long as the Alignment option is the same).

**Alignment:**   Select the alignment position from among **Top aligned**, **Center aligned**, and **Bottom aligned**.

**Custom Area:**   When Custom Area is set for the Initial position, specify the cropping area size and unit, and then select the initial cropping area position.

**Film options:**   Select the following three options that will be applied to an image captured using a protocol. **Common to system** and **Specific to protocol** are available. The settings specified in common film options in the [Connection > Printer] tab (see step 6 in 2.6.2) will be applied when Common to system is selected.

**Film Size and Direction:**

Specify the size and direction of the film using the drop-down list when **Specific to protocol** is set for the Film options.

**Fit option:**   Select one of the initial zooming options; **Fit** or **Fixed Ratio**. When Fixed Ratio is selected, specify the zooming ratio in %. These settings affect Fit Style and Zoom Ratio in the image arrangement screen (refer to step 3 of 7.1.1 in the Operation Manual).

**Layout:**   Select either **Automatically select template depending on the Common Cropping Size** or **Use specified arrangement**.
When Use specified arrangement is selected, click the template selector, click a preferred template in the pallet, and then click [OK] in the dialog box that appears. The selected template thumbnail appears on the selector (see also step 6 in 2.6.2).

### *APR Editor*

To display the APR Editor screen, click [Next] in the Protocol Workspace Settings screen.

When the anatomical program (APR) is used for the communication with the X-ray generator, the exposure summary appears in the system status bar, and the following properties can be confirmed.



Click to return to the Protocol Workspace Settings screen.

[OK]

**APR Editor screen**

| | |
|---|---|
| **Exposure type:** | Exposure type of the currently modifying protocol (Radiography or Stitch) is indicated. **Radiography** refers to digital X-ray radiography. Select **Prolonged Exposure** option to enable the prolonged exposure feature. |
| **Source object distance(SOD):** | Enter the distance between the X-ray tube and the patient. |
| **Source imaging receptor distance(SID):** | Enter the distance between the X-ray tube and the detector. |
| **Number of partial images:** | When Stitch is set for Exposure type, the preset number of partial images is indicated. |
| **APR ID:** | The ID that is informed to the X-ray generator is indicated for each exposure type. |

## *3* Set the properties.

Click [OK] in the Protocol Settings screen (see page 62) or the APR Editor screen.

## *4* Exit the Protocol Editor.

Click [Exit] in the Protocol Editor screen (see page 60).

## 3.4.2 Creating new protocols

A new protocol is created by editing an existing protocol. Be sure to select an existing protocol with appropriate parameter configurations to use in creating the new protocol.

### 1 Select an original protocol.

See step 1 in 3.4.1 for details on operation.

### 2 Duplicate the original protocol.

Click [Copy] in the protocol edit mode section and click [OK] in the COPY dialog box. A new protocol, with "COPY(serial number)" added at the end of the protocol name, appear at the end of both the frequently-used or recently-used protocol trays.



### 3 Modify the copy protocol to create a new protocol.

See 3.4.1 for details on operation.

### 4 Select a workspace label for the protocol being created.

Select an option in the workspace label selector.

NOTE:   The automatically selected option in the workspace label selector indicates the original workspace for the selected protocol.

**5** **Locate the destination for the protocol being created in the protocol tray.**

Click [Set]. Body part search mode changes to category tray mode, and available destinations indicated by blank rectangles appear in the protocol tray. If necessary, change the tray using the category tab.



Category tabs

Click to cancel new protocol arrangement.

Destinations

**6** **Arrange the protocol being created.**

Click the target destination.

### 3.4.3 Packaging a set of protocols in a single protocol

The PrePack feature, which enables a single click selection of a set of protocols required for a specific examination, streamlines study order creation in the radiology room.

*1* **Show the PrePack dialog box to create a PrePack protocol.**

Click [Create PrePack].



[Create PrePack]



PrePack Name text box

Packaged protocol list

**PrePack dialog box**

*2* **Label the PrePack protocol.**

Enter the PrePack protocol name in the PrePack Name text box.

**3** **Select target protocols from the protocol tray.**

Click the target protocol in a protocol tray. Selections are added to the packaged protocol list.



Protocol trays

Packaged protocol list

[∧]/[∨]

[Delete]

Click to cancel packaging.

[Set]/[OK]

### *To change the order of the protocol*

Select a target protocol in the list and click [∧] or [∨].

### *To delete a protocol from the packaged protocol list*

Select a target protocol in the list and click [Delete].

**4** **Locate the destination for the PrePack protocol being created in the protocol tray.**

Click [Set]. Available destinations indicated by blank rectangles appear in the protocol tray. If necessary, change the tray using the category tab.

**5** **Arrange the PrePack protocol being created.**

Click the target destination.

Continued

3. System Tools

### To modify an existing PrePack protocol

Select a target PrePack protocol in a protocol tray, click [Edit] to show the
PrePack dialog box, follow the above steps 2 and 3, and then click [OK] to end
modification.

NOTE:    Before starting modification, it is necessary that the Protocol Editor is in
category search mode (not body part search mode). If necessary, click
[Search by Category] to change the mode.



## 3.4.4 Organizing the protocol trays

NOTE:   Before starting modification, it is necessary that the Protocol Editor is in
category search mode (not body part search mode). If necessary, click
[Search by Category] to change mode.



**Protocol Editor screen (category search mode)**

### *To delete the protocols*

Select the target protocol in the tray, click [Delete], and click [OK] in the
Confirmation dialog box.

Continued

3. System Tools

### *To move the protocols*

Select the target protocol in the tray, click [Move], and select the destination among available destinations indicated by blank rectangles that appear in the protocol tray.



Category tabs

Check box

Destinations

Click to cancel move.

NOTE:   Protocols can be moved to other trays as well as the current tray. In such cases, select the target category tab and select the target destination.

### *To enable/disable the protocol tray*

Select (to enable) or clear (to disable) the check box on the category tab for the target protocol tray.

NOTE:   Users cannot access the protocols on the disabled tray during protocol selection in the [EXAM > Examination] and [EXAM > Manual] screens.

### To enable tray arrangement mode

Click [Category List]. In this mode, users can rename the category tabs and change their position. To set the modifications and exit this mode, click [OK].



Protocol Editor screen (tray arrangement mode)

### To modify the category tab names

In tray arrangement mode, select the target category tab, click [Rename] to show the Rename Tab dialog box, modify the category tab name in the text box, and then click [OK] in the dialog box.



Rename Tab dialog box

### To change the order of the category tabs

Select the target category tab and click [∧] or [∨].

NOTE:    The category tabs are arranged from top to bottom and left to right.

## 3.4.5 Automatically applying protocols to a study

The software can be configured to apply protocols (up to 30 protocols) automatically to a study that has no protocol when the study is acquired from the HIS/RIS database, magnetic card, and so on. The configuration described below can be enabled when the Automatically apply protocol option in the Customize Display tab 2 is selected (see 2.4.1).

**1** **Show the AutoProto Application dialog box.**

Click [AutoProto Application].



[AutoProto Application]

**Protocol Editor (body part search mode)**



Selected protocol list

**AutoProto Application dialog box**

## 2 Select the target protocols.

Click the target protocol in the protocol tray. Selections are added to the list in the AutoProto Application dialog box.



[∧]/[∨]

[Delete]

Click to cancel the setting.

[OK]

### To delete selected protocols

Click the target protocol in the AutoProto Application dialog box and click [Delete].

### To change the order of selected protocols

Click the target protocol in the AutoProto Application dialog box and click [∧] or [∨].

## 3 Complete the setting.

Click [OK].

3. System Tools

# 3.5 QC Tool

| ⚠ CAUTION | Be sure to confirm that there is no person in the radiology room during Calibration and Performance Test to prevent the possibility of any persons exposing themselves to X-ray exposure. |
|---|---|

To assure the strict image quality required for medical imaging systems, calibration measures for the connected detector are provided for the Software.

NOTE:    Use of this tool requires the Calibration Administrations privileges (see step 2 in 2.2).

NOTE:    Be sure to remove the grid from the detector before conducting the following steps.

## 3.5.1 Calibrating the detector

The Calibration (for the detector correction data generation) and Performance Test (for the detector inspection) procedures are almost the same. First conduct the Calibration, and then the Performance Test for confirmation.

NOTE:    The frequency of implementation of calibrations and performance tests differs depending on the detector type. For details, refer to the Digital Radiography CXDI series User's Manual.

NOTE:    Screens in Calibration mode are used for the following steps.

*1*  **Enter calibration/performance test mode and select the target detector.**

Click [Calibration] or [Performance Test], and then select a detector.



[Calibration]

[Performance Test]

Available detectors/
workspaces

## 2 Start the calibration/performance test.

Click [Start].



**Calibration start screen**

- Calibration/performance test type and the number of images to be captured
- [Start]
- Previous X-ray generator calibration/performance test settings
- [History]
- [Exit QC]

---

NOTE: Selection of the calibration/performance test type and the number of the images to be captured cannot be modified. For details, consult your service engineer.

---

### *To confirm the calibration/performance test history*

Before clicking [Start], click [History]. To close the dialog box, click [OK].



**Calibration history dialog box**                    [OK]

**Performance Test history dialog box**                    [OK]

3. System Tools

## 3 Start exposure.



Exposure switch

Confirm that the **Ready** indicator appears in the system status bar, and then press and hold the exposure switch of the X-ray generator.



System status bar

Current calibration or performance test number/total number of calibrations or performance tests

Click to return to the calibration/performance test start screen.

Check result list

Exposure Memo

[Next]/[End]/[Retry]

### *To record the exposure conditions used for the current calibration/performance test*

For further reference, enter the exposure conditions in the Exposure Memo. These text boxes are available when all the calibrations/performance tests are complete.

***To automatically calculate the msec/mAs value in the Exposure Memo***

Select one of the Auto (calculation) check boxes for msec (exposure time) and mAs (current-time product) to enable the auto calculation feature.
After entering the mA (X-ray tube current) value, if one of the values for msec and mAs is entered, the other value will automatically be calculated.

***When an error occurred during calibration/performance test***

Confirm the details of a calibration/performance test result in the Check result list. After confirming the results, change the X-ray generator settings based on the results of the failed calibration, and then click [Retry].

## *4* Set the detector and X-ray generator to ready status.

Click [Next].

## *5* Repeat calibration/performance test.

Repeat steps 3 and 4 until all the calibrations/performance tests are complete.

## *6* End the calibration/performance test.

Click [End].

## *7* Exit the QC Tool.

Click [Exit QC] in the calibration/performance test start screen.

# 3.5.2 Inspecting the detector (Performance Test)

A Performance Test by itself can also be conducted to maintain the detector. In accordance with the medical site guidelines, the test should be performed on a regular basis. If problems are detected, perform calibration. See 3.5.1 for details on operation.

NOTE: Before conducting a performance test, be sure to adjust the X-ray generator based on the Exposure Memo data recorded during previous calibration.

NOTE: Be sure to inform your service engineer of the error code that appears during a performance test.

### 3.5.3 Inspecting the detector/power box (Self-diagnosis)

The Software inspects the connected detector/power box using test pattern images and so on.

NOTE:    The frequency of implementation of the self-diagnosis differs depending on the detector type. For details, refer to the Digital Radiography CXDI series User's Manual.

NOTE:    Be sure to inform your service engineer of the error code that appears during a self-diagnosis.

## *1* Enter Self-diagnosis mode and select the target workspace.

Click [Self-diagnosis], and then select a workspace.



Available workspaces

[Self-diagnosis]

The connection with the detector is incomplete, or the power box is turned off.

NOTE: A battery indicator and a signal strength indicator are shown on the workspace for wireless detectors. For the wireless detector, refer to the Digital Radiography CXDI series User's Manual.

**Example of workspace indicator for wireless detectors**

WS-CXDI70C
CXDI70C

Battery indicator
- : 60–100% charge
- : 9–59%
- : 5–8%*
- : 4% or less*

Signal strength indicator
- : Strong
- : Medium
- : Poor
- : No signal

* When the indication changes to or , a warning/error dialog box appears to prompt a battery recharge.

## 2 Start the self-diagnosis.

Click [Start]. The Software starts self-diagnosis, and the results appear in the Results list.

User Name : Cxdiuser
Select function :
Select detector / workspace :
Mode to be executed :
Diagnosis tests
Test A
Test B
Test C
Test D
Test E
Test F
Calibration
Performance Test
Self-diagnosis
Start
History
Exit QC
Name : CXDI50G
Test type
Results list
[Start]
[History]
[Exit QC]

**Self-diagnosis start screen**

NOTE: Selection of the test type cannot be modified. For details, consult your service engineer.

Continued

### *To confirm the self-diagnosis history*

Before clicking [Start], click [History]. To close the dialog box, click [OK].



[OK]

**3**  **Exit the QC Tool.**

Click [Exit QC] in the Self-diagnosis start screen.

# 3.6 Image Proc (Image Processing Adjustment)

Image processing parameters included in the protocol can be modified while simulating the processing parameter settings using the sample image that was previously captured.

NOTE:    Use of this tool requires the ImageProcessing Administrations privileges (see step 2 in 2.2).

## 1    Select the target protocol.

Click the target protocol in the Frequently-used protocols or Recently-used protocols tray and click [Edit Radiography] or [Edit Stitch] depending on the selected protocol.



[Edit Radiography]/
[Edit Stitch]

Protocol selection
screen

Name of the
selected protocol/
workspace

[Exit]

Another protocol selection method is available. Refer to 3.2.2 in the Operation Manual.

Continued

3. System Tools

## 2 Select a target sample image.

Select a sample image from the list while checking the preview thumbnail, and then click [Next].

NOTE:    Up to 100 of the most recent images can be available for simulations.

**If a sample image is not required**

Select the No Reference Image option, and then click [Next].



Target exposure type

Narrowing conditions

Column header

Sample image list

Target protocol name and workspace

Preview thumbnail

No Reference Image option

[Next]

**Sample image selection screen**

Click to cancel the operation and return to the protocol selection screen.

### To change the narrowing conditions for the sample image list

Select one of the following options; **Selected protocol only** (shows only images captured using the same protocols as the target protocol), **Similar anatomical parts** (shows only images captured using protocols whose anatomical parts are similar to the target protocol), and **All Images** (all available images).

### To sort the sample image

Click a sort item in the column header. To switch between ascending and descending sort order, click the same item again.

86

# 3 Modify the image processing parameters.

Refer to 6.2, and 7.3 in the Operation Manual for details on operation.

### *To set the EIt value*

Enter a value in the EIt text box referring to the current EI value. If the text box is left blank, DI cannot be calculated.

NOTE:   The values of EI, EIt, and DI can be embedded on both the preview screen and film sheet images. See 2.5 for details on operation.

### EI (Exposure Index)

EI is an approximative indicator of the dose that reaches the detector, as calculated per IEC 62494-1 standards from the captured images.
Under the same exposure conditions, the indicator and the dose are proportional. Depending on the exposure conditions, the indicator may vary on a 10 percent basis up to several 100 percent larger. For details, refer to IEC 62494-1.

### EIt (Target Exposure Index)

EIt is the target EI level. Set the appropriate EIt using EI obtained from previous captured radiographic images as feedback.

### DI (Deviation Index)

DI is a logarithmic index indicating the difference between the EI and EIt. When the EI value is the same as EIt, the DI is calculated as 0. The bigger the difference between EI and EIt, the larger the DI absolute value becomes. A positive DI value is calculated when EI is bigger than EIt, and a negative value is calculated when EI is smaller than EIt.



Processing parameter edit screen

3. System Tools

NOTE:   The result of the Grid Suppression control is not reflected in the preview image. However, the result can be confirmed solely in the printed image. If required, proceed to step 4.

NOTE:   The result of the Peripheral Mask control is not reflected in the preview image. However, the Peripheral Mask result can be confirmed in the [EXAM > Examination] or [PAST > View] screen. Refer to Chapter 5 in the Operation Manual.

# *4*  Transfer the resulting image, if required.

Click , select the destination, and then click [Send Image].
Refer to 7.2 in the Operation Manual for details on operation.

**Saving or printing the resulting images for strict image evaluation**

To evaluate the resulting image quality, it is recommended to check the images on the DICOM viewer or on printed film sheet. In such cases, the Patient ID and Series Description options are provided in the Output Settings dialog box. For example, enter a title that indicates that the image is not for examination in the Patient ID text box, and also enter a summary of the parameter modifications in the Series Description text box.



Patient ID text box

Series Description text box

Click to cancel the operation.

[Send Image]

***When the image arrangement screen appears***

Refer to "7.1.1 Arranging images automatically" in the Operation Manual.

## 5 Set image processing parameter.

Click [OK] in the processing parameter edit screen.

## 6 Exit image processing parameter edit mode.

Click [Exit] in the protocol selection screen.

3. System Tools

# 3.7 DB Backup

On the Backup screen, all of the Software databases or specific examination information can be manually backed up to a preset destination directory. Be sure to back up the database before performing any major modification of the Software.

NOTE:   Users cannot change the destination directories for both options. For details, consult your service engineer.



**To exit backup mode**

Click [Exit].

## 3.7.1 Database Backup option

*1*  **Check the status of current processes.**

Make sure that no Idling, Processing, or Sending status process is listed in the Process Viewer (see 3.1.1 and 3.3).

Note:   Data being transferred cannot be backed up properly.

*2*  **Perform backup for all of the Software databases.**

Click [Execution] for this option.

## 3.7.2 Output Exam Log option

The following information can be backed up in a CSV format file: Image capture date, image capture time, accession number, exposure mode, protocol name, body part, patient orientation, operator name, image rejection date, image rejection time, reason for image rejection, and name of operator who rejected the image.

## *1* Specify target examinations by period of time.

Enter the year, month, and date for both the Start Date and End Date option.

NOTE:   When the Start Date and End Date are not specified, log data of all examinations are output.

## *2* Perform backup for the examination information.

Click [Execution] for this option.

3. System Tools

# Appendix

**1    Imaging Parameters**

**2    Saving Imaging Parameters**

**3    Details of Imaging Parameters**

**4    Adjustment Procedure**

**5    Technical Overview of Image Processing**

**6    Printing IP Parameter Values on Printed Images**

**7    Monitor Gamma Adjustment**

Appendix

# Introduction

This appendix gives instructions for user adjustment to imaging parameters for captured images from Canon digital radiography system CXDI series and CXDI Control Software NE (hereafter "the Software") systems. For details on operating procedure, refer to the chapter 1 through 3 of this Setup Guide and the separate Operation Manual. The Software includes image processing functions to produce optimal images. Site-specific adjustments are made during installation by service engineers.

For questions or technical issues when using imaging parameters to adjust captured images, contact your service engineer.

NOTE:     Before adjusting imaging parameters, calibrate the output devices, such as local preview monitors, PACS, HD DICOM monitors, and film printers, to ensure consistent image appearance. Insufficient calibration will make adjustment of interrelated imaging parameters complex and prevent optimal image quality from being obtained easily.

NOTE:     If you find undesirable artifacts on adjusted images or realize any loss of details necessary for diagnosis, attenuate the effect of adjustments or cancel them. Be sure to check that the adjusted images are acceptable.

# 1  Imaging Parameters

## 1.1 Overview of Imaging Parameters

The Software incorporates a variety of image processing to enable consistently optimal imaging.

Settings have already been configured to leverage this processing for optimal rendering (in each study, each anatomical part, and each patient). It is also possible to fine-tune imaging by altering the intensity or level of processing through customization of imaging parameters.

## 1.2 Classification of Imaging Parameters

Imaging parameters are classified into three levels (1–3).

**Level 1:**   General imaging parameters that are occasionally applied to specific patients.

**Level 2:**   Imaging parameters that are rarely applied to specific patients.
In general, there is no need to adjust these parameters.

**Level 3:**   Global parameters, not restricted to specific patients.

## 1.3 Access Privileges

Whether or not users can access imaging parameters depends on two levels of authorization, based on their image processing privileges. In this appendix, users authorized for advanced adjustment of image processing parameters are called imaging administrators. Users without this authorization are simply called regular users.

**Regular users:**
Users who can edit level 1 parameters.

**Imaging administrators:**
Administrators who can edit all parameters (levels 1–3).

However, regular user privileges (for level 1 image adjustment) are sufficient in most workflows. When regular users attempt to access level 2 or 3 image adjustment parameters, the Authorization dialog box appears indicating insufficient privileges.

**When the Authorization dialog box appears**
Entering the login name and password of a user with higher-level authorization in this dialog box grants provisional access to level 2 and 3 parameters.
This provisional access is valid only until the current study is finished. After the current study, even if users attempt to access level 2 or 3 parameters for multiple studies of the same patient, the login name and password of an imaging administrator is required.

Appendix

# 1.4 How to Access Imaging Parameters

To access level 2 parameters, click indicator 2 in the access level selector/indicator in the Image Processing pane. To access level 3 parameters, when level 2 parameters are displayed, click indicator 3 in the access level selector/indicator.



Access level selector/indicators

# 2  Saving Imaging Parameters

This chapter gives overview of saving imaging parameters. Parameters are saved per-protocol basis* and per-study basis.

The categories, parameters (functions), and levels of image adjustment are as follows. The table also indicates whether adjusted parameters can be saved as the default parameters. See also 2.1 Adjustment and Saving of Default Parameters.

\* Default (per-protocol basis) parameters are automatically applied to the captured images as default setting.

| Category | Parameter | Level 1 | Level 2 | Level 3 | Can be Saved as Defaults |
|---|---|:---:|:---:|:---:|:---:|
| Generals | Right Rotation | ✓ | ✓ | ✓ | Yes |
| | Left Rotation | ✓ | ✓ | ✓ | Yes |
| | Horizontal Flip | ✓ | ✓ | ✓ | Yes |
| | Vertical Flip | ✓ | ✓ | ✓ | Yes |
| Analysis | Dynamic range | ✓ | ✓ | ✓ | No |
| | ROI | ✓ | ✓ | ✓ | No |
| Anatomical Part | Category | | | ✓ | Yes |
| | Anatomical Part | | | ✓ | Yes |
| | Direction | | | ✓ | Yes |
| LUT | Curve Shape | | | ✓ | Yes |
| | Brightness Adjustment | | | ✓ | Yes |
| | REX*1 | | | ✓ | Yes |
| | Base Brightness*2 | | | ✓ | Yes |
| | Base Contrast | | | ✓ | Yes |
| | Brightness | ✓ | ✓ | ✓ | No |
| | Contrast | ✓ | ✓ | ✓ | No |
| Enhancement*2 | Edge Enhancement | | ✓ | ✓ | Yes |
| | Edge Frequency | | | ✓ | Yes |
| | Contrast Boost | | ✓ | ✓ | Yes |
| Dynamic Range Adjustment*2 | Dark Region | | ✓ | ✓ | Yes |
| | Bright Region | | ✓ | ✓ | Yes |
| Noise Reduction*2 | Effect | | ✓ | ✓ | Yes |
| Grid Suppression | Grid Suppression | | | ✓ | Yes |
| | Grid Name | | | ✓ | Yes |
| Sharpness Adjustment*3 | Effect | | | ✓ | Yes |
| Peripheral Mask | Mask | | | ✓ | Yes |

*1 Only when REX is selected for Brightness Adjustment
*2 Only when Auto is selected for Brightness Adjustment
*3 Only when Radiography is selected for the exposure mode

Appendix

# 2.1 Adjustment and Saving of Default Parameters

## 2.1.1 Adjustment

Among default imaging parameters, level 3 parameters are global and not restricted to specific patients. When configuring these parameters, use values that represent the optimal average values across multiple subjects. The adjustment procedure is described in the next chapter.

**Interfaces enabling editing of default parameters**

| Interface | Adjustment Scenario | Notes |
|---|---|---|
| Image Proc button | Adjustment after specifying a protocol | The protocol name must be known in advance. |
| EXAM tab | Adjustment during a study | Parameters are saved during level 3 adjustment by clicking [Save As Default]. |
| PAST tab | Adjustment after selecting a patient who has already been imaged | |

For details on the Image Proc button, see Chapter 3.1 and 3.6 of this Setup Guide.

## 2.1.2 Saving

Default parameters can be saved on a per-protocol basis. These parameters can be edited in the above three interfaces, but saving requires imaging administrator privileges. Default parameters cannot be saved with regular user privileges.

# 2.2 Adjustment and Saving of Study Parameters

## 2.2.1 Adjustment

Essentially, adjustment is only possible for level 1 imaging parameters. However, if additional fine-tuning is desired, adjust level 2 imaging parameters. Adjustment of level 3 imaging parameters is not necessary. The adjustment procedure is described in the next chapter.

**Interfaces enabling editing of study parameters**

| Interface | Adjustment Scenario | Notes |
|---|---|---|
| EXAM tab | Adjustment immediately after image capture | - |
| PAST tab | Adjustment after a study is finished | - |

## 2.2.2 Saving

Study parameters can be saved, as needed. These parameters can be edited in the above two interfaces and be saved with regular user privileges. The same applies to users with imaging administrator privileges.

# 3   Details of Imaging Parameters

This chapter gives explanations of each parameter function and operating procedures for these parameters.

NOTE:    If you find undesirable artifacts on adjusted images or realize any loss of details necessary for diagnosis, attenuate the effect of adjustments or cancel them. Be sure to check that the adjusted images are acceptable.

NOTE:    To confirm the results of effects in the imaging parameters, check images after transfer to storage or output to film.

## 3.1 Main Parameters

The number of parameters varies depending on the Brightness Adjustment setting. Two Brightness Adjustment settings are available: Auto and REX.

NOTE:    Auto: Mode for automatic tone curve adjustment, for uniform brightness in the region of examination regardless of X-ray dose

REX:  Mode for tone curve adjustment to change brightness of the region of examination based on X-ray dose

**Top screen of Image Processing pane\***



1)
2-A)
3)
4)
5)
6)
7)
8)

**Auto Mode**

1)
2-B)
6)
7)
8)

**REX Mode**

Click a category to access image adjustment parameters based on user privileges.

\* This pane appears in [EXAM > Examination] and [Past > View] screens.

Appendix

# 3.2 Description of Parameters

### 1)  Anatomical Part

Functions for automatic adjustment of image tone after exposure. Complete the Anatomical Part and Direction settings according to study objectives and the anatomical part involved. For example, specify Chest in Anatomical Part for automatic tone adjustment after exposure suited to chest diagnosis.



**Category and Anatomical Part**
The anatomical parts are categorized as follows;

| Category | Anatomical Part |
| --- | --- |
| Contrast-Medium | Upper Gastrointestinal |
| | Lower Gastrointestinal |
| | Hepato Billiary Pancreatic |
| | Urinary |
| | Myelo |
| Skull | Skull |
| | Ear |
| | Nose Sinus |
| | Nose |
| | Mandible |
| Chest/Abdomen | Chest |
| | Child Chest |
| | Infant Chest |
| | Abdomen |
| Spine | Cervical Spine |
| | Thoracic Spine |
| | Lumbar Spine |
| Rib Cage | Clavicle |
| | Shoulder |
| | Scapula |
| | Rib |
| | Sternum |

| Category | Anatomical Part |
|---|---|
| Pelvis | Pelvis |
| | Sacrum |
| | Ilium |
| | Coccyx |
| | Pubis |
| Upper-Extremity | Humerus |
| | Elbow |
| | Forearm |
| | Wrist |
| | Hand |
| Lower-Extremity | Hip Joint |
| | Femur |
| | Knee |
| | Leg |
| | Ankle |
| | Foot |
| Other | Unknown |
| Stitch* | Whole Spine |
| | Full Leg |
| | Unknown |

*  Only for stitching protocol

**Direction**
Imaging directions (orientations) are as follows;
      **Front**
      **Lateral**
      **Other**

Continued

Appendix

### 2-A)  LUT (Auto mode)

Adjusts tone curve parameters.



**Curve Shape**
Specify the tone curve. Select one of the following four tone curves
    **SA:**  S-shaped tone curve equivalent to standard radiographic film
    **SB:**  S-shaped tone curve with higher contrast in bright regions
    **SC:**  S-shaped tone curve with higher contrast in dark regions
    **LN:**  Uniform contrast throughout all brightnesses

**Brightness Adjustment**
Select Auto.
In Auto mode, the tone curve will automatically be adjusted so that the brightness of the overall examination region of all images will be almost the same regardless of the X-ray dose.

**Base Brightness (1 to 29)**
Specify the standard brightness.
Set the value higher for brighter images. Conversely, set it lower for darker images.
Choose values that represent optimal average values across multiple subjects.

**Base Contrast (1 to 29)**
Specify the standard contrast.
Set the value higher for more overall contrast. Conversely, set it lower for less contrast overall.
Choose values that represent optimal average values across multiple subjects.

**Brightness (-10 to +10)**
Used to fine-tune brightness. Adjust the brightness in a range of -10 to +10 relative to the Base Brightness value.
Set the value higher for brighter images. Conversely, set it lower for darker images.
The supported adjustment range depends on the Base Brightness value. In some cases, the range may be narrower than -10 to +10.

**Contrast (-10 to +10)**
Used to fine-tune contrast. Adjust the contrast in a range of -10 to +10 relative to the Base Contrast value.
Set the value higher for more overall contrast. Conversely, set it lower for less contrast overall.
The supported adjustment range depends on the Base Contrast value. In some cases, the range may be narrower than -10 to +10.

## 2-B)  LUT (REX mode)

Adjusts tone curve parameters.

NOTE:   REX mode is used for manual studies (when the X-ray dose was intentionally
controlled to achieve a specific image brightness) or in follow-up exams
when imaging is based on film density*1, for example.
*1 Or on brightness, in display-based diagnosis.



**Curve Shape**
See 2-A) LUT (Auto mode).

**Brightness Adjustment**
Select REX.
In REX mode, the brightness of the overall examination region of an image varies
depending on the X-ray dose (images are darker at higher X-ray doses and brighter at
lower doses).

**REX (0 to 65535)**
Specify the standard brightness in REX mode.
Set the value higher for brighter images. Conversely, set it lower for darker images.

NOTE:   The REX (Reached Exposure Index) value is equivalent to that of the output
from the image sensor pixels that are included in a region, where the
referential density of 0.75D is applied, in a diagnostic image captured using
the CXDI system.
If the applied imaging parameters are the same in Auto mode, the REX value
varies depending on the X-ray dose that reaches the image sensor, and
provides an indication of the X-ray dose radiated from the generator.

**Base Contrast (1 to 29)**
See 2-A) LUT (Auto mode).

**Brightness (-10 to +5)**
Used to fine-tune brightness. Adjust the brightness in a range of –10 to +5 relative to
the Base Brightness.
Set the value higher for brighter images. Conversely, set it lower for darker images.

**Contrast (-10 to +10)**
See 2-A) LUT (Auto mode).

Appendix

### 3) Enhancement

Adjusts image enhancement parameters.



Select the check box to activate enhancement. The following three parameters are available.

**Edge Enhancement (0 to 20)**
Set the value higher to emphasize image edges, making images sharper.

**Edge Frequency (1 to 7)**
Adjust the frequency range for edge enhancement.
Set the value lower for edge enhancement in low-frequency regions. This is suitable for large structures such as organs and bones.
Set the value higher for edge enhancement in high-frequency regions. This is suitable when imaging blood vessels, trabecular bones, or other small structures.

**Contrast Boost (0 to 20)**
Set the value higher to enhance local contrast. This increases sharpness in thicker areas of the body, as in trunk imaging.

### 4) Dynamic Range Adjustment

Adjusts the dynamic range adjustment parameters.



Select the Dark Region check box to activate dynamic range adjustment of dark regions. Conversely, select Bright Region to activate dynamic range adjustment of bright regions.

**Dark Region (1 to 20)**
Set the value higher to brighten dark image areas. If dark image areas are too dark, increase the value. If they are too bright, decrease the value.

**Bright Region (1 to 20)**
Set the value higher to darken bright image areas. If bright image areas are too bright, use a large value. If they are too dark, use a low value.

### 5) Noise Reduction (1 to 10)

Reduces graininess in image areas of low X-ray exposure.

Noise Reduction
Effect
5

Select the check box to activate noise reduction. Set the value higher to reduce graininess. However, images will be somewhat less sharp.

### 6) Grid Suppression (On/Off)

Reduces the appearance of grid lines in captured images.

Grid Suppression
Grid Name
180cm_12:1_40_Al
Grid Suppression

When this check box is selected, grid suppression is applied to images at the time of transfer to storage or film output. If a grid other than the one set at the parameter configuration is used, select the check box to activate grid suppression, and then the name of the grid that is attached.

NOTE: In order to check the effect of this image processing, examine images transferred to storage or output to film. Results of grid suppression cannot be seen in images as displayed.

### 7) Sharpness Adjustment (1 to 3)

Increases the sharpness of the image by eliminating blurring.

Sharpness Adjustment
Effect
1

Select the check box to activate sharpness adjustment. Set the value higher to increase sharpness.

### 8) Peripheral Mask (On/Off)

Peripheral masking is a function to conceal areas outside the region of examination.

Peripheral Mask
Mask

When this check box is selected, the masking effect is applied to a captured image. Refer to 6.1.7 in the Operation Manual.

NOTE: The masking is not applied to images shown in the preview image on the processing parameter edit screen during modification of a protocol (see 3.6 in this Setup Guide). Masking is translucent on EXAM and PAST screens. At the time of output, an opaque black mask conceals peripheral images.

Appendix

# 3.3 Other Parameters

### Dynamic range

In the figure, the subject's dynamic range is bounded by shadow/highlight adjustment sliders. However, because the optimal dynamic range is normally set after automatic analysis, avoid moving the sliders. Note that these sliders cannot be used while the color is brown.



Shadow adjustment slider

Histogram

Highlight adjustment slider

### Determining if the Dynamic Range is Suitable

Examine both the image preview and the histogram to determine suitability. Determine the exact histogram range that corresponds to the subject's dynamic range. This range does not include peripheral areas, metal objects, or blank, transparent areas. Accurate judgment requires some experience. For function details, see 5.2.3 Dynamic Range Analysis and 5.3.2 Dynamic Range Adjustment in this appendix.

### ROI

For specifying the region of interest. If there are overexposed highlights or underexposed shadows, click this button and specify the ROI.



# 4   Adjustment Procedure

This chapter gives instructions for adjusting exposure images through various parameters. Before adjusting imaging parameters, calibrate the output devices, such as local preview monitors, PACS, HD DICOM monitors, and film printers, to ensure consistent image appearance. Insufficient calibration will make adjustment of interrelated imaging parameters complex and prevent optimal image quality from being obtained easily.

NOTE:   If you find undesirable artifacts on adjusted images or realize any loss of details necessary for diagnosis, attenuate the effect of adjustments or cancel them. Be sure to check that the adjusted images are acceptable.

## 4.1 Default Parameters

For image adjustment involving default parameters, perform adjustment on multiple exposure images of various physiques and specify the average values as default parameters.
The process first involves refinement of the overall/bright area/dark area image appearance by adjusting the tone curve and dynamic range, followed by refinement of image details by adjusting noise reduction and image enhancement.
Figure 4.1 presents a flowchart of the procedure for adjusting default parameters.
Table 4.1 describes each step in this process.

Continued

Appendix



**Figure 4.1. Flowchart of the Adjustment Procedure for Default Parameters**

| No. | Description |
|-----|-------------|
| 1) | Select images for parameter adjustment.<br>At this time, avoid images for which automatic analysis failed. |
| 2) | Deactivate image enhancement, dynamic range adjustment, and noise reduction. |
| 3) to 5) | Adjust tone curve parameters (curve shape, base brightness, and base contrast).<br>At this time, adjust the settings for optimal ROI brightness and local contrast. Note that you can specify a high value in the base contrast parameter, even if this causes underexposed shadows in dark areas and overexposed highlights in bright areas. You can correct this later by adjusting the dynamic range. |
| 6) | If dark areas are too dark compared to the brightness of the ROI, activate dark region control and adjust the value. |
| 7) | Similarly, if bright areas are too bright compared to the brightness of the ROI, activate bright region control and adjust the value. |
| 5) to 7) | If the base contrast parameter is set too high relative to the image's dynamic range, steps 6) and 7) may not be effective in achieving optimal brightness in dark and bright areas. In this case, set the base contrast parameter lower and repeat steps 6) and 7). If the base contrast parameter is set low, local contrast of the ROI will be low, but you can correct local contrast later in the enhancement parameter. |
| 8) | Check image areas of low X-ray exposure. If there is undesirable graininess, activate noise reduction and adjust the value. Note that it may be difficult to verify effect processing on local computers used for previewing images. Refer to a printed film image or HD DICOM monitor to verify effect processing as you adjust the parameters. |
| 9) and 10) | Check image sharpness. If images are blurry, activate enhancement and edge frequency and adjust the value. Note that it may be difficult to verify effect processing on local computers used for previewing images. Refer to a printed film image or HD DICOM monitor to verify effect processing as you adjust the parameters. |
| 11) | Check the local contrast of images. If contrast is too low, activate contrast boost and adjust the value. |

**Table 4.1. Flowchart Description for Default Parameters**

Appendix

## 4.2 Study Parameters

Image quality is automatically optimized to account for individual variation in X-ray dose, physique, and other factors. For this reason, no fine-tuning of parameters is generally necessary. However, the effect of tone curve and dynamic range adjustment will be inconsistent if automatic analysis fails, and in this case, the parameters must be fine-tuned.

NOTE:   Enhancement and noise reduction parameters, on the other hand, need not be adjusted after default parameters are determined because the results of automatic analysis are not applicable to this image processing.

Figure 4.2 presents a flowchart of the procedure for fine-tuning study parameters. This procedure involves changing tone curves and dynamic range to adjust the brightness. Table 4.2 describes each step in this process.



**Figure 4.2. Flowchart of Adjustment Procedure for Study Parameters**

| No. | Description |
|-----|-------------|
| 1) | Automatic analysis may fail if the ROI brightness differs significantly from the base brightness, or if there are overexposed highlights or underexposed shadows. Adjust the ROI image manually to make sure it is suitable. |
| 2) | To fine-tune ROI brightness, adjust the brightness parameter of tone curves. Correct inconsistent automatic analysis of patients, and fine-tune ROI adjustment results as needed. |
| 3) | To change local contrast in the ROI, adjust the contrast parameter of tone curves. |
| 4) | If dark areas are too dark relative to ROI brightness, use a higher value for dark region control. If areas are too bright, on the other hand, reduce the value. |
| 5) | If bright areas are too bright relative to ROI brightness, use a higher value for bright region control. If areas are too dark, on the other hand, reduce the value. |

**Table 4.2. Adjustment Flowchart Description for Study Parameters**

Appendix

# 5  Technical Overview of Image Processing

This chapter presents a technical overview for users of image processing by the Software.

## 5.1 Overview of Image Processing

Image processing by the Software can be broadly classified into three stages of image processing: pre-processing, automatic analysis, and processing images for use in diagnosis as shown in Figure 5.1. In each case, after conversion to digital signals, image from the FPD (at this point, the images are referred to as "raw image."[*1]) is pre-processed for uniformity. After pre-processing (at which point images are referred to as "pre-processed image"), automatic analysis is conducted to determine image features or characteristics. This is followed by processing to prepare images suitable for diagnosis. At this stage of image processing, multiple imaging parameters[*2] can be adjusted interactively to provide diagnosis images tailored to a variety of requirements. Also at this stage, the results of analysis are applied in optimal image processing for the X-ray dose and patient physique involved.

[*1]   Raw images produced by the LANMIT system are irrelevant to end users.
[*2]   Details on configurable parameters are given in 3 Details of Imaging Parameters.



**Figure 5.1. Image Processing Sequence**

112

# 5.2 Automatic Analysis

Images produced by the digital radiography system CXDI series and the Software have a wide dynamic range (extending to about four digits). For this reason, automatic analysis must be conducted to determine which part of the dynamic range will be useful in diagnosis and adjust the density (brightness) accordingly to prepare effective images for diagnosis. Automatic analysis must also detect what image areas were exposed to X-rays, because the area of exposure varies by study. Another role of the Software in automatic analysis is to calculate the Reached Exposure index and analyze a variety of image characteristics in other ways. This section describes the typical process of automatic analysis.

## 5.2.1 Detection of Irradiated Fields

Although the CXDI detector has a large effective area, the actual exposure area may be limited to an area smaller than this, depending on the study. The area is therefore detected automatically, by isolating the irradiated field. A schematic diagram of detection is shown in Figure 5.2. To detect this area, original, pre-processed images are analyzed to extract the edges of the irradiated field from multiple edge components in the image based on position, intensity, and other criteria. The area bounded by these edges is determined to be the area of exposure. Although this technique enables accurate detection of irradiated fields even when X-rays strike the detector at an angle, it cannot be used to detect multiple exposure areas.



Source Image    Edges Extracted    Edges of Exposure Area Extracted    Cropped    Masked

**Figure 5.2. Schematic diagram of detection of irradiated fields**

Operators can save time in imaging setup and improve throughput by using the area detected as the initial value in cropping and peripheral masking (which masks areas outside the field).

If detection fails, the area for cropping and peripheral masking must be set manually. For details on cropping and peripheral masking, refer to 6.1.6 and 6.1.7 in the separate Operation Manual.

113

## 5.2.2 Image Feature Analysis

Generally consistent density (brightness) in the region of interest (ROI) is maintained for all subjects and X-ray doses by the Software through tone conversion[*3]. This processing requires a representative pixel value (the "reference pixel value") of the ROI to be determined from captured images. The reference pixel value is calculated automatically through image feature analysis. A schematic diagram of analysis is shown in Figure 5.3 and Figure 5.4. Because the reference pixel value sought varies depending on the anatomical part studied, anatomically specific algorithms are used for image feature analysis. Analysis accuracy is enhanced through various means. For example, after the ROI is determined directly from irradiated image areas, the average ROI value is used as the reference pixel value (as shown in Figure 5.3). Alternatively, the ROI is determined from a histogram of irradiated image areas and its center of mass is used as the reference pixel value (as shown in Figure 5.4). Both methods are also used together.[*3] Tone conversion is described in greater detail in 5.3.1 Image Tone Transformation.

[*3]   If analysis fails, the ROI must be set manually. For instructions on manual configuration, refer to 6.1.5 in the separate Operation Manual.



**Figure 5.3. Schematic diagram of image-based image feature analysis**



**Figure 5.4. Schematic diagram of histogram-based image feature analysis**

## 5.2.3 Dynamic Range Analysis

To enable dynamic range adjustment, the Software uses the subject's dynamic range as the density (brightness) range in settings, regardless of subject physique. This processing requires an understanding of how the available dynamic range corresponds to the specific dynamic range of the subject (that is, what part of the dynamic range should be used for the subject). This part is calculated automatically through dynamic range analysis. A schematic diagram of analysis is shown in Figure 5.5. Analysis involves extracting the region that remains after areas other than the subject (such as X-ray shielding or areas of direct exposure on the FPD) are subtracted from the irradiated field. The range between minimum and maximum values in this area is then calculated[4], which represents the dynamic range of the subject. Dynamic range adjustment is described in greater detail in 5.3.2 Dynamic Range Adjustment.

[4]   If analysis fails, the subject's dynamic range must be set manually by referring a histogram. For details, refer to Dynamic Range in 3.3. Other Parameters in this appendix and 6.2.1 in the separate Operation Manual.



**Figure 5.5. Schematic diagram of dynamic range analysis**

Appendix

# 5.3 Image Processing for Diagnosis

Pre-processed images are not always sufficient for use in diagnosis. For this reason, they must be converted to suitable images. Some parameters to prepare images for diagnosis can be adjusted in the Software. This section describes typical image processing in preparation for diagnosis.

## 5.3.1 Image Tone Transformation

Images produced by the digital radiography system CXDI series and the Software have a wide dynamic range (extending to about four digits). For this reason, to prepare images suitable for diagnosis, the part of the dynamic range that will be useful in diagnosis must be determined and suitable shading assigned. Additionally, because conventionally produced images are standard in diagnosis, image shading must also match that of conventional images. This processing is referred to as tone transformation. Figure 5.6 shows a relevant schematic diagram.



**Figure 5.6. Schematic diagram of image tone transformation**

In logarithmically transformed pre-processed image, representing higher or lower X-ray doses can be done simply by shifting the tone curve laterally. Thus, as shown in Figure 5.6, tone curves are shifted laterally depending on the dose so that the reference pixel value is at the desired density (brightness). As mentioned in the context of image feature analysis, the reference pixel value is calculated from the same, region-specific ROI regardless of the subject or dose. In this way, image tone transformation automatically adjusts the ROI to the desired density (brightness) regardless of the subject or dose. Moreover, because tone curves resembling the characteristic curves of conventional systems are used, this system provides diagnosis images equivalent to conventional images.

## 5.3.2 Dynamic Range Adjustment

As described, image tone transformation yields diagnosis images equivalent to conventional images, regardless of the subject or dose. However, with this processing alone, it is difficult to represent the entire subject while maintaining sufficient contrast. This is due to the subject's wide dynamic range, particularly in regions where subject depth varies significantly. For this reason, the entire subject is represented while maintaining sufficient contrast through dynamic range adjustment. Specifically, as shown in Figure 5.7, tone curves established in image tone transformation ("reference tone curves") are adjusted to keep the subject's dynamic range within the desired range of visibility. This adjustment of reference tone curves maintains visibility even in regions of the subject that would normally be affected by overexposed highlights or underexposed shadows. The adjustment also maintains the correlation between reference pixel values and desired density (brightness) and maintains tone curve gradients around reference pixel values. Thus, the subject's dynamic range can be kept within the desired range of visibility without changing the density (brightness) or local contrast (difference between the local contrast of structures) of the ROI. Because the subject's dynamic range is calculated automatically through dynamic range analysis, reference tone curves are also adjusted automatically to suit the subject's dynamic range.



**Figure 5.7. Tone curve adjustment**

However, merely adjusting tone curves this way causes low local contrast where the tone curve gradient is slight, as in the profile signals shown in Figure 5.8, which obscures these structures. For this reason, the dynamic range adjustment performed compensates for local contrast, keeping the subject's dynamic range within the range of visibility without reducing local contrast of main structures in the subject, as shown in Figure 5.9.

Continued

Appendix



**Figure 5.8. Alteration of local contrast**



**Figure 5.9. Compensation for local contrast**

Figure 5.10 shows a schematic diagram of dynamic range adjustment. As mentioned, this adjustment compensates for local contrast relative to images after tone transformation. Local contrast compensation is performed by adding tone-transformed images to images resulting from compensation for local contrast, which are created by extracting main structural components in each frequency band from images produced by breaking down source images into multiple frequency bands.



**Figure 5.10. Schematic diagram of dynamic range adjustment**

118

### 5.3.3 Image Enhancement

A variety of factors including X-ray and light scattering may cause blurriness in the raw image actually captured. Blurry images are made clearer and easier to see through image enhancement. A schematic diagram of enhancement is shown in Figure 5.11. After source images are broken down into multiple frequency bands, enhanced images are produced by extracting structures for enhancement in each frequency band. Image enhancement is then performed by adding enhanced images to source images.



Source Image                    Resulting Image

Enhanced Image

**Figure 5.11. Schematic diagram of image enhancement**

In enhancement, edges and local contrast are emphasized by changing the structures subject to enhancement. To enhance edges, the edges of the structures are emphasized by generating overshoot and undershoot along edges, as is shown in Figure 5.12. Local contrast is enhanced by amplifying local differences between structures, as shown in Figure 5.13.



**Figure 5.12. Schematic diagram of edge enhancement**

Continued

Appendix



**Figure 5.13. Schematic diagram of local contrast enhancement**

## 5.3.4 Noise Reduction

The raw image captured may also be affected by system noise, X-ray quantum noise, and various other types of noise superimposed onto the images. In this case, noise and image graininess is reduced through noise reduction. A schematic diagram of noise reduction is shown in Figure 5.14. Here, a noise image is created by extracting the noise superimposed in each frequency band from images obtained by breaking down source images into multiple frequency bands. The noise image is subtracted from source images, for adaptive noise reduction according to the X-ray dose.



**Figure 5.14. Schematic diagram of noise reduction**

# 6  Printing IP Parameter Values on Printed Images

If the IP Parameter option is selected on the Film Annotation tab (see 2.5.3 of this Setup Guide), the values for image processing parameters that are applied to the image will be printed on the film output in the following format.

## 6.1 IP Parameter indication details

Parameters are segmented into (six groups only for stitch images) by colons, and they consist of group or option identifying alphabets or numbers, and parameter values.



For details on the meaning of the printed values, see the table below.

Appendix

| Group | Alphabet | Corresponding Image Processing Parameter | Indication |
|---|---|---|---|
| Parameter 1 | A | Anatomical Part | 0: Unknown<br>1: Skull<br>2: Ear<br>3: Nose Sinus<br>4: Nose<br>5: Mandible<br>6: Chest<br>7: Child Chest<br>8: Infant Chest<br>9: Abdomen<br>10: Cervical Spine<br>11: Thoracic Spine<br>12: Lumbar Spine<br>13: Clavicle<br>14: Shoulder<br>15: Scapula<br>16: Rib<br>17: Sternum<br>18: Pelvis<br>19: Sacrum<br>20: Ilium<br>21: Coccyx<br>22: Pubis<br>23: Humerus<br>24: Elbow<br>25: Forearm<br>26: Wrist<br>27: Hand<br>28: Hip Joint<br>29: Femur<br>30: Knee<br>31: Leg<br>32: Ankle<br>33: Foot<br>34: Upper Gastrointestinal<br>35: Lower Gastrointestinal<br>36: Hepato Billiary Pancreatic<br>37: Urinary<br>38: Myelo<br>100: Unknown (Stitch)<br>101: Whole Spine<br>102: Full Leg |
| | | Direction | 0: Other<br>1: Front<br>2: Lateral |

| Group | Alphabet | Corresponding Image Processing Parameter | Indication |
|---|---|---|---|
| Parameter 2 | None | Curve Shape | SA/SB/SC/LN |
| | | Base Brightness | When the Auto option is selected for Brightness Adjustment, a value between 1 and 29 will be printed.<br>When the REX option is selected for Brightness Adjustment, "*" will be printed. |
| | | Brightness | -10 to 10 |
| | | Base Contrast | 1 to 29 |
| | | Contrast | -10 to 10 |
| Parameter 3 | E | Enhancement | When the Edge Enhancement check box is selected, values for Edge Enhancement, Edge Frequency, and Contrast Boost will be printed.<br>When the Edge Enhancement check box is not selected, "*" will be printed. |
| | | Edge Enhancement | 0 to 20 |
| | | Edge Frequency | 1 to 7 |
| | | Contrast Boost | 0 to 20 |
| Parameter 4 | D | Dark Region | When the Dark Region check box is selected, a Dark Region value (1 to 20) will be printed.<br>When the Dark Region check box is not selected, "*" will be printed. |
| | | Bright Region | When the Bright Region check box is selected, a Bright Region value (1 to 20) will be printed.<br>When the Bright Region check box is not selected, "*" will be printed. |
| Parameter 5 | N | Noise Reduction | When the Noise Reduction check box is selected, a Noise Reduction value (1 to 10) will be printed.<br>When the Noise Reduction check box is not selected, "*" will be printed. |
| Parameter 6 | G | Grid Suppression | When the Grid Suppression check box is selected, 1 will be printed.<br>When the Grid Suppression check box is not selected, "*" will be printed. |
| Parameter 7 | S | Sharpness Adjustment | When the Sharpness Adjustment check box is selected, the value (1 to 3) will be printed. When the check box is not selected, "S" and value are not printed. |

Appendix

# 7   Monitor Gamma Adjustment

If [Gamma Adjustment] appears on the System Settings tab, users can adjust the monitor gamma and save the adjustment result.



[Gamma Adjustment]

**System Settings tab**

## *1* Start monitor gamma adjustment.

Click [Gamma Adjustment].

### *If a confirmation dialog box appears*

Users can confirm the adjustment results but cannot save the result. Click [OK] and go to step 2. If there is a 0.4 or greater difference in the monitor gamma value before and after the adjustment, the adjustment result should be saved. Consult a service engineer to change and save the setting.



### *If the value entry screen appears*

Users can adjust the monitor gamma and can save the adjustment result. Enter values in the Luminance and Contrast ratio text box (both values may be found in a catalog or user's manual for the monitor display), click [Next], and go to step 2.



Luminance text box

Contrast ratio text box

Click [Next] to go to the adjustment screen corresponding to the option selected here.

Click to return to the [System Settings] tab.

[Next]

**Value entry screen**

Appendix

## 2 Adjust the monitor gamma using luminance patches.

NOTE:    Eight different luminance patches have a square at their center whose brightness can be adjusted by the use of the monitor gamma control. Adjust the monitor gamma so that all the eight squares inside each of the luminance patches are clearly and equally defined.

Point the monitor gamma control and rotate the scroll wheel on the mouse or click the arrows of the control.
To brighten the center squares of the luminance patches, move the slider to the right.
To darken the center squares of the luminance patches, move the slider to the left.

NOTE:    It is recommended to lower the monitor gamma value if adjustment is performed in a darker room. On the other hand, raise the monitor gamma value if adjustment is performed in a brighter room.



Adjustment mode options

Luminance patches

Monitor gamma control

Click to return to the [System Settings] tab.

[OK]

Normal mode screen

NOTE:    While the screens for Normal Mode and Tight Mode appear almost the same, lower contrast around the border of the center square of the luminance patch in tight mode is suited to fine-adjust the monitor gamma.

126

## *3* Confirm the adjustment result using the SMPTE test pattern.

Select the SMPTE mode option from among the adjustment mode options. See step 2 in 2.3.2 of this Setup Guide for details on confirmation method.

NOTE:    If required, monitor gamma can also be adjusted in this mode using the monitor gamma control.

## *4* End monitor gamma adjustment.

Click [OK]. The adjustment result is saved and the screen will return to the [System Settings] tab.

NOTE:    If a confirmation dialog box appears in step 1, [OK] will be disabled and the adjustment results cannot be saved. In such cases, click [Cancel] to return to the [System Settings] tab, and consult your service engineer.

# Index

## A

Access Point Setting   18
Access privileges   95
Age   23
Align images using markers   19
Anatomical Part   100
APR ID   67
Automatic analysis   112, 113
Automatic Next Protocol Selection   24
Automatically apply protocol   26
AutoProto Application   76

## B

Background color   41
Backup
    Database   90
Birth   23
Blank line   31, 35
Body Part   63

## C

Calibration   78
Called AE Title
    MPPS   46
    MWL   44
    Printer   41
    Storage   38
Calling AE Title
    MPPS   46
    MWL   44
Category tabs   69
C-ECHO
    MPPS   47
    MWL   45
    Printer   41
    Storage   39
Character Set   18
Classification of Imaging Parameters   95
Code Meaning   64
Code Value   64
Column header
    Rearranging   58
Column Headers   25
Commitment Calling AE Title   40
Commitment Port   40
Common Cropping Area options   20
Common Output Setting   40
Communication test result   37, 41
Connect GEN   12

Connection   37
Contrast ratio   125
Cropping Area Options   65
Customize Display   23

## D

Data transfer
    Resending   59
    Suspending   59
Database Backup   90
Database server   44
DB Backup   90
Default Parameters   107
Description List Items   26
Device Information   18
DI   31, 87
Diagnosis images   112
DICOM Attributes   63
Disk Storage   47
Divide Grid   52
Dynamic Range Adjustment   117
Dynamic Range Analysis   115

## E

EI   31, 87
EIt   31, 87
Essential Input Setting   23
Examination Screen   24
Exposure Protocol Code   63
Exposure type   67

## F

Film Annotation   34
Film Box Annotation   34
Film options   66
Film Output Destination   42
Fixed Ratio   43
Flipping   65
Free Annotation   32

## G

Gamma Adjustment   124
GenCom   49
Grid Name   65
Grid Suppression   105
GSPS
    Storage   38
GUI Color Taste Selection   19

## H

Help Display   24

## I

Image box   50
Image Box Annotation   34
Image Enhancement   119
Image Feature Analysis   114
Image Proc   85
Image processing for diagnosis   112, 116
Image Tone Transformation   116
Image type
    Print out   43
Imaging administrators   95
Imaging Parameters   95
Input Reject Reason   24
Institution Name   19
IP Parameter   35, 121
Irradiated Fields   113

## L

Laterality   63
Laterality Marker   32, 63
Layout Template
    Button   40
    Edit   51
    Screen   50
Local contrast   117
Log Viewer   57
Logout   56
Luminance   125

## M

Measurement Object   24
Monitor Gamma   21
MPPS   46
MWL   44

## N

Noise Reduction   120
Normal Mode   126
Number of partial images   67

## O

Output Exam Log   91

## P

Patient Info Input Mode   23
Patient Name Input Form   23
Patient Orientation   63
Performance Test   78, 81
Peripheral Mask   105
Per-protocol basis   97, 98
Ping
    MPPS   47
    MWL   45
    Printer   41
    Storage   39
PPS   58
PrePack protocol   70
Pre-processed image   112
Pre-processing   112
Preview Annotation   30
Print format
    End Exam   43
Printable area of an oversized image   65
Printer   40
Printer Calling AE Title   43
Process Viewer   58
    Refresh   19
Prolonged Exposure   67
Protocol
    Creating   68
    Modifying   60
    Settings   26, 63
Protocol Editor   60
Protocol tray
    Organizing   73
Protocol Workspace Settings   65

## Q

QC Tool   78

## R

Radiography Image Modality   38
Raw image   112
Reference pixel value   114
Reference tone curves   117
Refresh Interval   19
Regular users   95
Rotation   65

Index

## S

Screen Saver   18
Selected protocol only   86
Self-diagnosis   82
Show Code Meaning   26
Show Stitch Screen automatically after ending
    every EXAM   19
Shutdown   56
SID   67
Similar anatomical parts   86
SMPTE   21, 127
SOD   67
Software Version   18
Stitch Setting   19
Storage   37
Storage Calling AE Title   40
Storage Commit   38
Study Information Display Setting   24
Study Parameters   98, 110
System Settings   18
System setup option   14
System tool   54

## T

Tight Mode   126
Toolbar options   27

## U

User Administration   16

## V

View Position   63

## W

Workspace
    Settings   63



*L-IE-4162E*

# Canon

 **CANON INC. Medical Equipment Group**
30-2, Shimomaruko 3-chome, Ohta-ku, Tokyo, Japan
Telephone: (81)-3-3758-2111

**CANON U.S.A., INC.**
**CANON MEDICAL SYSTEMS**
15955 Alton Parkway, Irvine, CA 92618-3616, U.S.A.
Telephone: (1)-949-753-4160

 **CANON EUROPA N.V. Medical Products Division**
Bovenkerkerweg 59-61, 1185 XB Amstelveen, The Netherlands
Telephone: (31)-20-545-8926

**CANON SINGAPORE PTE. LTD. Medical Equipment Products Division**
1 HarbourFront Avenue, #04-01 Keppel Bay Tower, Singapore 098632
Telephone: (65)-6799-8888

**CANON AUSTRALIA PTY. LTD. Optical Products Division**
1 Thomas Holt Drive, North Ryde, Sydney N.S.W. 2113, Australia
Telephone: (61)-2-9805-2000

PUB. L-IE-4162E          0911P0.001          © CANON INC. 2011          Printed in Japan