# Exhibit D

**Canon** CANON MEDICAL COMPONENTS U.S.A.

PRODUCTS   ABOUT   CONTACT

Home / Products / Digital Radiography / Fluoroscopy / Software Solutions / CXDI CONTROL SOFTWARE NE Version 2.16



# CXDI CONTROL SOFTWARE NE Version 2.16

Software Solutions

 

## CXDI CONTROL SOFTWARE NE Version 2.16

CXDI Control Software NE is made exclusively for use with Canon Digital Radiography Systems.

This software helps to optimize workflow and reduce the steps needed to complete exams. It provides quick image configuration and timely network distribution, supports multiple study acquisition, can easily be tailored to most individual clinical preferences and helps provide the delivery of consistent, high-resolution images with the Canon CXDI Digital Radiography Systems. In addition, this proprietary software is Integrating the Healthcare Enterprise (IHE) and DICOM® 3.0 compliant and has features that can help practitioners with their HIPAA compliance efforts.

For more information, contact Virtual Imaging, Inc. a Canon Company.

read less

**Features**

## Features

Collapse All

### Main Features

- Fast preview allows confirmation of positioning prior to full image processing
- Supports large, high-resolution monitor*
- Optimized workflow with few operational steps
- Interactive GUI for intuitive operation
- Supports various workflows
- Stitching comes standard—up to 4 images combined into one image
- Emergency imaging capability
- Suspend Exam capability
- Ability to automatically forward rejected images to a designated analysis workstation
- Improved noise reduction capability over earlier CXDI detectors
- Ability to specify a Region of Interest (ROI) with one point
- Windows® 7 and Windows 10 OS Supported
- Supports Windows® Defender, McAfee® VirusScan Enterprise + AntiSpyware Enterprise 8.8, and ESET®
- Endpoint Anti-Virus 6.3
- Easily retake images within the same exam protocol

*Supports monitor size greater than 20 inches and resolution up to 1920 x 1200 @100 dpi.

### User Configurable Features

- Ability to tailor presets
- Accommodates industry standard and custom protocols

## DISCLAIMERS

Images are simulated.

† Prices and specifications subject to change without notice. Actual prices are determined by individual dealers and may vary.

RETURN TO TOP

### Company
About Us
News
Sitemap

### Contact
Contact Us

### Legal
Privacy Statement
Terms of Use

© 2020 Canon Medical Components U.S.A., Inc. All Rights Reserved. Reproduction in whole or part without permission is prohibited.