# Exhibit E

[-] FEEDBACK                                                                                                                          DRIVERS & DOWNLOADS   PRODUCT REGISTRATION



Home / Products / Digital Radiography / Fluoroscopy / Digital Detectors / CXDI-80C Wireless Digital Radiography System                              SHARE

⚠ **A COVID-19 Update from Canon USA**   We are continuing to thoroughly follow the developments and directives associated with COVID-19 (coronavirus). Learn more about the measures we have in place.

| SHOP FOR INK & TONER | FIND SUPPLIES & ACCESSORIES | PRODUCT INFORMATION ⌄ |



# CXDI-80C Wireless Digital Radiography System

Digital Detectors

## CXDI-80C Wireless Digital Radiography System

### Overview

With 6.1 megapixels, the compact CXDI-80C Wireless Digital Radiography (DR) System has high resolution and is highly sensitive with 125 microns, reducing x-ray exposure to the patient. Weighing 5.1 pounds, the cassette size detector has an approximate 11 x 14 inch imaging area. The digital detector is useful for a wide range of patients, including infants in the Neonatal Intensive Care Unit (NICU), critically ill patients or patients with limited mobility, in wheelchairs or wh ... *read more*



| Features | Specifications | Brochures |

## Features

- **High Resolution and High Sensitivity**
  With a 125 micron pixel pitch, the CXDI-80C Wireless Digital Radiography (DR) System delivers exceptional spatial resolution. The high sensitivity of the Cesium Iodide (CsI) scintillator helps reduce the X-ray exposure to the patient. The maximum 3 second exposure time allows this digital detector to be used with tomography equipment and for other exams that may require an exposure time of up to 3 seconds.

- **Portable and Flexible**
  The CXDI-80C Wireless DR System may be used in multiple x-ray rooms. Simply "check in" the digital detector in the computer. The Infrared (IR) Communication module makes it easy to switch detectors amongst the systems. For easier transport, an optional handle is available.

- **Wireless Range**
  The wireless communication may be set for applicable strength, and, depending on the room where the CXDI-80C Wireless DR System is used, the power can be managed. Should the wireless connection be lost, the unit will automatically attempt to reconnect and to prevent image loss. Acquired images are stored locally in the on-board memory. Once reconnected, the images can be retrieved. An optional wiring unit allows images to be transferred from a panel mounted in a Bucky tray to the control computer over hard wire.

- **Battery**
  The battery charger (sold separately) can charge up to 2 batteries at a time so a fresh battery can be continuously available. Depending on the type of exam performed, each battery may last approximately 6.5 hours and takes less than 3 hours to charge. A battery power level indicator is available on the control console so you may be alert to when a fresh battery is needed. Additional batteries are available and sold separately.

- **CXDI Control Software NE**
  The CXDI-80C Wireless DR System uses the Canon CXDI Control Software NE. The software gives a wide range of selections and images can be taken within three touches. An on-screen preview image is available 3 seconds after exposure. The image processing shows subtle details of trabecular bone structure and soft tissue in the same image. For more information, visit our CXDI Control Software NE webpage.

- Printers and Projectors

If your imaging requirements include color or black-and-white prints in a variety of sizes, Canon printers offer a terrific blend of print quality, ease-of-use, speed, and cost-effective operation. For teaching facilities and conference rooms, Canon's high quality projectors provide LCOS (liquid crystal on silicon) technology, which is engineered to provide exceptional color, intricate details, and easy-to-read type.

† Prices and specifications subject to change without notice. Actual prices are determined by individual dealers and may vary.

RETURN TO TOP

## Company
- About Canon U.S.A., Inc.
- News
- Careers
- Sustainability
- EPEAT
- Site Map

## Contact
- Reach Us
- Product Support
- Investor Relations
- [+] Feedback
- Where to Buy
- Sign up for Emails

## Legal
- Product Advisories
- Do Not Sell My Personal Information
- Privacy Statement
- Terms of Use
- VPAT Search
- Safety Data Sheets (SDS) Search
- To Our Customers

## Social




© 2020 Canon U.S.A., Inc. All Rights Reserved. Reproduction in whole or part without permission is prohibited.