# Exhibit F



## Product Specifications

### Detector
| | |
|---|---|
| Method | Cassette Size Detector, Scintillator & Amorphous Silicon (a-Si) |
| Scintillator | Csl (Csl: TI) |
| Sensor | LANMIT (Large Area New-MIS sensor and TFT) |
| Pixel Pitch | 125 Microns |
| Pixels | 2,192 x 2,800 Pixels (6.1 Megapixels) |
| Imaging Area | Approximately 11 x 14 in (27.4 x 35 cm) |
| Standard Configuration | Sensor Unit, X-Ray Interface Box, Battery Charger, Detector Check-In Unit, Wireless Access Point (Including A/C Power) |

### Battery
| | |
|---|---|
| Life | Approximately 6.5 Hours |
| Recharge Time | Less Than 3 Hours |
| Performance | Approximately 140 Images (@100 Second Cycle, 1 Second Sleep) |

### Image Acquisition and Processing
| | |
|---|---|
| Image Processing | Standard Advanced Multi-Frequency Processing |
| A/D | 14-bit |
| Grayscale | 4,096 Grayscale (12-bit) |
| Preview Image | Approximately 3 Seconds After X-ray Exposure |
| Full Image Display | Approximately 5 Seconds After X-ray Exposure |

### Data Output and Network Connection
| | |
|---|---|
| Wireless Standard | IEEE 802.11n (2.4 & 5.0 GHz) |
| DICOM | DICOM 3.0 Compatible, Print Management Service Class (SPU), Storage Service Class (SCU), and Others |

### Electrical and Environmental
| | |
|---|---|
| Operating Environment | Sensor unit: 41-95°F (5-35°C), Humidity 30-80% RH (non-condensing) |

### Physical Characteristics
| | |
|---|---|
| Dimensions (W x L x H) | 12.1 x 15.1 x 0.6 in (307 x 384 x 15 mm) (Detector unit only) |
| Weight | 5.1 lbs (2.3 kg) (with battery) |

*Specifications are subject to change without notice.*

© 2015 Canon U.S.A., Inc. All Rights Reserved. Reproduction in whole or part without permission is prohibited.