# Exhibit H

# DICOM 2005 International Conference
# Budapest, Hungary

# Basic DICOM Concepts
## with Healthcare Workflow

### Dwight A. Simon,

Medical Standards Director and

Senior Integration Specialist



www.merge.com

* * * * * *

**Co-Chair DICOM Standards Committee**



# Overview

- DICOM Terminology and Functionality!

- HL7 Terminology and Functionality!

- How DICOM & HL7 work together in the Healthcare Workflow?

- How does IHE fit in to this?



**DICOM 2005 International Conference**
**Budapest, Hungary**
**September 26, 2005**

Basic DICOM Concepts   v1
Slide # 2

# DICOM and HL7 have Common Goals

- *They allow electronic healthcare information to be:*
  - exchanged, integrated, shared, and retrieved

- *They support:*
  - clinical practice and management
  - delivery and evaluation of healthcare services

- *They were specifically created to allow:*
  - flexible, cost effective approaches, guidelines, methodologies and related services
  - for interoperability between healthcare information systems



**DICOM 2005 International Conference**
**Budapest, Hungary**
**September 26, 2005**

Basic DICOM Concepts   v1
Slide # 3

# The DICOM Standard

- **_DICOM covers:_**
  - Communication protocols over networks
  - Communication via interchangeable media
  - Data content
  - Functional application services
  - Consistent display of images across devices
  - Security and configuration management
  - Physician defined look and feel of display (Hanging Protocols)
  - Identifying and grouping related information (Structured Reports)
  - Etc.



**DICOM 2005 International Conference**
**Budapest, Hungary**
**September 26, 2005**

Basic DICOM Concepts   v1
Slide # 4

# **The DICOM Standard**

- ### ***DICOM does not cover:***
  - Anything related to **implementation**
    - Database structure
    - Programming languages
    - Hardware
    - Operating systems
    - etc.
  - How and what data to process
  - Graphical user interface design



# DICOM Message/File Content
# (Information Object Definition – IOD)

| Information Entities | Modules | Attributes |
|---|---|---|

**Information Entities**

- **Patient Information**
- **Study Information**
- **Series Information**
- **Instance (Image) Information**

**Modules**

- Patient Module
- General Study Module
- Patient Study Module*
- General Series Module
- Frame of Reference Module
- General Equipment Module
- General Image Module
- Image Plane Module
- Contrast/Bolus Module
- Image Pixel Module
- Image Module
- Overlay Plane Module*
- VOI LUT Module*
- SOP Common Module

**Attributes**

**Image Pixel Module**

Row/Col Size
Photometric Interpretation





# DICOM Transfer via Network or Media



D I C O M   [ . . . . . . . F I L E . . . . . . . . . . ]

Media Transfer  =  Meta Data  +                    Data Set

Group 2

( Describes Data Set)

Header

Image

Patient Name
Patient ID
Study Date
Study Time
Row Size
Column Size

Group 0

( Describes Service: C-Store)

Network Transfer  =  Command   +          Data Set

D I C O M   [ . . . . . M E S S A G E . . . . . . . . ]



# DICOM Functional Service Groups

## Image Related Information Transfer



Persistent Object Storage

Query Request

Retrieve Request

Persistent Object Storage

## Image Related Workflow and Information Management



## Print Management



Print Images

## Media Interchange





# Functional DICOM Application Services ( SOP Classes)

- DICOM supports many functions over Networks:
  - A CT transferring CT images to a remote archive for Storage
  - An MR workstation sending 12 images and a film layout to a departmental film printer for Printing a hardcopy film
  - An Ultra Sound device querying a Radiology Information System (RIS) for a list of all the patients scheduled for the next 8 hours, along with the procedures to be performed for each of the scheduled patients

- DICOM supports storage of data for many different applications on Interchangeable Media:
  - A technologist storing a patients Digital X-Ray images on a CD so that the patient can take them to her personal doctor
  - A radiologist sending a Mammography study on a DVD to another radiologist for consultation (no network available)



# **Service Class**

- A Service Class is a group of commonly functioning SOP Classes
  - Storage Service Class
  - Print Management Service Class
  - Study Management Service Class

- A Service Class has Rules and Behaviors that are defined and must be adhered by products that claim to be DICOM Compliant via a DICOM Conformance Statement



# Network Addressing with DICOM

**Handshake Requirements**



Association / Negotiation



**ID:** CT_AE1
**IP:** 10.3.253.8
**Port:** 104

**ID**: WK_AE1
**IP:** 10.3.253.9
**Port:** 4006

## CT Config File

| IP Addr | AE Title | Port # |
|---------|----------|--------|
| 10.3.253.1 | Fusion | 104 |
| 10.3.253.9 | WK_AE1 | 4006 |

## Wkstn Config File

| IP Addr | AE Title | Port # |
|---------|----------|--------|
| 10.3.253.1 | Fusion | 104 |
| 10.3.253.8 | CT_AE1 | 104 |

Node Level Security



# Typical Network Flow



**Only The AE Which Initiated The Association May Release It**
**However, Either May Initiate An A-ABORT**



# Providers and Users of DICOM Functions over the Network

- Service Class Provider (SCP):
  - Application that is Providing the Service for a particular DICOM Function (SOP Class).
  - Therefore, a device that can receive CT images over a network utilizing the DICOM protocol and stores those received CT images in its databases would be called, in DICOM terms:
    - **a CT Image Storage SOP Class**
    - **that plays the network role of an SCP**
    - **and follows the rules of the Storage Service Class.**

- Service Class User (SCU):
  - Application using a particular DICOM Function (SOP Class)



# DICOM Network Roles

- Successful communication - products must play "opposite roles"
  - Receive images = Service Class Provider (SCP)
  - Send images = Service Class User (SCU)



*Image Send*

**CT Image Storage SOP Class (SCU)**

**CT Image Storage SOP Class (SCP)**

**Network roles are defined for all DICOM Functions**





# DICOM Media Interchange

## DICOMDIR

- A "directory file", which is required for DICOM Media
- Contains pointers to a list of DICOM files on a CD, DVD, MOD, Flash Memory, etc.
- Used to locate and load DICOM files from a CD, DVD, etc.
- Is a file with a Meta Header (Group 2) + Directory Attributes (Group 4) + Key Attributes for Searching (regular Data Set Attributes)

## DICOM File

- Is a file with a Meta Header (Group 2) + a Data Set
- Is pointed to by DICOMDIR
- Has filename of 1-8 Characters with NO extension





# DICOM Media Interchange

- Application profiles define a selection of choices applicable to a specific context for exchanging media (e.g. Cardiac profile- 512 X-ray Angio, Lossless JPEG, CD-R)

- The profile "negotiates" the media capabilities

- More than one application profile may exist on a specific media

- A device may support one or more of the following roles:

  - File-Set Creator (FSC) - initialize new media and write SOP instances
  - File-Set Reader (FSR) - read the medical directory and selected SOP instances
  - File-Set Updater (FSU) - read and update the medical directory as well as SOP instances on the media



# Network and Media Interchange

- Common Image Types
  - Single image, monochrome
  - Single image, color
  - Multiframe
    - Multiple image frames embedded into pixel data
    - One data set (message / file) can contain multiple images
    - Can be monochrome or color
- Data Set Encoding
  - Uncompressed Pixel Data (Transfer Syntax = Implicit VR Little Endian (Default for Network Only), Explicit VR Little Endian and Explicit VR Big Endian)
  - Compressed Pixel Data Only with Explicit VR Little Endian encoding
    - JPEG Lossless
    - JPEG Lossy
    - RLE (Run Length Encoded)
    - JPEG 2000 (Wavelet based)
  - Compressed Data Set
    - Deflated Explicit VR Little Endian (Public Domain "ZIP" format)



# DICOM Transfer over Network & Media



D I C O M   [ . . . . . . . F I L E . . . . . . . . . . . ]

Media Transfer  =  Meta Data  +                    Data Set

Group 2

( Describes Data Set)

Transfer Syntax
**is NOT**
Implicit VR Little Endian

Patient Name

Patient ID

Rows

Columns

Bits Stored

...

Header

Image

Group 0

( Describes Service: C-Store)

Default Transfer Syntax **is**
Implicit VR Little Endian

Network Transfer  =  Command  +                    Data Set

D I C O M   [ . . . . . M E S S A G E . . . . . . . ]



# DICOM Conformance Statement



Ok, you say its DICOM, prove it!

- *It is Required!*

- *It is a Public Document*

- *It Conveys a Product's DICOM Functionality*

- *It is Based on DICOM Vocabulary*
  - *Abstract Syntaxes (SOP Classes), Transfer Syntaxes, SCU/SCP…..*

- *It is Used to Compare Connectivity*

- *It is most Often on the Web @ Vendor Site*

- *It Does Not Address All of an Application's Capabilities, but should Address All of the Application's DICOM ones*

*A Major Step Towards Interoperability*



# The HL7 Standard

## Health Level Seven Text based Messages

- Messages are sent when an **Event** occurs
  - Patient gets registered for exam
  - Order is issued for exam
  - Patient arrives at hospital
  - Exam complete (Ready for Billing)

- How messages get where they are needed
  - Normally via a Network (TCP/IP over Ethernet or any of the hardware communication protocols, including wireless)
  - Probably via an Interface Engine
    - An intermediate application that can map HL7 messages from one interpretation to another and also route it to all the destinations that need it



# HL7 Message
## for Admitting a Patient as an In-Patient

MSH|^~\&|ADMIN|MCM|LABADT|MCM|198808181126|SECURITY|ADT^A01|MSG00001|P|2.4|<cr>

EVN|A01|198808181123|<cr>

PID|1||PATID1234^5^M11^ADT1^MR^MCM~123456789^^^USSSA^SS||JONES^WILLIAM^A^III|
19610615|M-||C|1200 N ELM STREET^^GREENSBORO^NC^27401-1020|GL|(919)379-1212|
(919)271-3434||M||PATID12345001^2^M10^ADT1^AN^A|123456789|9-87654^NC|<-cr>

NK1|1|JONES^BARBARA^K|WI^WIFE||||NK^NEXT OF KIN|<cr>

PV1|1|I|2000^2012^01||004777^LEBAUER^SIDNEY^J|||SUR|-||ADM|A0-|<cr>

Patient William A. Jones, III was admitted on August 18, 1988 at 11:23 a.m.
To be attended by doctor Sidney J. Lebauer (#004777) for surgery (SUR).
He has been assigned to room 2012, bed 01 on nursing unit 2000.
His wife, Barbara K. Jones is a related family member (next of kin).



## *Encoding Requirements of Previous Message - ADT^A01 v2.4*

| ADT^A01^ADT_A01 | ADT Message | Chapter |
|---|---|---|
| MSH | Message Header | 2 |
| EVN | Event Type | 3 |
| PID | Patient Identification | 3 |
| [ PD1 ] | Additional Demographics | 3 |
| [{ ROL }] | Role | 12 |
| [{ NK1 }] | Next of Kin / Associated Parties | 3 |
| PV1 | Patient Visit | 3 |
| [ PV2 ] | Patient Visit - Additional Info. | 3 |
| [{ ROL }] | Role | 12 |
| [{ DB1 }] | Disability Information | 3 |
| [{ OBX }] | Observation/Result | 7 |
| [{ AL1 }] | Allergy Information | 3 |
| [{ DG1 }] | Diagnosis Information | 6 |
| [ DRG ] | Diagnosis Related Group | 6 |
| [{ | | |
| PR1 | Procedures | 6 |
| [{ ROL }] | Role | 12 |
| }] | | |
| [{ GT1 }] | Guarantor | 6 |
| [{ | | |
| IN1 | Insurance | 6 |
| [ IN2 ] | Insurance Additional Info. | 6 |
| [{ IN3 }] | Insurance Additional Info - Cert. | 6 |
| [{ ROL }] | Role | 12 |
| }] | | |
| [ ACC ] | Accident Information | 6 |
| [ UB1 ] | Universal Bill Information | 6 |
| [ UB2 ] | Universal Bill 92 Information | 6 |
| [ PDA ] | Patient Death and Autopsy | 3 |

Extracted From HL7 v2.4 3.3.1

This is a Message defined by Segments

= Required
[ ] = Optional
{ } = Repeatable



# PID – Patient ID Segment Table (partial )

| SEQ | LEN | DT | OPT | RP/# | TBL# | ITEM# | ELEMENT NAME |
|-----|-----|-----|-----|------|------|-------|--------------|
| 1 | 4 | SI | O | | | 00104 | Set ID - Patient ID |
| 2 | 20 | CX | O | | | 00105 | Patient ID (External ID) |
| 3 | 20 | CX | R | Y | | 00106 | Patient ID (Internal ID) |
| 4 | 20 | CX | O | Y | | 00107 | Alternate Patient ID - PID |
| 5 | 48 | XPN | R | Y | | 00108 | Patient Name |
| 6 | 48 | XPN | O | | | 00109 | Mother's Maiden Name |
| 7 | 26 | TS | O | | | 00110 | Date/Time of Birth |
| 8 | 1 | IS | O | | 0001 | 00111 | Sex |
| 9 | 48 | XPN | O | Y | | 00112 | Patient Alias |
| 10 | 1 | IS | O | | 0005 | 00113 | Race |
| 11 | 106 | XAD | O | Y | | 00114 | Patient Address |
| 12 | 4 | IS | O | | | 00115 | County Code |
| 13 | 40 | XTN | O | Y | | 00116 | Phone Number - Home |

```
MSH|^~\&|ADMIN|MCM|LABADT|MCM|198808181126|SECURITY|ADT^A01|MSG00001|P|2.4<cr>
EVN|A01|198808181123<cr>
```

```
PID|1||PATID1234^5^M11^ADT1^MR^MCM~123456789^^^USSSA^SS||JONES^WILLIAM^A^III||
19610615|M-||C|1200 N ELM STREET^^GREENSBORO^NC^27401-1020|GL|(919)379-1212|
(919)271-3434||M||PATID12345001^2^M10^ADT1^AN^A|123456789|9-87654^NC|<-cr>
```

```
NK1|1|JONES^BARBARA^K|WI^WIFE|||||NK^NEXT OF KIN<cr>
PV1|1|I|2000^2012^01||||004777^LEBAUER^SIDNEY^J.|||SUR||-||ADM|A0-|<cr>
```

# Primary HL7 Messages used for PACS

- ADT – Admit, Discharge, Transfer Message
  - Used for registering a patient for a specific exam
  - Used for admitting a patient into the hospital
  - Used for discharging a patient from the hospital

- ORM – Order Message
  - Used for ordering a specific exam

- ORU – Report Message
  - Used to send a report to a place where it is needed



**DICOM 2005 International Conference**
**Budapest, Hungary**
**September 26, 2005**

Basic DICOM Concepts   v1
Slide # 24



# Link HIS/RIS Data Into Images



# The e-Health Workflow

## External

  

**Patients    Referring  Physicians    Payers**

- Referrals / Orders
- Reimbursement

## WORKFLOW

## Internal

   

**Admin      Tech      Radiologist      Finance**

- Images
- Reports
- Claims





# *A Sample Workflow*



# IHE

## **I**ntegrating the **H**ealthcare **E**nterprise

# Initiative promoting and supporting the integration of systems in the healthcare enterprise

## Improve the efficiency and effectiveness of clinical practice by improving information flow



IHE information partially extracted from slides of SCAR2003 IHE presentations



# What is IHE?

- Standards based communication between healthcare systems
    - **HL7** and **DICOM** are two of these standards

- **Actors:** perform communications roles between systems

- **Transactions:** messages sent between systems

- **Integration Profiles:** grouping of actors and transactions to perform specific workflows





# **Usage of IHE**

- Integration Profiles
  - Integrated solutions that support specific workflows in Radiology, Information Technology, Cardiology, Laboratory, Radiation Oncology, etc.

- User and Vendor Communications
  - Integration Profiles provide common language for discussion
    - To help specify which specific clinical functions are needed within a product
    - To help identify what kind of information must be sent or received to accomplish those clinical functions





**DICOM 2005 International Conference**
**Budapest, Hungary**
**September 26, 2005**

Basic DICOM Concepts   v1
Slide # 30

# IHE brings Reality to the Healthcare Workflow

- It is not a standard, but utilizes Standards.

- It is really a blueprint trying to solve tricky workflow problems.

- There is enormous intellectual property in IHE and extremely thorough solutions to problems.

- Tapping into the experience and knowledge is free.

- In many ways IHE is the lessons learned from all those who have tried to go soft-copy in the past decade and ran into stumbling blocks, plus much more.



# DICOM Does Not Stand Alone!

Many standards and initiatives work together to help us implement the electronic information workflow within our healthcare environments.

DICOM is just one of those standards.

