# Exhibit J

1

2

3

4

5 **Digital Imaging and Communications in Medicine (DICOM)**

6

7 *Supplement 61: JPEG 2000 Transfer Syntaxes*

8

9

10

11

12

13

14

15

16

17

18 **DICOM Standards Committee, Working Group 4 Compression**

19 1300 N. 17th Street

20 Rosslyn, Virginia 22209 USA

21

22

23 VERSION:        Working Draft version 0.043, 23 2 February March 2001

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 2

24 **Contents**

25 Contents    2
26 Foreword    3
27 Scope and Field of Application........................................................................................4
28    INTRODUCTION........................................................................................................4
29 DESIGN DECISIONS....................................................................................................4
30    FORM OF THIS SUPPLEMENT...................................................................................5
31 Section 2    Normative references....................................................................................16
32 Section 8    Encoding of Pixel, Overlay and Waveform Data........................................16
33    8.2    NATIVE OR ENCAPSULATED FORMAT ENCODING....................................16
34       8.2.1.....JPEG IMAGE COMPRESSION.........................................................17
35       8.2.2.....Run Length Encoding Compression................................................18
36       8.2.3.....JPEG-LS IMAGE COMPRESSION...................................................19
37       8.2.4.....JPEG 2000 IMAGE COMPRESSION...............................................19
38 Section 10    Transfer Syntax.............................................................................................20
39    10.1    DICOM DEFAULT TRANSFER SYNTAX........................................................21
40    10.2    TRANSFER SYNTAX FOR A DICOM DEFAULT OF LOSSLESS JPEG COMPRESSION 21
41    10.3    TRANSFER SYNTAXES FOR A DICOM DEFAULTS OF LOSSY JPEG COMPRESSION 21
42    10.4    TRANSFER SYNTAX FOR DICOM RLE COMPRESSION.............................22
43    10.5    TRANSFER SYNTAX FOR A DICOM DEFAULT OF LOSSLESS AND LOSSY (NEAR-
44 LOSSLESS) JPEG-LS COMPRESSION.................................................................22
45    10.6    TRANSFER SYNTAX FOR A DICOM DEFAULT FOR JPEG 2000 COMPRESSION........22
46 Annex A (Normative)  Transfer Syntax Specifications....................................................23
47    A.4    TRANSFER SYNTAXES FOR ENCAPSULATION OF ENCODED PIXEL DATA.............23
48    A.4.1    JPEG IMAGE COMPRESSION...............................................................27
49    A.4.2    RLE COMPRESSION.............................................................................28
50    A.4.3    JPEG-LS IMAGE COMPRESSION..........................................................28
51    A.4.4    JPEG 2000 IMAGE COMPRESSION......................................................29
52 Annex F (Informative)  Encapsulated images as part of a DICOM message...................30
53    F.1    ENCAPSULATED JPEG ENCODED IMAGES............................................30
54    F.2    ENCAPSULATED JPEG-LS ENCODED IMAGES.......................................34
55    F.3    ENCAPSULATED JPEG 2000 ENCODED IMAGES....................................35
56 Annex A    Registry of DICOM unique identifiers (UID) (Normative)..................................37

57

## Foreword

59

60 This Supplement has been prepared by the DICOM Working Group 4 (Compression) according to
61 the procedures of the DICOM Committee.

62 The DICOM Standard is structured as a multi-part document using the guidelines established in the
63 following document:

64    - ISO/IEC Directives, 1989 Part 3: Drafting and Presentation of International Standards.

65 This document is a Supplement to the DICOM Standard. It is an extension to PS 3.3, 3.4 and 3.6 of
66 the published DICOM Standard, which consists of the following parts:

67    PS 3.1              -     Introduction and Overview

68    PS 3.2              -     Conformance

69    PS 3.3              -     Information Object Definitions

70    PS 3.4              -     Service Class Specifications

71    PS 3.5              -     Data Structures and Encoding

72    PS 3.6              -     Data Dictionary

73    PS 3.7              -     Message Exchange

74    PS 3.8              -     Network Communication Support for Message Exchange

75    PS 3.9              -     Point-to-Point Communication Support for Message Exchange

76    PS 3.10             -     Media Storage and File Format for Data Interchange

77    PS 3.11             -     Media Storage Application Profiles

78    PS 3.12             -     Media Formats and Physical Media for Data Interchange

79    PS 3.13             -     Print Management Point-to-Point Communication Support

80    PS 3.14             -     Grayscale Standard Display Function

81    PS 3.15             -     Security Profiles

82    PS 3.16             -     Content Mapping Resource

83 These parts are related but independent documents.

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 4

84                              **Scope and Field of Application**

85      **INTRODUCTION.**

86      Additional DICOM Transfer Syntaxes are introduced to add support for the JPEG 2000 Part 1 ~~lossy~~
87      lossless and lossy compression schemes.

88      When first introduced, DICOM contained support for the lossless and lossy compression processes
89      defined in the "original" JPEG standard, ISO 10918-1. Though that standard supported various
90      different processes, in practice only those based on sequential block-based DCT Huffman entropy
91      coding for lossy compression and predictive coding with Huffman entropy coding for lossless
92      compression have been widely used.

93      Given that there are both real and perceived limitations with 10918-1 JPEG, WG 4 began to
94      investigate alternatives, particularly those based on wavelet transformation, multi-resolution analysis
95      and more sophisticated entropy coders than Huffman coding.

96      Working Group 4 set aside its effort to develop its own (medically specific) image date compression
97      standard when the call for proposals for "JPEG 2000" was announced by ISO/IEC JTC1/SC29/WG1.
98      Since then, efforts have been directed towards developing JPEG 2000 (ISO 15444-1), and ensuring
99      that it provides features which are needed for medical imaging.

100     The use of ISO/IEC 15444-1 does not necessarily result in improved compression performance for
101     any particular application (in terms of quantitative or qualitative measures of image fidelity,
102     preservation of diagnostically significant information, consumption of resources such as memory or
103     compression and decompression speed). However, JPEG 2000 offers additional features that may
104     be important for some medical applications in which DICOM is used. These features include
105     progressive and embedded spatial and contrast resolution, progression to lossless reconstruction,
106     regions of interest and so on.

107     At the present time, only the features included in Part 1 of JPEG 2000 (ISO/IEC 15444-1) are
108     included in this proposal. All JPEG 2000 implementations are required to support all features of Part
109     1 and accordingly this is expected to be a "baseline" for all available codecs. Other proposed parts of
110     JPEG 2000 included additional features that may be of interest for medical imaging, such as
111     alternative quantization methods (such as TCQ) and wavelet transforms in more than two
112     dimensions (potentially useful for hyper-spectral and 3D volume data compression). If these
113     "extensions" to JPEG 2000 prove viable and receive widespread support by codec implementers
114     then they could be added as additional separate Transfer Syntaxes in DICOM.

115     The introduction of the JPEG 2000 transfer syntaxes is in no way intended to imply that the
116     compression schemes already incorporated in the standard, some of which are widely used, are in
117     some way "inferior". Likewise, the introduction of JPEG 2000 does not imply endorsement of the
118     scheme for any particular clinical or diagnostic application. The standard simply makes the scheme
119     available; it is the responsibility of individual users, vendors, regulatory agencies and professional
120     societies to ascertain the safety and efficacy of the use of any tool for a particular clinical application.

121     At the same time as introducing new Transfer Syntaxes, the opportunity is taken to retire those
122     existing Transfer Syntaxes that are not in use. Also, the unused and deprecated ARGB Photometric
123     Interpretation is also retired.

124     **DESIGN DECISIONS**

125     The approach proposed is to encapsulate JPEG 2000 bit streams in exactly the same manner as is
126     currently used for JPEG (10918-1), JPEG-LS and RLE. This implies that:

127     • Undefined length pixel data contains one or more sequence-item-like fragments preceded by
128        a possibly empty offset table.

129 • Each frame (or an entire single frame image) will be in one or more fragments.

130 • The optional JP2 file format header defined in 15444-1 is not included, only the actual
131 compressed JPEG bit stream (this is the same as for JPEG which does not include a JFIF
132 header in the DICOM encapsulation and JPEG-LS which does not include a SPIFF header).

133 • Information that is not specified in the JPEG 2000 bit stream, such as what color component
134 corresponds to each compressed component, is specified in the DICOM attributes, such as
135 Photometric Interpretation (again, just like JPEG, JPEG-LS and RLE).

136 • Separate transfer syntaxes are defined for reversible and irreversible processes, in order to
137 be able to negotiate reversible transfers.

138 **FORM OF THIS SUPPLEMENT**

139 This supplement adds new Transfer Syntaxes to support JPEG 2000, adds new Photometric
140 Interpretations compatible with those used in JPEG 2000 encoded bit streams, and retires unused
141 JPEG Transfer Syntaxes.

142 Since this document proposes changes to existing Parts of DICOM, the reader should have a
143 working understanding of the Standard. This proposed Supplement includes a number of Addenda
144 to existing Parts of DICOM:

145    - PS 3.3 Addendum: Information Object Definitions

146    - PS 3.5 Addendum: Data Structures and Encoding

147    - PS 3.6 Addendum: Data Dictionary

148    - PS 3.11 Addendum: Media Application Profiles

149

150
151
152
153
154
155
156
157
158 **Changes to**
159 **NEMA Standards Publication PS 3.3-2000**
160
161 *Digital Imaging and Communications in Medicine (DICOM)*
162 *Part 3:  Information Object Definitions*

163 | *Add JPEG 2000 Photometric Interpretations to Image Pixel Module C.7.6.3:*

164 **C.7.6.3 Image Pixel Module**

165 Table C.7-9 specified the Attributes that describe the pixel data of the image.

166 ...

167 **C.7.6.3.1    Image Pixel Attribute Descriptions**

168 **C.7.6.3.1.1    Samples Per Pixel**

169 Samples per Pixel (0028,0002) is the number of separate planes in this image. One, three, and four
170 image planes are defined. Other numbers of image planes are allowed, but their meaning is not
171 defined by this Standard.

172 For monochrome (gray scale) and palette color images, the number of planes is 1. For RGB and
173 other three vector color models, the value of this attribute is 3. For ARGB and other four vector color
174 models, the value of this attribute is 4.

175 All image planes shall have the same number of Rows (0028,0010), Columns (0028,0011), Bits
176 Allocated (0028,0100), Bits Stored (0028,0101), High Bit (0028,0102), Pixel Representation
177 (0028,0103), and Pixel Aspect Ratio (0028,0034).

178 The data in each pixel may be represented as a "Composite Pixel Code". If Samples Per Pixel is
179 one, the Composite Pixel Code is just the "n" bit pixel sample, where "n" = Bits Allocated. If Samples
180 Per Pixel is greater than one, Composite Pixel Code is a "k" bit concatenation of samples, where "k" =
181 Bits Allocated multiplied by Samples Per Pixel, and with the sample representing the vector color
182 designated first in the Photometric Interpretation name comprising the most significant bits of the
183 Composite Pixel Code, followed in order by the samples representing the next vector colors, with the
184 sample representing the vector color designated last in the Photometric Interpretation name
185 comprising the least significant bits of the Composite Pixel Code. For example, for Photometric
186 Interpretation = "RGB", the most significant "Bits Allocated" bits contain the Red sample, the next
187 "Bits Allocated" bits contain the Green sample, and the least significant "Bits Allocated" bits contain
188 the Blue sample.

189 **C.7.6.3.1.2    Photometric Interpretation**

190 The value of Photometric Interpretation (0028,0004) specifies the intended interpretation of the
191 image pixel data.

192 See PS 3.5 for restrictions imposed by compressed Transfer Syntaxes.

193 The following values are defined. Other values are permitted but the meaning is not defined by this
194 Standard.

195 **MONOCHROME1** = Pixel data represent a single monochrome image plane. The minimum sample
196 value is intended to be displayed as white after any VOI gray scale transformations have been
197 performed. See PS 3.4. This value may be used only when Samples per Pixel (0028,0002) has a
198 value of 1.

199 **MONOCHROME2** = Pixel data represent a single monochrome image plane. The minimum sample
200 value is intended to be displayed as black after any VOI gray scale transformations have been
201 performed. See PS 3.4. This value may be used only when Samples per Pixel (0028,0002) has a
202 value of 1.

203 **PALETTE COLOR** = Pixel data describe a color image with a single sample per pixel (single image
204 plane). The pixel value is used as an index into each of the Red, Blue, and Green Palette Color
205 Lookup Tables (0028,1101-1103&1201-1203). This value may be used only when Samples per Pixel
206 (0028,0002) has a value of 1. When the Photometric Interpretation is Palette Color; Red, Blue, and
207 Green Palette Color Lookup Tables shall be present.

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 8

208 **RGB** = Pixel data represent a color image described by red, green, and blue image planes. The
209 minimum sample value for each color plane represents minimum intensity of the color. This value
210 may be used only when Samples per Pixel (0028,0002) has a value of 3.

211 **HSV** = Pixel data represent a color image described by hue, saturation, and value image planes.
212 The minimum sample value for each HSV plane represents a minimum value of each vector. This
213 value may be used only when Samples per Pixel  (0028,0002) has a value of 3.

214 ~~**ARGB** = Pixel data represent a color image described by red, green, blue, and alpha image~~
215 ~~**planes. The minimum sample value for each RGB plane represents minimum intensity of the**~~
216 ~~**color. The alpha plane is passed through Palette Color Lookup Tables. If the alpha pixel value**~~
217 ~~**is greater than 0, the red, green, and blue lookup table values override the red, green, and blue,**~~
218 ~~**pixel plane colors. This value may be used only when Samples per Pixel (0028,0002) has a**~~
219 ~~**value of 4.**~~ ***Retired.***

220 **CMYK** = Pixel data represent a color image described by cyan, magenta, yellow, and black image
221 planes. The minimum sample value for each CMYK plane represents a minimum intensity of the
222 color. This value may be used only when Samples per Pixel (0028,0002) has a value of 4.

223 **YBR_FULL** = Pixel data represent a color image described by one luminance (Y) and two
224 chrominance planes ($C_B$ and $C_R$). This photometric interpretation may be used only when ~~**S**~~samples
225 per ~~**P**~~pixel (0028,0002) has a value of 3. Black is represented by Y equal to zero. The absence of
226 color is represented by both $C_B$ and $C_R$ values equal to half full scale.

227 Note:      In the case where the Bits Allocated (0028,0100) has value of 8 half full scale is 128.
228

229 In the case where Bits allocated (0028,0100) has a value of 8 then the following equations convert
230 between RGB and $YC_BC_R$ Photometric Interpretation.

231 $$Y = \quad + \quad .2990R + .5870G + .1140B$$

232 $$C_B = \quad - \quad .1687R - .3313G + .5000B + \ 128$$

233 $$C_R = \quad + \quad .5000R - .4187G - .0813B + \ 128$$

234 Note:      The above is based on CCIR Recommendation 601-2 dated 1990
235

236 **YBR_FULL_422** = The same as YBR_FULL except that the $C_B$ and $C_R$ values are sampled
237 horizontally at half the Y rate and as a result there are half as many $C_B$ and $C_R$ values as Y values.

238 This ~~**P**~~photometric Interpretation is only allowed with Planar Configuration (0028,0006) equal to
239 ~~**000**~~0. Two Y values shall be stored followed by one $C_B$ and one $C_R$ value. The $C_B$ and $C_R$ values
240 shall be sampled at the location of the first of the two Y values. For each Row of Pixels, the first $C_B$
241 and $C_R$ samples shall be at the location of the first Y sample. The next $C_B$ and $C_R$ samples shall be
242 at the location of the third Y sample etc.

243 Note:      This subsampling is often referred to as cosited sampling.
244

245 **YBR_PARTIAL_422** = The same as YBR_FULL_422 except that:

246       1. black corresponds to Y = 16;

247       2. Y is restricted to 220 levels (i.e. the maximum value is 235);

248       3. $C_B$ and $C_R$ each has a minimum value of 16;

249    4. $C_B$ and $C_R$ are restricted to 225 levels (i.e. the maximum value is 240);

250    5. lack of color is represented by $C_B$ and $C_R$ equal to 128.

251 In the case where Bits Allocated (0028,0100) has value of 8 then the following equations convert
252 between RGB and YBR_PARTIAL_422 Photometric Interpretation

253    $Y = + .2568R + .5041G + .0979B + 16$

254    $C_B = - .1482R - .2910G + .4392B + 128$

255    $C_R = + .4392R - .3678G - .0714B + 128$

256    Note:    The above is based on CCIR Recommendation 601-2 dated 1990.

257

**258 YBR_ICT = Irreversible Color Transformation:**

**259 [Editor's note: not the same as YBR_FULL because of difference in level shifting ???]**

**260 Pixel data represent a color image described by one luminance (Y) and two chrominance**
**261 planes ($C_B$ and $C_R$). This photometric interpretation may be used only when ~~S~~samples per**
**262 ~~P~~pixel (0028,0002) has a value of 3. Black is represented by Y equal to zero. The absence of**
**263 color is represented by both $C_B$ and $C_R$ values equal to zero.**

**264 Regardless of the value of Bits Allocated (0028,0100), the following equations convert between**
**265 RGB and YC$_B$C$_R$ Photometric Interpretation.**

**266**    $Y = + .29900R + .58700G + .11400B$

**267**    $C_B = - .16875R - .33126G + .50000B$

**268**    $C_R = + .50000R - .41869G - .08131B$

**269 Notes:**  **1. The above is based on ISO/IEC 15444-1 (JPEG 2000).**
**270**    **2. In a JPEG 2000 bitstream, DC level shifting (used if the untransformed components are**
**271 unsigned) is applied before forward color transformation, and the transformed components**
**272 may be signed (unlike in JPEG ISO/IEC 10918-1).**
**273**    **3. In JPEG 2000, spatial down-sampling of the chrominance components prior to compression**
**274 is not performed, due to the multi-resolution decomposition approach of the compression**
**275 scheme.**

276

**277 ~~YUV_RCT~~YBR_RCT = Reversible Color Transformation:**

**278 Pixel data represent a color image described by one luminance (Y) and two chrominance**
**279 planes (V and U). This photometric interpretation may be used only when ~~S~~samples per ~~P~~pixel**
**280 (0028,0002) has a value of 3. Black is represented by Y equal to zero. The absence of color is**
**281 represented by both $C_B$ and $C_R$ ~~V and U~~ values equal to zero. ~~[Editor's note: is this true ???]~~**

**282 Regardless of the value of Bits Allocated (0028,0100), the following equations convert between**
**283 RGB and ~~YUV_RCT~~YBR_RCT Photometric Interpretation.**

**284**    $Y = \lfloor R + 2G + B \rfloor / 4$

**285**    $C_B$~~U~~ = B - G

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 10

286     $C_R \overline{V}$ = R - G

287  **The following equations convert between ~~YUV_RCT~~YBR_RCT and RGB Photometric**
288  **Interpretation.**

289     $G = Y - \lfloor C_R \overline{V} + C_B \overline{U} \rfloor / 4$

290     $R = C_R \overline{V} + G$

291     $B = C_B \overline{U} + G$

292  **Notes:     1. The above is based on ISO/IEC 15444-1 (JPEG 2000).**
293  **               2. In a JPEG 2000 bitstream, DC level shifting (used if the untransformed components are**
294  **               unsigned) is applied before forward color transformation, and the transformed components**
295  **               may be signed (unlike in JPEG ISO/IEC 10918-1).**
296  **               3. This photometric interpretation is a reversible approximation to the YUV transformation used**
297  **               in PAL and SECAM.**

298

299  **C.7.6.3.1.3          Planar Configuration**

300  Planar Configuration (0028,0006) indicates whether the color pixel data are sent color-by-plane or
301  color-by-pixel. This Attribute shall be present if Samples per Pixel (0028,0002) has a value greater
302  than 1. It shall not be present otherwise.

303  Enumerated Values:

304     **00**0 =   The sample values for the first pixel are followed by the sample values for the second
305               pixel, etc. For RGB images, this means the order of the pixel values sent shall be R1, G1,
306               B1, R2, G2, B2, ..., etc. For HSV images, this means the order of the pixel values sent
307               shall be H1, S1, V1, H2, S2, V2, ... etc. For ARGB images, this means the order of the
308               pixel values sent shall be A1, R1, G1, B1, A2, R2, G2, B2, ... etc. For CMYK images, this
309               means the order of the pixel values sent shall be C1, M1, Y1, K1, C2, M2, Y2, K2, ... etc.

310     **00**1 =  Each color plane shall be sent contiguously. For RGB images, this means the order of
311               the pixel values sent is R1, R2, R3, ..., G1, G2, G3, ..., B1, B2, B3, etc. For HSV images,
312               this means the order of the pixel values sent is H1, H2, H3, ..., S1, S2, S3, ..., V1, V2, V3,
313               etc. For ARGB images, this means the order of the pixel values sent is A1, A2, A3, ..., R1,
314               R2, R3, ..., G1, G2, G3, ... B1, B2, B3... etc. For CMYK images, this means the order of
315               the pixel values sent is C1, C2, C3, ..., M1, M2, M3, ..., Y1, Y2, Y3, ..., K1, K2, K3... etc.

316  **Note:     Planar Configuration (0028,0006) is not meaningful when a compression transfer syntax is used**
317  **              that involves reorganization of sample components in the compressed bit stream. In such**
318  **              cases, since the Attribute is required to be sent, then an appropriate value to use may be**
319  **              specified in the description of the Transfer Syntax in PS 3.5, though in all likelihood the value**
320  **              of the Attribute will be ignored by the receiving implementation.**

321

322

323  *Add JPEG 2000 Photometric Interpretations to US Image Module C.8.5.6:*

324 **C.8.5.6 US Image  Module**

325 ...

326 **C.8.5.6.1.2        Photometric Interpretation**

327 For US Images, Photometric Interpretation (0028,0004) is specified to use the following Defined
328 Terms:

| | | |
|---|---|---|
| MONOCHROME2 | PALETTE COLOR | RGB |
| *ARGB (retired)* | YBR_FULL | YBR_FULL_422 |
| YBR_PARTIAL_422 | ~~YUV_RCT~~**YBR_RCT** | **YBR_ICT** |

329

330       Note:      It is recommended that future implementations should not use ARGB photometric interpretation.
331

332 See PS 3.5 for restrictions imposed by compressed Transfer Syntaxes.

333 ...

334 **C.8.5.6.1.12        Samples Per Pixel**

335 For US Images, Samples Per Pixel (0028,0002) is specified to use the following values for specific
336 Photometric Interpretations:

337                                          **Table C.8-19**
338                               **US SAMPLES PER PIXEL**

| Photometric Interpretation | Samples Per Pixel Value |
|---|---|
| MONOCHROME2 | ~~0001~~1**H** |
| RGB | ~~0003~~3**H** |
| YBR_FULL | ~~0003~~3**H** |
| YBR_FULL_422 | ~~0003~~3**H** |
| YBR_PARTIAL_422 | ~~0003~~3**H** |
| ~~YUV_RCT~~**YBR_RCT** | ~~0003~~3~~**H**~~ |
| **YBR_ICT** | ~~0003~~3~~**H**~~ |
| PALETTE COLOR | ~~0001~~1**H** |

339

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 12

### C.8.5.6.1.13    Bits Allocated

For US Images, Bits Allocated (0028,0100) is specified to use the following values for specific
Photometric Interpretations:

**Table C.8-20**
**US BITS ALLOCATED**

| Photometric Interpretation | Bits Allocated Value |
|---|---|
| MONOCHROME2 | ~~000~~8~~H~~ |
| RGB | ~~000~~8~~H~~ |
| YBR_FULL | ~~000~~8~~H~~ |
| YBR_FULL_422 | ~~000~~8~~H~~ |
| YBR_PARTIAL_422 | ~~000~~8~~H~~ |
| ~~YUV_RCT~~YBR_RCT | ~~000~~8~~H~~ |
| **YBR_ICT** | ~~000~~8~~H~~ |
| PALETTE COLOR | ~~000~~8~~H~~ - 8 bit palette, or<br>~~0010H~~ **16** - 16 bit palette |

### C.8.5.6.1.14    Bits Stored

For US Images, Bits Stored (0028,0101) is specified to use the following values for specific
Photometric Interpretations:

**Table C.8-21**
**US BITS STORED**

| Photometric Interpretation | Bits Stored Value |
|---|---|
| MONOCHROME2 | ~~000~~8~~H~~ |
| RGB | ~~000~~8~~H~~ |
| YBR_FULL | ~~000~~8~~H~~ |
| YBR_FULL_422 | ~~000~~8~~H~~ |
| YBR_PARTIAL_422 | ~~000~~8~~H~~ |
| ~~YUV_RCT~~YBR_RCT | ~~000~~8~~H~~ |
| **YBR_ICT** | ~~000~~8~~H~~ |
| PALETTE COLOR | ~~000~~8~~H~~ - 8 bit palette, or<br>~~0010H~~ **16** - 16 bit palette |

### C.8.5.6.1.15    High Bit

For US Images, High Bit (0028,0102) is specified to use the following values for specific Photometric
Interpretations:

**Table C.8-22**
**US HIGH BIT**

| Photometric Interpretation | High Bit Value |
|---|---|
| MONOCHROME2 | **~~0000~~**7**~~H~~** |
| RGB | **~~0000~~**7**~~H~~** |
| YBR_FULL | **~~0000~~**7**~~H~~** |
| YBR_FULL_422 | **~~0000~~**7**~~H~~** |
| YBR_PARTIAL_422 | **~~0000~~**7**~~H~~** |
| ~~YUV_RCT~~**YBR_RCT** | **~~0000~~**7**~~H~~** |
| **YBR_ICT** | **~~0007H~~** |
| PALETTE COLOR | **~~0000~~**7**~~H~~** - 8 bit palette, or |
|  | ~~000FH~~ **15** - 16 bit palette |

**C.8.5.6.1.16      Planar Configuration**

For US Images, Planar Configuration (0028,0006) is specified to use the following values for specific Photometric Interpretations:

**Table C.8-23**
**US PLANAR CONFIGURATION**

| Photometric Interpretation | Planar Configuration Value |
|---|---|
| RGB | **~~000~~**0**~~H~~** - color-by-pixel, or |
|  | **~~000~~**1**~~H~~** - color-by-plane |
| YBR_FULL | **~~000~~**1**~~H~~** |
| YBR_FULL_422 | **~~000~~**0**~~H~~** |
| YBR_PARTIAL_422 | **~~000~~**0**~~H~~** |
| ~~YUV_RCT~~**YBR_RCT** | **~~000~~**0**~~H~~** |
| **YBR_ICT** | **~~0000H~~** |

*Add JPEG 2000 Photometric Interpretations to VL Image Module C.8.12.1:*

**C.8.12.1          VL Image Module**

...

**C.8.12.1.1        VL Image Module Attribute Descriptions**

**C.8.12.1.1.1      Photometric Interpretation**

The Enumerated Values of Photometric Interpretation (0028,0004) shall:

MONOCHROME2

RGB

YBR_FULL_422

~~YUV_RCT~~**YBR_RCT**

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 14

375 **YBR_ICT**

376

377 **C.8.12.1.1.2      Bits Allocated, Bits Stored, and High Bit**

378 The Enumerated Value of Bits Allocated (0028,0100) shall be 8; the Enumerated Value of Bits
379 Stored (0028,0101) shall be 8; and the Enumerated Value of High Bit (0028,0102) shall be 7.

380 **C.8.12.1.1.3      Pixel Representation**

381 The Enumerated Value of Pixel Representation (0028,0103) shall be 0~~000H~~.

382 ~~Note: A value of 0000H signifies an unsigned integer value.~~

383

384 **C.8.12.1.1.4      Samples per Pixel**

385 The Enumerated Values of Samples per Pixel (0028,0002) shall be as follows: If the value of
386 Photometric Interpretation (0028,0004) is MONOCHROME2, then the Enumerated Value of
387 Samples per Pixel (0028,0002) shall be one (1). If the value of Photometric Interpretation
388 (0028,0004) is RGB or YBR_FULL_422 **or ~~YUV_RCT~~YBR_RCT or YBR_ICT**, then the Enumerated
389 Value of Samples per Pixel (0028,0002) shall be three (3).

390 **C.8.12.1.1.5      Planar Configuration**

391 If present, the Enumerated Value of Planar Configuration (0028,0006) shall be 0~~000H~~. This value
392 shall be present if Samples per Pixel (0028,0002) has a value greater than 1.

393

394

395

396

397

398

399

400

401 **Changes to**

402 **NEMA Standards Publication PS 3.5-2000**

403

404 *Digital Imaging and Communications in Medicine (DICOM)*

405 *Part 5:  Data Structures and Encoding*

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 16

406 | *Add JPEG 2000 to Section 2:*

407                              **Section 2       Normative references**

408   The following standards contain provisions that, through references in this text, constitute provisions
409   of this standard. At the time of publication, the editions indicated were valid. All standards are subject
410   to revision, and parties to agreements based on this standard are encouraged to investigate the
411   possibilities of applying the most recent editions of the standards indicated below.

412   …

413   ISO/IS 10918-1          JPEG Standard for digital compression and encoding of continuous-tone
414                          still images. Part 1—Requirements and implementation guidelines

415   ISO/IS 10918-2          JPEG Standard for digital compression and encoding of continuous-tone
416                          still images. Part 2—Testing

417   ISO/IS 14495-1          Lossless and near-lossless coding of continuous tone still images (JPEG-
418                          LS)

419   **ISO/IS 15444-1          JPEG 2000 Image Coding System**

420   …

421

422 | *Add JPEG 2000 to Section 8:*

423

424                              **Section 8       Encoding of Pixel, Overlay and Waveform Data**

425   ...

426

427   **8.2 NATIVE OR ENCAPSULATED FORMAT ENCODING**

428   Pixel data conveyed in the Pixel Data Element (7FE0,0010) may be sent either in a Native
429   (uncompressed) Format or in an Encapsulated Format (e.g. compressed) defined outside the
430   DICOM standard.

431   If Pixel Data is sent in a Native Format, the Value Representation OW is most often required.  The
432   Value Representation OB may also be used for Pixel Data in cases where Bits Allocated has a value
433   less than or equal to 8, but only with Transfer Syntaxes where the Value Representation is explicitly
434   conveyed (see Annex A).

435   Note:     The DICOM default Transfer Syntax (Implicit VR Little Endian) does not explicitly convey Value
436             Representation and therefore the VR of OB may not be used for Pixel Data when using the default
437             Transfer Syntax.

438  Native format Pixel Cells are encoded as the direct concatenation of the bits of each Pixel Cell,
439  where the most significant bit of a Pixel Cell  is immediately followed by the least significant bit of the
440  next Pixel Cell.  The number of bits of each Pixel Cell is defined by the Bits Allocated (0028,0100)
441  Data Element Value.  When a Pixel Cell crosses a word boundary in the OW case, or a byte
442  boundary in the OB case, it shall continue to be encoded, least significant bit to most significant bit,
443  in the next word, or byte, respectively (see Annex D).  For Pixel Data encoded with the Value
444  Representation OW, the byte ordering of the resulting 2-byte words is defined by the Little Endian or
445  Big Endian Transfer Syntaxes negotiated at the Association Establishment (see Annex A).

446  Notes:   1. For Pixel Data encoded with the Value Representation OB,  the Pixel Data encoding is unaffected
447          by  Little Endian or Big Endian byte ordering.
448
449          2. If encoding Pixel Data with a Value for Bits Allocated (0028,0100) not equal to 16 be sure to read
450          and understand Annex D.
451

452  If sent in an Encapsulated Format (i.e. other than the Native Format) the Value Representation OB is
453  used.  The Pixel Cells are encoded according to the encoding process defined by one of the
454  negotiated Transfer Syntaxes (see Annex A).  The encapsulated pixel stream of encoded pixel data
455  is segmented in one or more Fragments which convey their explicit length.  The sequence of
456  Fragments of the encapsulated pixel stream is terminated by a delimiter, thus allowing the support of
457  encoding processes where the resulting length of the entire pixel stream is not known until it is
458  entirely encoded.  This Encapsulated Format supports both Single-Frame and Multi-Frame images
459  (as defined in PS 3.3).

460  **8.2.1    JPEG IMAGE COMPRESSION**

461  DICOM provides a mechanism for supporting the use of JPEG Image Compression through the
462  Encapsulated Format (see PS 3.3). Annex A defines a number of Transfer Syntaxes which reference
463  the JPEG Standard and provide a number of lossless (bit preserving) and lossy compression
464  schemes.

465  Note:    The context where the usage of lossy compression of medical images is clinically acceptable is
466          beyond the scope of the DICOM Standard. The policies associated with the selection of appropriate
467          compression parameters (e.g. compression ratio) for JPEG lossy compression is also beyond the
468          scope of this standard.
469

470  In order to facilitate interoperability of implementations conforming to the DICOM Standard which
471  elect to use one or more of the Transfer Syntaxes for JPEG Image Compression, the following policy
472  is specified:

473        —    Any implementation which conforms to the DICOM Standard and has elected to support
474             any one of the Transfer Syntaxes for lossless JPEG Image Compression, shall support
475             the following lossless compression: The subset (first-order horizontal prediction [Selection
476             Value 1) of JPEG Process 14 (DPCM, non-hierarchical with Huffman coding) (see Annex
477             F).

478        —    Any implementation which conforms to the DICOM Standard and has elected to support
479             any one of the Transfer Syntaxes for 8-bit lossy JPEG Image Compression, shall support
480             the JPEG Baseline Compression (coding Process 1).

481        —    Any implementation which conforms to the DICOM Standard and has elected to support
482             any one of the Transfer Syntaxes for 12-bit lossy JPEG Image Compression, shall support
483             the JPEG Compression Process 4.

484  Note:     The DICOM conformance statement shall differentiate whether or not the implementation is capable
485          of simply receiving or receiving and processing JPEG encoded images (see PS 3.2).
486

487  The use of the DICOM Encapsulated Format to support JPEG Compressed Pixel Data requires that
488  the Data Elements which are related to the Pixel Data encoding (e.g. Photometric Interpretation,

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 18

Samples per Pixel, Planar Configuration, Bits Allocated, Bits Stored, High Bit, Pixel Representation, Rows, Columns, etc.) shall contain values which are consistent with the characteristics of the compressed data stream . The Pixel Data characteristics included in the JPEG Interchange Format shall be used to decode the compressed data stream.

Notes:  1. These requirements were formerly specified in terms of the "uncompressed pixel data from which the compressed data stream was derived". However, since the form of the "original" uncompressed data stream could vary between different implementations, this requirement is now specified in terms of consistency with what is encapsulated.

When decompressing, should the characteristics explicitly specified in the compressed data stream (e.g. spatial subsampling or number of components or planar configuration) be inconsistent with those specified in the DICOM Data Elements, those explicitly specified in the compressed data stream should be used to control the decompression. The DICOM data elements, if inconsistent, can be regarded as suggestions as to the form in which an uncompressed data set might be encoded.

2. Those characteristics not explicitly specified in the compressed data stream (e.g. color space which is not specified in the JPEG Interchange Format), or implied by the definition of the compression scheme (e.g. always unsigned in JPEG), can therefore be determined from the DICOM Data Element in the enclosing data set. For example a Photometric Intepretation of "YBR FULL 422" would describe the color space that is commonly used to lossy compress images using JPEG. It is unusual to use an RGB color space for lossy compression, since no advantage is taken of correlation between the red, green and blue components (e.g. of luminance), and poor compression is achieved.

3. Should the compression process be incapable of encoding a particular form of pixel data representation (e.g. JPEG cannot encode signed integers, only unsigned integers), then ideally only the appropriate form should be "fed" into the compression process. However, for certain characteristics described in DICOM Data Elements but not explicitly described in the compressed data stream (such as Pixel Representation), then the DICOM Data Element should be considered to describe what has been compressed (e.g. the pixel data really is to be interpreted as signed if Pixel Representation so specifies).

4. DICOM Data Elements should not describe characteristics that are beyond the capability of the compression scheme used. For example, JPEG lossy processes are limited to 12 bits, hence the value of Bits Stored should be 12 or less. Bits Allocated is irrelevant, and is likely to be constrained by the Information Object Definition in PS 3.3 to values of 8 or 16. Also, JPEG compressed data streams are always color-by-pixel and should be specified as such (a decoder can essentially ignore this element however as the value for JPEG compressed data is already known).

## 8.2.2   Run Length Encoding Compression

DICOM provides a mechanism for supporting the use of Run Length Encoding (RLE) Compression which is a byte oriented lossless compression scheme through the encapsulated Format (see PS 3.3 of this Standard). Annex G defines RLE Compression and its Transfer Syntax.

Note:  The RLE Compression algorithm described in Annex G is the compression used in the TIFF 6.0 specification known as the "PackBits" scheme.

The use of the DICOM Encapsulated Format to support RLE Compressed Pixel Data requires that the Data Elements which are related to the Pixel Data encoding (e.g. Photometric Interpretation, Samples per Pixel, Planar Configuration, Bits Allocated, Bits Stored, High Bit, Pixel Representation, Rows, Columns, etc.) shall contain values which are consistent with the compressed data.

Notes:  1. These requirements were formerly specified in terms of the "uncompressed pixel data from which the compressed data was derived". However, since the form of the "original" uncompressed data stream could vary between different implementations, this requirement is now specified in terms of consistency with what is encapsulated.

2. Those characteristics not implied by the definition of the compression scheme (e.g. always color-by-plane in RLE), can therefore be determined from the DICOM Data Element in the enclosing data set. For example a Photometric Intepretation of "YBR FULL" would describe the color space that is commonly used to losslessly compress images using RLE. It is unusual to use an RGB color space for RLE compression, since no advantage is taken of correlation between the red, green and blue components (e.g. of luminance), and poor compression is achieved (note however that the conversion from RGB to YBR FULL is itself lossy. A new photometric interpretation may be proposed in the future which allows lossless conversion from RGB and also results in better RLE compression ratios).

546   3. DICOM Data Elements should not describe characteristics that are beyond the capability of the
547   compression scheme used. For example, RLE compressed data streams (using the algorithm mandated
548   in the DICOM Standard) are always color-by-plane.

549

550   **8.2.3   JPEG-LS IMAGE COMPRESSION**

551   DICOM provides a mechanism for supporting the use of JPEG-LS Image Compression through the
552   Encapsulated Format (see PS 3.3). Annex A defines a number of Transfer Syntaxes which reference
553   the JPEG-LS Standard and provide a number of lossless (bit preserving) and lossy (near-lossless)
554   compression schemes.

555   Note:   The context where the usage of lossy (near-lossless) compression of medical images is clinically
556   acceptable is beyond the scope of the DICOM Standard. The policies associated with the selection
557   of appropriate compression parameters (e.g. compression ratio) for JPEG-LS lossy (near-lossless)
558   compression is also beyond the scope of this standard.

559

560   The use of the DICOM Encapsulated Format to support JPEG-LS Compressed Pixel Data requires
561   that the Data Elements which are related to the Pixel Data encoding (e.g. Photometric Interpretation,
562   Samples per Pixel, Planar Configuration, Bits Allocated, Bits Stored, High Bit, Pixel Representation,
563   Rows, Columns, etc.) shall contain values which are consistent with the characteristics of the
564   compressed data stream. The Pixel Data characteristics included in the JPEG-LS Interchange
565   Format shall be used to decode the compressed data stream.

566   Note:   See also the notes in section 8.2.1.

567

568   **8.2.4   JPEG 2000 IMAGE COMPRESSION**

569   **DICOM provides a mechanism for supporting the use of JPEG 2000 Image Compression**
570   **through the Encapsulated Format (see PS 3.3). Annex A defines a number of Transfer Syntaxes**
571   **which reference the JPEG 2000 Standard and provide lossless (bit preserving) and lossy**
572   **compression schemes.**

573   **Note:   The context where the usage of lossy compression of medical images is clinically acceptable is**
574   **beyond the scope of the DICOM Standard. The policies associated with the selection of**
575   **appropriate compression parameters (e.g. compression ratio) for JPEG 2000 lossy**
576   **compression is also beyond the scope of this standard.**

577

578   **The use of the DICOM Encapsulated Format to support JPEG 2000 Compressed Pixel Data**
579   **requires that the Data Elements which are related to the Pixel Data encoding (e.g. Photometric**
580   **Interpretation, Samples per Pixel, Planar Configuration, Bits Allocated, Bits Stored, High Bit,**
581   **Pixel Representation, Rows, Columns, etc.) shall contain values which are consistent with the**
582   **characteristics of the compressed data stream. The Pixel Data characteristics included in the**
583   **JPEG 2000 bit stream shall be used to decode the compressed data stream.**

584   **Note:   These requirements are specified in terms of consistency with what is encapsulated, rather**
585   **than in terms of the uncompressed pixel data from which the compressed data stream may have**
586   **been derived.**
587   **When decompressing, should the characteristics explicitly specified in the compressed data**
588   **stream be inconsistent with those specified in the DICOM Data Elements, those explicitly**
589   **specified in the compressed data stream should be used to control the decompression. The**
590   **DICOM data elements, if inconsistent, can be regarded as suggestions as to the form in which**
591   **an uncompressed data set might be encoded.**

592

593   **The JPEG 2000 bit stream specifies whether or not a reversible or irreversible multi-component**
594   **(color) transformation, if any, has been applied. If no multi-component transformation has been**
595   **applied, then the components shall correspond to those specified by the DICOM Attribute**
596   **Photometric Interpretation. If the JPEG 2000 reversible multi-component transformation has**

597 **been applied then the DICOM Attribute Photometric Interpretation shall be** ~~YUV_RCT~~**YBR_RCT. If**
598 **the JPEG 2000 irreversible multi-component transformation has been applied then the DICOM**
599 **Attribute Photometric Interpretation shall be YBR_ICT.**

600 **Notes:    1. For example, single component may be present, and the Photometric Interpretation may be**
601 **MONOCHROME2.**

602 **2. Though it would be unusual, would not take advantage of correlation between the red, green**
603 **and blue components, and would not achieve effective compression, a Photometric**
604 **Interpretation of RGB could be specified as long as no multi-component transformation was**
605 **specified by the JPEG 2000 bit stream.**

606 **3. Despite the application of a multi-component color transformation and its reflection in the**
607 **Photometric Interpretation attribute, the "color space" remains undefined. There is currently no**
608 **means of conveying "standard color spaces" either by fixed values (such as sRGB) or by ICC**
609 **profiles. Note in particular that the JP2 file header is not sent in the JPEG 2000 bitstream that is**
610 **encapsulated in DICOM.**

611

612 **The JPEG 2000 bitstream is capable of encoding both signed and unsigned pixel values, hence**
613 **the value of Pixel Representation may be either 0 or 1 depending on what has been encoded**
614 **(as specified in the SIZ marker segment in the precision and sign of component parameter).**
615 **[Editor's note: what about when this varies by component ?]**

616 **The value of Planar Configuration is irrelevant since the manner of encoding components is**
617 **specified in the JPEG 2000 standard, hence it shall be set to 0.**

618

619 | *Add JPEG 2000 default requirements to Section 10:* |
    | --- |

620                                                   **Section 10      Transfer Syntax**

621 A Transfer Syntax is a set of encoding rules able to unambiguously represent one or more Abstract
622 Syntaxes. In particular, it allows communicating Application Entities to negotiate common encoding
623 techniques they both support (e.g., byte ordering, compression, etc.). A Transfer Syntax is an
624 attribute of a Presentation Context, one or more of which are negotiated at the establishment of an
625 Association between DICOM Application Entities. This Association negotiation is specified in PS 3.8
626 and discussed in PS 3.7.

627 The selection of a Transfer Syntax applies to the encoding rules for the Data Set portion of a DICOM
628 Message only. All DICOM Standard and Private Transfer Syntaxes implicitly specify a fixed encoding
629 for the Command Set portion of a DICOM Message as Specified in PS 3.7.

630 This part of the DICOM Standard defines standard DICOM Transfer Syntaxes and assigns a unique
631 Transfer Syntax Name to each one. The standard DICOM Transfer Syntaxes are specified in Annex
632 A. The DICOM notation for Transfer Syntax names is the notation used for UIDs (see Section 9).

633 The organization responsible for the definition and registration of DICOM Transfer Syntaxes is
634 NEMA. NEMA guarantees uniqueness for all DICOM Transfer Syntax Names.

635 Privately defined Transfer Syntax Names may also be used; however, they will not be registered by
636 NEMA. Organizations that define private Transfer Syntax Names shall follow the registration process
637 defined in Section 9.2.

## 10.1    DICOM DEFAULT TRANSFER SYNTAX

DICOM defines a default Transfer Syntax, the DICOM Implicit VR Little Endian Transfer Syntax (UID = "1.2.840.10008.1.2"), that shall be supported by every conformant DICOM Implementation. This implies that:

    a)    If an Application Entity issues an A-ASSOCIATE request, it shall offer the DICOM Implicit VR Little Endian Transfer Syntax in at least one of the Presentation Contexts associated with each offered Abstract Syntax.

Note:    Offering Abstract Syntax (AS1) in two Presentation Contexts with Transfer Syntaxes (TS1) and (TS2) is not valid, but offering AS1-TS1, AS1-TS2 and AS1-TSD is valid because the DICOM Default Little Endian Transfer Syntax (TSD) is present in at least one of the Presentation Contexts which are based on Abstract Syntax (AS1).

    b)    If an Application Entity receives an A-ASSOCIATE indication corresponding to a request which follows the requirements specified in Section 10.1 a), every Presentation Context related to a given Abstract Syntax cannot be rejected in an A-ASSOCIATE response for the reason that none of the Transfer Syntaxes are supported.

Both of these requirements, a) and b), are waived when the Application Entity sending the pixel data has only access to the pixel data in lossy compressed form.

**Note:    In other words, every sending AE is required to be able to convert any dataset it is going to transmit into the Default Transfer Syntax, regardless of the form in which it originally received or stored the data set, except in the single case of when it received it in a lossy compressed form. In that exceptional case, the sending AE is permitted to propose only the lossy compressed Transfer Syntax appropriate to the lossy form that was received.**

**In particular, this waiver does not apply to data sets received in a lossless compressed form, which means that any AE receiving a data set in a lossless compressed Transfer Syntax that needs to re-send the data set is required to be able to decompress it in order to support (at least) the default Transfer Syntax.**

## 10.2    TRANSFER SYNTAX FOR A DICOM DEFAULT OF LOSSLESS JPEG COMPRESSION

DICOM defines a default for lossless JPEG Image Compression, which uses a subset of coding Process 14 with a first-order prediction (Selection Value 1). It is identified by Transfer Syntax UID = "1.2.840.10008.1.2.4.70" and shall be supported by every DICOM implementation that chooses to support one or more of the lossless JPEG compression processes. This implies that:

    a)    If an Application Entity issues an A-ASSOCIATE request where any offered Abstract Syntaxes is associated in one or more Presentation Context with a JPEG lossless compression Transfer Syntax, at least one of the Presentation Contexts which include this Abstract Syntax, shall include the DICOM Default Lossless JPEG Compression Transfer Syntax and the DICOM Default Transfer Syntax (uncompressed).

Note:    Offering Abstract Syntax (AS1) in two Presentation Contexts with Transfer Syntaxes JPEG lossless (JL1) and (JL2) is not valid, but offering AS1-JL1, AS1-JL2, AS1-TSD, and AS1-JLD is valid because the DICOM Default JPEG Lossless Transfer Syntax (JLD) and the DICOM Default Transfer Syntax (TSD) are present in at least one of the Presentation Contexts which are based on Abstract Syntax (AS1).

    b)    If an Application Entity that supports one or more lossless JPEG Transfer Syntax receives an A-ASSOCIATE indication corresponding to a request which follows the requirements specified in Section 10.2 a), every Presentation Context related to a given Abstract Syntax cannot be rejected in an A-ASSOCIATE response for the reason that the DICOM Default lossless JPEG Transfer Syntax is not supported.

## 10.3    TRANSFER SYNTAXES FOR A DICOM DEFAULTS OF LOSSY JPEG COMPRESSION

DICOM defines defaults for Lossy JPEG Image Compression, one for 8-bit images and the other for 12-bit images. JPEG coding Process 1 (identified by Transfer Syntax UID =

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 22

688  "1.2.840.10008.1.2.4.50") is used for 8-bit images. JPEG coding Process 4 (identified by Transfer
689  Syntax UID = "1.2.840.10008.1.2.4.51") is used for 12-bit images. This implies that:

690      a)  If an Application Entity issues an A-ASSOCIATE request where any offered Abstract
691          Syntaxes is associated in one or more Presentation Context(s) with a JPEG lossy
692          compression Transfer Syntax, at least one of the Presentation Contexts which include this
693          Abstract Syntax, shall include the appropriate DICOM Default Lossy JPEG Compression
694          Transfer Syntax.

695  Note:   1. Offering Abstract Syntax (AS1) in two Presentation Contexts with Transfer Syntaxes JPEG lossy
696          (JL1) and (JL2) is not valid, but offering AS1-JL1, AS1-JL2 and AS1-JLD is valid because the DICOM
697          Default JPEG Lossy Transfer Syntax (JLD) is present in at least one of the Presentation Contexts
698          which are based on Abstract Syntax (AS1).
699          2. The DICOM Default Transfer Syntax (uncompressed) may be offered if the sender has access to
700          the original pixel data in an uncompressed or lossless compressed form.

701      b)  If an Application Entity that supports one or more Lossy JPEG Transfer Syntaxes receives
702          an A-ASSOCIATE indication corresponding to a request which follows the requirements
703          specified in Section 10.3 a), every Presentation Context related to a given Abstract Syntax
704          cannot be rejected in an A-ASSOCIATE response for the reason that the DICOM Default
705          lossy JPEG Transfer Syntax is not supported.

## 10.4    TRANSFER SYNTAX FOR DICOM RLE COMPRESSION

707  DICOM defines the RLE Compression (see Annex G). This implies that:

708      a)  If an Application Entity issues an A-ASSOCIATE request where any offered Abstract
709          Syntaxes is associated in one or more Presentation Contexts(s) with RLE compression
710          Transfer Syntax, at least one of the Presentation Contexts which include this Abstract
711          Syntax, shall include the DICOM Default Transfer Syntax (uncompressed).

712

## 10.5    TRANSFER SYNTAX FOR A DICOM DEFAULT OF LOSSLESS AND LOSSY (NEAR-LOSSLESS) JPEG-LS COMPRESSION

715  One Transfer Syntax is specified for JPEG-LS Lossless Image Compression, and one Transfer
716  Syntax is specified for JPEG-LS Lossy (Near-Lossless) Image Compression. The JPEG-LS Lossless
717  Transfer Syntax shall be supported as a baseline if the JPEG-LS Lossy (Near-Lossless) Transfer
718  Syntax is supported.

## 10.6    TRANSFER SYNTAX FOR A DICOM DEFAULT FOR JPEG 2000 COMPRESSION

720  **One Transfer Syntax is specified for JPEG 2000 Lossless Image Compression, and one**
721  **Transfer Syntax is specified for JPEG 2000 Lossy Image Compression.** ~~Any implementation~~
722  ~~that supports either transfer syntax shall also support the other.~~

723  **Notes:    1. All JPEG 2000 codecs are required by ISO/IEC 15444-1 to support both reversible and**
724  **irreversible wavelet and multi-component transformations. The reason for specifying two**
725  **separate Transfer Syntaxes in DICOM is to allow an application to** ~~require~~ **request the transfer**
726  **of images in a lossless manner when** ~~necessary~~ **possible.**

727  _____ **2. No baseline using other compression schemes is required.**

728  _____ **3. The waiver of the requirement in Section 10.1 to support the DICOM Default Transfer**
729  **Syntaxstill applies when the Application Entity sending the pixel data has only access to the**
730  **pixel data in lossy compressed form.**

731

732 | Add JPEG 2000 requirements to Annex A:

733 **Annex A**
734 **(Normative)**
735 **Transfer Syntax Specifications**

736 ...

737 **A.4 TRANSFER SYNTAXES FOR ENCAPSULATION OF ENCODED PIXEL DATA**

738 These Transfer Syntaxes apply to the encoding of the entire DICOM Data Set, even though the
739 image Pixel Data (7FE0,0010) portion of the DICOM Data Set is the only portion that is encoded by
740 an encapsulated format. This implies that when a DICOM Message is being encoded according to
741 an encapsulation Transfer Syntax the following requirements shall be met:

742     a)    The Data Elements contained in the Data Set structure shall be encoded with Explicit VR
743         (with a VR Field) as specified in Section 7.1.2.

744     b)    The encoding of the overall Data Set structure (Data Element Tags, Value Length, etc.)
745         shall be in Little Endian as specified in Section 7.3.

746     c) The encoding of the Data Elements of the Data Set shall be as follows according to their
747         Value Representations:

748     —    For all Value Representations defined in this part of the DICOM Standard, except for the
749         Value Representations OB and OW, the encoding shall be in Little Endian as specified in
750         Section 7.3.

751     —    For the Value Representations OB and OW, the encoding shall meet the following
752         specification depending on the Data Element Tag:

753         —    Data Element (7FE0,0010) Pixel Data has the Value Representation OB and is a
754             sequence of bytes resulting from one of the encoding processes. It contains the
755             encoded pixel data stream fragmented into one or more Item(s). This Pixel Data
756             Stream may represent a Single or Multi-frame Image. See Tables A.4-1 and A.4-2:

757             —    The Length of the Data Element (7FE0,0010) shall be set to the Value for
758                 Undefined Length (FFFFFFFFH).

759             —    Each Data Stream Fragment encoded according to the specific encoding
760                 process shall be encapsulated as a DICOM Item with a specific Data Element
761                 Tag of Value (FFFE,E000). The Item Tag is followed by a 4 byte Item Length
762                 field encoding the explicit number of bytes of the Item.

763             —    All items containing an encoded fragment shall be made of an even number of
764                 bytes greater or equal to two. The last fragment of a frame may be padded, if
765                 necessary, to meet the sequence item format requirements of the DICOM
766                 Standard.

767   Notes:   1. Any necessary padding may be added in the JPEG or JPEG-LS compressed data stream as per ISO
768           10918-1 and ISO 14495-1 such that the End of Image (EOI) marker ends on an even byte boundary, or
769           may be appended after the EOI marker, depending on the implementation.

770           2. ISO 10918-1 and ISO 14495-1 define  the ability to add any number of padding bytes FFH before
771           any marker (all of which also begin with FFH). It is strongly recommended that FFH padding bytes not
772           be added before the Start of Image (SOI) marker.

773

774         —    The first Item in the Sequence of Items before the encoded Pixel Data Stream
775             shall be a Basic Offset Table item. The Basic Offset Table Item Value, however,
776             is not required to be present:

777 — When the Item Value is not present, the Item Length shall be zero (00000000H)
778 (see Table A.4-1).

779 — When the Item Value is present, the Basic Offset Table Item Value shall contain
780 concatenated 32-bit unsigned integer values that are byte offsets to the first
781 byte of the Item Tag of the first fragment for each frame in the Sequence of
782 Items. These offsets are measured from the first byte of the first Item Tag
783 following the Basic Offset Table item (See Table A.4-2).
784

785 Note: For a Multi-Frame Image containing only one frame or a Single Frame Image, the Basic Offset Table
786 Item Value may be present or not. If present it will contain a single 00000000H value.
787

788 — This Sequence of Items is terminated by a Sequence Delimiter Item with the
789 Tag (FFFE,E0DD) and an Item Length Field of Value (00000000H) (i.e., no
790 Value Field shall be present).

791 — Data Element (60xx,3000) Overlay Data
792 — shall have the Value Representation OB or OW and shall be encoded in Little
793 Endian.

794 — Data Element (50xx,3000) for Curve Data has the Value Representation specified in
795 its Explicit VR Field. See the specification of the Curve Data Module in PS 3.3 for the
796 enumerated list of allowable VRs. The component points shall be encoded in Little
797 Endian.

798 — Data Element (5400,1010) Waveform Data has the Value Representation specified
799 in its Explicit VR Field. The component points shall be encoded in Little Endian.

800 — Data Element (50xx,200C) Audio Sample Data has the Value Representation OB
801 when  Audio Sample Format (50xx,2002) specifies 8-bit values, and OW encoded in
802 Little Endian when 16 bit values are specified. See the specification of the Audio
803 Module in PS 3.3.

804 — Data Elements (0028,1201), (0028,1202), (0028,1203) Red, Green, Blue Palette
805 Lookup Table Data have the Value Representation OW and shall be encoded in
806 Little Endian.

807 Note: Previous versions of the Standard either did not specify the encoding of these Data
808 Elements in this Part, but specified a VR of US or SS in PS 3.6 (1993), or specified OW
809 in this Part but a VR of US, SS or OW in PS 3.6 (1996). The actual encoding of the
810 values and their byte order would be identical in each case, though the explicitly
811 encoded VR field would be different. However, an explicit VR of US or SS cannot be
812 used to encode a table of $2^{16}$ elements, since the Value Length is restricted to 16 bits.

813 — Data Elements (0028,1101), (0028,1102),(0028,1103) Red, Green, Blue Palette
814 Lookup Table Descriptor have the Value Representation SS or US (depending on
815 rules specified in the IOD in PS 3.3), and shall be encoded in Little Endian. The first
816 and third values are always interpreted as unsigned, regardless of the Value
817 Representation.

818 — Data Elements (0028,1221), (0028,1222), (0028,1223) Segmented Red, Green,
819 Blue Palette Color Lookup table Data have the Value Representation OW and shall
820 be encoded in Little Endian.

821 — Data Element (0028,3006) Lookup Table Data has the Value Representation US, SS
822 or OW and shall be encoded in Little Endian.

823 Note: Previous versions of the Standard did not specify the encoding of these Data Elements
824 in this Part, but specified a VR of US or SS in PS 3.6 (1998). However, an explicit VR of
825 US or SS cannot be used to encode a table of $2^{16}$ elements, since the Value Length is
826 restricted to 16 bits. Hence a VR of OW has been added. The actual encoding of the
827 values and their byte order would be identical in each case, though the explicitly
828 encoded VR field would be different.

829 — Data Element (0028,3002) Lookup Table Descriptor has the Value Representation
830 SS or US (depending on rules specified in the IOD in PS 3.3), and shall be encoded

831                in Little Endian. The first and third values are always interpreted as unsigned,
832                regardless of the Value Representation.

833

834     Note:     For Data encoded with the Value Representation OB,  the Data encoding is unaffected by  Little
835                 Endian or Big Endian byte ordering.

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 26

836
837
838

**Table A.4-1**

**EXAMPLE FOR ELEMENTS OF AN ENCODED SINGLE-FRAME IMAGE DEFINED AS A SEQUENCE OF THREE FRAGMENTS WITHOUT BASIC OFFSET TABLE ITEM VALUE**

| Pixel Data Element Tag | Value Representation | | Data Element Length | Data Element | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Basic Offset Table with NO Item Value | | First Fragment (Single Frame) of Pixel Data | | |
| | | | | Item Tag (FFFE, E000) | Item Length 0000 0000H | Item Tag (FFFE, E000) | Item Length 0000 04C6H | Item Value Compressed Fragment |
| (7FE0, 0010) with VR of OB | OB | 0000H Reserved | FFFF FFFFH undefined length | | | | | |
| 4 bytes | 2 bytes | 2 bytes | 4 bytes | 4 bytes | 4 bytes | 4 bytes | 4 bytes | 04C6H bytes |

839

| Data Element Continued | | | | | | | |
|---|---|---|---|---|---|---|---|
| Second Fragment (Single Frame) of Pixel Data | | | Third Fragment (Single Frame) of Pixel Data | | | Sequence Delimiter Item | |
| Item Tag (FFFE, E000) | Item Length 0000 024AH | Item Value Compressed Fragment | Item Tag (FFFE, E000) | Item Length 0000 0628H | Item Value Compressed Fragment | Sequence Delim. Tag (FFFE, E0DD) | Item Length 0000 000H |
| 4 bytes | 4 bytes | 024AH bytes | 4 bytes | 4 bytes | 0628H bytes | 4 bytes | 4 bytes |

840

841 **Table A.4-2**
842 **EXAMPLES OF ELEMENTS FOR AN ENCODED TWO-FRAME IMAGE DEFINED AS A SEQUENCE**
843 **OF THREE FRAGMENTS WITH BASIC TABLE ITEM VALUES**

| Pixel Data Element Tag | Value Representation | | Data Element Length | Data Element | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Basic Offset Table with Item Value | | | First Fragment (Frame 1) of Pixel Data | | |
| | | | | Item Tag (FFFE, E000) | Item Length 0000 0008H | Item Value 0000 0000H 0000 0646H | Item Tag (FFFE, E000) | Item Length 0000 02C8H | Item Value Compressed Fragment |
| (7FE0, 0010) with VR of OB | OB | 0000H Reserved | FFFF FFFFH undefined length | | | | | | |
| 4 bytes | 2 bytes | 2 bytes | 4 bytes | 4 bytes | 4 bytes | 0008H bytes | 4 bytes | 4 bytes | 02C8H bytes |

844

| Data Element Continued | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Second Fragment (Frame 1) of Pixel Data | | | Third Fragment (Frame 2) of Pixel Data | | | Sequence Delimiter Item | |
| Item Tag (FFFE, E000) | Item Length 0000 036EH | Item Value Compressed Fragment | Item Tag (FFFE, E000) | Item Length 0000 0BC8H | Item Value Compressed Fragment | Sequence Delimiter Tag (FFFE, E0DD) | Item Length 0000 0000H |
| 4 bytes | 4 bytes | 036EH bytes | 4 bytes | 4 bytes | 0BC8H bytes | 4 bytes | 4 bytes |

845

846 **A.4.1   JPEG IMAGE COMPRESSION**

847 The International Standards Organization ISO/IEC JTC1 has developed an International Standard,
848 ISO/IS-10918-1 (JPEG Part 1) and an International Draft Standard, ISO/IS-10918-2 (JPEG Part 2),
849 known as the JPEG Standard, for digital compression and coding of continuous-tone still images.
850 (See Annex F for further details.)

851 A DICOM Transfer Syntax for JPEG Image Compression shall be identified by a UID value,
852 appropriate to its JPEG coding process, chosen from Table A.4-3.

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 28

**Table A.4-3**
**DICOM TRANSFER SYNTAX UIDS FOR JPEG**

| DICOM Transfer Syntax UID | JPEG coding process | JPEG description |
|---|---|---|
| 1.2.840.10008.1.2.4.50 | 1 | baseline |
| 1.2.840.10008.1.2.4.51 | 2(8-bit),4(12-bit) | extended |
| ~~1.2.840.10008.1.2.4.52~~ | ~~3(8-bit),5(12-bit)~~ | ~~extended~~ |
| ~~1.2.840.10008.1.2.4.53~~ | ~~6(8-bit),8(12-bit)~~ | ~~spectral selection, non-hierarchical~~ |
| ~~1.2.840.10008.1.2.4.54~~ | ~~7(8-bit),9(12-bit)~~ | ~~spectral selection, non-hierarchical~~ |
| ~~1.2.840.10008.1.2.4.55~~ | ~~10(8-bit),12(12-bit)~~ | ~~full progression, non-hierarchical~~ |
| ~~1.2.840.10008.1.2.4.56~~ | ~~11(8-bit),13(12-bit)~~ | ~~full progression, non-hierarchical~~ |
| 1.2.840.10008.1.2.4.57 | 14 | lossless, non-hierarchical |
| ~~1.2.840.10008.1.2.4.58~~ | ~~15~~ | ~~lossless, non-hierarchical~~ |
| ~~1.2.840.10008.1.2.4.59~~ | ~~16(8-bit),18(12-bit)~~ | ~~extended, hierarchical~~ |
| ~~1.2.840.10008.1.2.4.60~~ | ~~17(8-bit),19(12-bit)~~ | ~~extended, hierarchical~~ |
| ~~1.2.840.10008.1.2.4.61~~ | ~~20(8-bit),22(12-bit)~~ | ~~spectral selection, hierarchical~~ |
| ~~1.2.840.10008.1.2.4.62~~ | ~~21(8-bit),23(12-bit)~~ | ~~spectral selection, hierarchical~~ |
| ~~1.2.840.10008.1.2.4.63~~ | ~~24(8-bit),26(12-bit)~~ | ~~full progression, hierarchical~~ |
| ~~1.2.840.10008.1.2.4.64~~ | ~~25(8-bit),27(12-bit)~~ | ~~full progression, hierarchical~~ |
| ~~1.2.840.10008.1.2.4.65~~ | ~~28~~ | ~~lossless, hierarchical~~ |
| ~~1.2.840.10008.1.2.4.66~~ | ~~29~~ | ~~lossless, hierarchical~~ |
| 1.2.840.10008.1.2.4.70 | 14 (Selection Value 1) | lossless, non-hierarchical, first-order prediction |

Note: DICOM identifies, to increase the likelihood of successful association, three Transfer Syntaxes for Default JPEG Compression Image processes (see Sections 8.2.1 and 10).

If the object allows multi-frame images in the pixel data field, then each frame shall be encoded separately. Each fragment shall contain encoded data from a single-frame image.

For all images, including all frames of a multi-frame image, the JPEG Interchange Format shall be used (the table specification shall be included).

If images with Photometric Interpretation (0028,0004) YBR_FULL_422 or YBR_PARTIAL_422, are encoded with JPEG coding Process 1 (non hierarchical with Huffman coding), identified by DICOM Transfer Syntax UID 1.2.840.10008.1.2.4.50 the minimum compressible unit is YY$C_B$$C_R$, where Y, $C_B$, and $C_R$ are 8 by 8 blocks of pixel values. The data stream encodes two Y blocks followed by the corresponding $C_B$ and $C_R$ blocks.

**A.4.2   RLE COMPRESSION**

Annex G defines a RLE Compression Transfer Syntax. This transfer Syntax is identified by the UID value 1.2.840.10008.1.2.5. If the object allows multi-frame images in the pixel data field, then each frame shall be encoded separately. Each frame shall be encoded in one and only one Fragment (see PS 3.5.8.2).

**A.4.3   JPEG-LS IMAGE COMPRESSION**

The International Standards Organization ISO/IEC JTC1 has developed an International Standard, ISO/IS-14495-1 (JPEG-LS Part 1), for digital compression and coding of continuous-tone still images. (See Annex F for further details.)

876 A DICOM Transfer Syntax for JPEG-LS Image Compression shall be identified by a UID value,
877 appropriate to its JPEG-LS coding process.

878 Two Transfer Syntaxes are specified for JPEG-LS:

879       1.   A Transfer Syntax with a UID of1.2.840.10008.1.2.4.80, which specifies the use of the
880            lossless mode of JPEG-LS. In this mode the absolute error between the source and
881            reconstructed images will be zero.

882       2.   A Transfer Syntax with a UID of1.2.840.10008.1.2.4.81, which specifies the use of the
883            near-lossless mode of JPEG-LS. In this mode, the absolute error between the source and
884            reconstructed images will be constrained to a finite value that is conveyed in the
885            compressed bit stream. Note that this process can, at the discretion of the encoder, be
886            used to compress images with an error constrained to a value of zero, resulting in no loss
887            of information.

888 If the object allows multi-frame images in the pixel data field, then each frame shall be encoded
889 separately. Each fragment shall contain encoded data from a single-frame image.

890 For all images, including all frames of a multi-frame image, the JPEG-LS Interchange Format shall
891 be used (all parameter specifications shall be included).

892 **A.4.4   JPEG 2000 IMAGE COMPRESSION**

893 **The International Standards Organization ISO/IEC JTC1 has developed an International**
894 **Standard, ISO/IS 15444-1 (JPEG 2000 Part 1), for digital compression and coding of continuous-**
895 **tone still images. (See Annex F for further details.)**

896 **A DICOM Transfer Syntax for JPEG 2000 Image Compression shall be identified by a UID value,**
897 **appropriate to ~~its~~ the choice of JPEG ~~LS~~ 2000 coding process.**

898 **Two Transfer Syntaxes are specified for JPEG 2000:**

899       1.   **A Transfer Syntax with a UID of1.2.840.10008.1.2.4.90, which specifies the use of the**
900            **lossless (reversible) mode of JPEG 2000 Part 1 (ISO/IS 15444-1) (i.e. the use of a**
901            **reversible wavelet transformation and a reversible color component transformation,**
902            **if applicable, and no quantization).**

903       2.   **A Transfer Syntax with a UID of1.2.840.10008.1.2.4.91, which specifies the use of the**
904            **lossy (irreversible) mode of JPEG 2000 Part 1 (ISO/IS 15444-1) (i.e. the use of an**
905            **irreversible wavelet transformation and an irreversible color component**
906            **transformation, if applicable, and optionally quantization).**

907       Note:    **When using the lossy (irreversible) mode, even if no quantization is performed, some**
908            **loss will always occur due to the finite precision of the calculation of the wavelet and**
909            **multi-component transformations.**
910

911 **Only the features defined in JPEG 2000 Part 1 (ISO/IEC 15444-1) are permitted for these two**
912 **Transfer Syntaxes. Additional features and extensions that may be defined in other parts of**
913 **JPEG 2000 shall not be included in the compressed bitstream unless they can be decoded or**
914 **ignored without loss of fidelity by all Part 1 compliant implementations.**

915 **If the object allows multi-frame images in the pixel data field, then each frame shall be encoded**
916 **separately. Each fragment shall contain encoded data from a single-frame image.**

917       Note:    **That is, the processes defined in ISO/IEC 15444-1 shall be applied on a per-frame basis. The**
918            **proposal for encapsulation of multiple frames in a non-DICOM manner in so-called "Motion-**
919            **JPEG" or "M-JPEG" defined in 15444-3 are not used.**
920

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 30

921 **For all images, including all frames of a multi-frame image, the JPEG 2000 bitstream specified**
922 **in ISO/IEC 15444-1 shall be used. The optional JP2 file format header shall NOT be included.**

923     Note:    **The role of the JP2 file format header is fulfilled by the non-pixel data attributes in the DICOM**
924              **data set.**

925

926

927

928

929 | *Add JPEG 2000 requirements to Annex F:* |
    |---|

930                                    **Annex F**
931                                  **(Informative)**
932               **Encapsulated images as part of a DICOM message**

933 The following remarks apply generally to communicating an encoded image within a message
934 structure according to the DICOM Standard:

935     a)    In the course of including an encoded image in a DICOM message, the encoding is not
936           changed. The encoded data stream is merely segmented and encapsulated according to
937           the protocols of the DICOM Standard. After unpacking the DICOM message, the encoded
938           data stream can be fully reconstructed at the receiving node.

939     b)    The object definition of the DICOM Standard is always determining format and other
940           choices that a specific encoding implementation may offer. The encoded image must be
941           consistent with the definition of the object of which the encoded image is part. For
942           example:

943           1)    If the object is defined to contain 10-bit pixel data, it is assumed that the encoding
944                 process is one that accepts at least 10-bit data. Hence, there is no need for defining
945                 separate Transfer Syntaxes, e.g. for 8-bit or 12-bit implementations. Any 12-bit
946                 implementation is assumed to operate in an 8-bit process if the object is defined to
947                 contain 8-bit data.

948           2)    If the image of an object is interleaved, the encoding process must reproduce the
949                 interleaving.

950     c)Specifications in the encoding file header must be consistent with the DICOM Message
951           header, e.g. regarding the number of rows and columns.

952     d)    The byte order specification of an encoded file is not altered in the course of
953           encapsulating it in a DICOM message.

954 **F.1 ENCAPSULATED JPEG ENCODED IMAGES**

955 The International Standards Organization (ISO/IEC JTC1/SC2/WG10) has prepared an International
956 Standard, ISO/IS-10918-1 (JPEG Part 1) and International Draft Standard ISO/IS-10918-2 (JPEG
957 Part 2), for the digital compression and coding of continuous-tone still images. This standard is
958 collectively known as the JPEG Standard.

959 Part 1 of the JPEG Standard sets out requirements and implementation guidelines for the coded
960 representation of compressed image data to be interchanged between applications. The processes
961 and representations are intended to be generic in order to support the broad range of applications
962 for color and grayscale still images for the purpose of communications and storage within computer
963 systems. Part 2 of the JPEG Standard defines tests for determining whether implementations

964 comply with the requirements of the various encoding and decoding processes specified in Part 1 of
965 the JPEG Standard.

966 The JPEG Standard specifies lossy and lossless code processes. The lossy coding is based on the
967 discrete cosine transform (DCT), permitting data compression with an adjustable compression ratio.
968 The lossless coding employs differential pulse code modulation (DPCM).

969 The JPEG Standard permits a variety of coding processes for the coder and decoder. These
970 processes differ in coding schemes for the quantified data and in sample precision. The coding
971 processes are consecutively numbered as defined in the International Draft Standard ISO/IS-10918-
972 2 (JPEG Part 2), and are summarized in Table F.1-1. The simplest DCT-based coding process is
973 referred to as Baseline Sequential with Huffman Coding for 8-bit Samples.

974 **Table F.1-1**
975 **JPEG MODES OF IMAGE CODING**

| No. | Description | Lossy LY / Lossless LL | Non-Hierarchical NH / Hierarchical H | Sequential S / Progressive P | Transform | Coding | Accepted Bits |
|---|---|---|---|---|---|---|---|
| 1 | Baseline | LY | NH | S | DCT | Huffman | 8 |
| 2 | Extended | LY | NH | S | DCT | Huffman | 8 |
| ~~3~~ | ~~Extended~~ | ~~LY~~ | ~~NH~~ | ~~S~~ | ~~DCT~~ | ~~Arithmetic~~ | ~~8~~ |
| 4 | Extended | LY | NH | S | DCT | Huffman | 12 |
| ~~5~~ | ~~Extended~~ | ~~LY~~ | ~~NH~~ | ~~S~~ | ~~DCT~~ | Huffman ~~Arithmetic~~ | ~~12~~ |
| ~~6~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~NH~~ | ~~P~~ | ~~DCT~~ | ~~Huffman~~ | ~~8~~ |
| ~~7~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~NH~~ | ~~P~~ | ~~DCT~~ | ~~Arithmetic~~ | ~~8~~ |
| ~~8~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~NH~~ | ~~P~~ | ~~DCT~~ | ~~DCT~~ | ~~12~~ |
| ~~9~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~NH~~ | ~~P~~ | ~~DCT~~ | ~~Huffman~~ | ~~12~~ |
| ~~10~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~NH~~ | ~~P~~ | ~~DCT~~ | ~~Arithmetic~~ | ~~8~~ |
| ~~11~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~NH~~ | ~~P~~ | ~~DCT~~ | ~~Huffman~~ | ~~8~~ |
| ~~12~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~NH~~ | ~~P~~ | ~~DCT~~ | ~~Arithmetic~~ | ~~12~~ |
| ~~13~~ | ~~Full progression~~ | ~~LY~~ | ~~NH~~ | ~~P~~ | ~~DCT~~ | ~~Huffman~~ | ~~12~~ |
| | ~~Full progression~~ | | | | | ~~Arithmetic~~ | |
| | ~~Full progression~~ | | | | | | |
| | ~~Full progression~~ | | | | | | |
| 14 | Lossless | LL | NH | S | DPCM | Huffman | 2-16 |
| ~~15~~ | ~~Lossless~~ | ~~LL~~ | ~~NH~~ | ~~S~~ | ~~DPCM~~ | ~~Arithmetic~~ | ~~2-16~~ |
| ~~16~~ | ~~Extended sequential~~ | ~~LY~~ | ~~H~~ | ~~S~~ | ~~DCT~~ | ~~Huffman~~ | ~~8~~ |
| ~~17~~ | ~~Extended sequential~~ | ~~LY~~ | ~~H~~ | ~~S~~ | ~~DCT~~ | ~~Arithmetic~~ | ~~8~~ |
| ~~18~~ | ~~Extended sequential~~ | ~~LY~~ | ~~H~~ | ~~S~~ | ~~DCT~~ | ~~Huffman~~ | ~~12~~ |
| ~~19~~ | ~~Extended sequential~~ | ~~LY~~ | ~~H~~ | ~~S~~ | ~~DCT~~ | ~~Arithmetic~~ | ~~12~~ |
| ~~20~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~H~~ | ~~P~~ | ~~DCT~~ | ~~Huffman~~ | ~~8~~ |
| ~~21~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~H~~ | ~~P~~ | ~~DCT~~ | ~~Arithmetic~~ | ~~8~~ |
| ~~22~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~H~~ | ~~P~~ | ~~DCT~~ | ~~Huffman~~ | ~~12~~ |
| ~~23~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~H~~ | ~~P~~ | ~~DCT~~ | ~~Arithmetic~~ | ~~12~~ |
| ~~24~~ | ~~Spectral selection only~~ | ~~LY~~ | ~~H~~ | ~~P~~ | ~~DCT~~ | | ~~8~~ |

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 32

| 25 | Spectral selection only | LY | H | P | DCT | Huffman | 8 |
|----|--------------------------|----|---|---|-----|---------|---|
| 26 | | LY | H | P | DCT | Arithmetic | 12 |
| 27 | Full progression | LY | H | P | DCT | | 12 |
| | Full progression | | | | | Huffman | |
| | Full progression | | | | | Arithmetic | |
| 28 | Lossless | LL | H | S | DPCM | Huffman | 2-16 |
| 29 | Lossless | LL | H | S | DPCM | Arithmetic | 2-16 |

976

977 The different coding processes specified in the JPEG Standard are closely related. By extending the
978 capability of an implementation, increasingly more 'lower level' processes can also be executed by
979 the implementation. This is shown in Tables F.1-2 ~~and F.1-3~~ for Huffman ~~and Arithmetic~~ Coding,
980 ~~respectively~~. Table F.1-4 presents the capabilities for lossless implementations.

981 ~~It is worth recognizing that implementations using arithmetic coding have the capability of~~
982 ~~performing Huffman coded operations with two Huffman tables since they must be able to~~
983 ~~execute the baseline process. Hence, by increasing the capability of operating with two~~
984 ~~additional Huffman tables, the odd-numbered coding processes with arithmetic coding (Table~~
985 ~~F.1-1) can also execute all corresponding even-numbered processes with Huffman coding~~
986 ~~(Table F.1-5).~~

987 Inclusion of a JPEG-coded image in a DICOM message is facilitated by the use of specific Transfer
988 Syntaxes which are defined in Annex A. Independent of the JPEG coding processes, the same
989 syntax applies. The only distinction for different processes in the syntax is the UID value. Table F.1-5
990 lists the UID values in the Transfer Syntax for the various JPEG coding processes for reference.

991 **Table F.1-2**
992 **RELATIONSHIP BETWEEN THE LOSSY JPEG HUFFMAN CODING PROCESSES**
993 * Coding process of column can execute coding process of row

| Process | 1 | 2 | 4 | 6 | 8 | 10 | 12 | 16 | 18 | 20 | 22 | 24 | 26 |
|---------|---|---|---|---|---|----|----|----|----|----|----|----|----|
| 1 | * | * | * | * | * | * | * | * | * | * | * | * | * |
| 2 | | * | * | * | * | * | * | * | * | * | * | * | * |
| 4 | | | * | | * | | * | | * | | * | | * |
| 6 | | | | * | * | * | * | | | * | * | * | * |
| 8 | | | | | * | | * | | | | * | | * |
| 10 | | | | | | * | * | | | | | * | * |
| 12 | | | | | | | * | | | | | | * |
| 16 | | | | | | | | * | * | * | * | * | * |
| 18 | | | | | | | | | * | | | | * |
| 20 | | | | | | | | | | * | * | * | * |
| 22 | | | | | | | | | | | * | | * |
| 24 | | | | | | | | | | | | * | * |
| 26 | | | | | | | | | | | | | * |

994

995
996
997

~~**Table F.1-3**~~
~~**RELATIONSHIP BETWEEN THE LOSSY JPEG ARITHMETIC CODING PROCESSES**~~
~~**\* Coding process of column can execute coding process of row**~~

| Process | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 17 | 19 | 21 | 23 | 25 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1+ | * | * | * | * | * | * | * | * | * | * | * | * | * |
| 3 | | * | * | * | * | * | * | * | * | * | * | * | * |
| 5 | | | * | | * | | * | | * | | * | | * |
| 7 | | | | * | * | * | * | | | * | * | * | * |
| 9 | | | | | * | | * | | | | * | | * |
| 11 | | | | | | * | * | | | | | * | * |
| 13 | | | | | | | * | | | | | | * |
| 17 | | | | | | | | * | * | * | * | * | * |
| 19 | | | | | | | | | * | | * | | * |
| 21 | | | | | | | | | | * | * | * | * |
| 23 | | | | | | | | | | | * | | * |
| 25 | | | | | | | | | | | | * | * |
| 27 | | | | | | | | | | | | | * |

998

999      + The Baseline Coding Process, which uses Huffman encoding, is required by all lossy coding processes.

1000
1001
1002

~~**Table F.1-4**~~
~~**RELATIONSHIP BETWEEN THE LOSSLESS JPEG PROCESSES**~~
~~**\* Coding process of column can execute coding process of row**~~

| Process | 14 | 15 | 28 | 29 |
|---|---|---|---|---|
| 14 | * | | * | |
| 15 | | * | | * |
| 28 | | | * | |
| 29 | | | | * |

1003

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 34

1004
1005

**Table F.1-5**
**IDENTIFICATION OF JPEG CODING PROCESSES IN DICOM**

| DICOM Transfer Syntax UID | JPEG process | JPEG description | capable of performing | |
|---|---|---|---|---|
| | | | | lossy arithmetic coding w/opt. 4 Huffman tables |
| 1.2.840.10008.1.2.4.50 | 1 | baseline | 1 | |
| 1.2.840.10008.1.2.4.51 | 2,4 | extended | 1,2,4 | |
| ~~1.2.840.10008.1.2.4.52~~ | ~~3,5~~ | ~~extended~~ | ~~1,3,5~~ | ~~ALL ≤ 5~~ |
| ~~1.2.840.10008.1.2.4.53~~ | ~~6,8~~ | ~~spect. select. NH~~ | ~~1,2,4,6,8~~ | |
| ~~1.2.840.10008.1.2.4.54~~ | ~~7,9~~ | ~~spect. select. NH~~ | ~~1,3,5,7,9~~ | ~~ALL ≤ 9~~ |
| ~~1.2.840.10008.1.2.4.55~~ | ~~10,12~~ | ~~full progression NH~~ | ~~1,2,4,6,8,10,12~~ | |
| ~~1.2.840.10008.1.2.4.56~~ | ~~11,13~~ | ~~full progression NH~~ | ~~1,3,5,7,9,11,13~~ | ~~ALL ≤ 13~~ |
| 1.2.840.10008.1.2.4.57 | 14 | lossless NH | 14 | |
| ~~1.2.840.10008.1.2.4.58~~ | ~~15~~ | ~~lossless NH~~ | ~~15~~ | |
| ~~1.2.840.10008.1.2.4.59~~ | ~~16,18~~ | ~~extended H~~ | ~~1,2,4,16,18~~ | |
| ~~1.2.840.10008.1.2.4.60~~ | ~~17,19~~ | ~~extended H~~ | ~~1,3,5,17,19~~ | ~~1,2,3,4,5,16,17,18,19~~ |
| ~~1.2.840.10008.1.2.4.61~~ | ~~20,22~~ | ~~spect. select.H~~ | ~~1,2,4,6,8,16,18,20,22~~ | |
| ~~1.2.840.10008.1.2.4.62~~ | ~~21,23~~ | ~~spect. select. H~~ | ~~1,3,5,7,9,17,19,21,23~~ | ~~1,2,3,4,5,6,7,8,9,16,17,18,19,20,21,22,23~~ |
| ~~1.2.840.10008.1.2.4.63~~ | ~~24,26~~ | ~~full progression H~~ | ~~1,2,4,6,8,10,12,16,18, 20,22,24,26~~ | |
| ~~1.2.840.10008.1.2.4.64~~ | ~~25,27~~ | ~~full progression H~~ | ~~1,3,5,7,9,11,13,17,19, 21,23,25,27~~ | ~~ALL ≤ 27, EXCEPT 14,15~~ |
| ~~1.2.840.10008.1.2.4.65~~ | ~~28~~ | ~~lossless H~~ | ~~14,28~~ | |
| ~~1.2.840.10008.1.2.4.66~~ | ~~29~~ | ~~lossless H~~ | ~~15,29~~ | |
| 1.2.840.10008.1.2.4.70 | 14 Selection Value 1 | lossless NH, first-order prediction | | |

1006

1007   **F.2 ENCAPSULATED JPEG-LS ENCODED IMAGES**

1008   The International Standards Organization (ISO/IEC JTC1/SC2/WG10) has prepared an International
1009   Standard, ISO/IS-14495-1 (JPEG-LS Part 1), for the digital compression and coding of continuous-
1010   tone still images. This standard is known as the JPEG-LS Standard.

1011   Part 1 of the JPEG-LS Standard sets out requirements and implementation guidelines for the coded
1012   representation of compressed image data to be interchanged between applications. The processes
1013   and representations are intended to be generic in order to support the broad range of applications
1014   for color and grayscale still images for the purpose of communications and storage within computer
1015   systems.

1016   The JPEG-LS Standard specifies  a single lossy (near-lossless) code process that can achieve
1017   lossless compression by constraining the absolute error value during encoding to zero. The lossless
1018   and lossy (near-lossless) coding is based on a predictive scheme with statistical modeling, in which
1019   differences between pixels and their surround are computed and their context modeled prior to

coding, with a run-length escape mechanism. This scheme achieves consistently better compression in lossless mode than the lossless processes of JPEG defined in ISO 10918-1, with less complexity.

Though a different coding process from those specified in ISO 10918-1 is used, the syntax of the encoded bit stream is closely related.

A single JPEG-LS process is used for bit depths up to 16 bits.

Inclusion of a JPEG-LS coded image in a DICOM message is facilitated by the use of specific Transfer Syntaxes that are defined in Annex A.

**F.3 ENCAPSULATED JPEG 2000 ENCODED IMAGES**

**The International Standards Organization (ISO/IEC JTC1/SC2/WG10) has prepared an International Standard, ISO/IS-15444-1 (JPEG 2000 Part 1), for the digital compression and coding of continuous-tone still images. This standard is known as the JPEG 2000 Standard.**

**Part 1 of the JPEG 2000 Standard sets out requirements and implementation guidelines for the coded representation of compressed image data to be interchanged between applications. The processes and representations are intended to be generic in order to support the broad range of applications for color and grayscale still images for the purpose of communications and storage within computer systems.**

**The JPEG 2000 Standard specifies  ... .**

**Though a different coding process from those specified in ISO 10918-1 is used, the syntax of the encoded bit stream is closely related.**

**A single JPEG 2000 process is used for bit depths up to 16 bits.**

**Inclusion of a JPEG 2000 coded image in a DICOM message is facilitated by the use of specific Transfer Syntaxes that are defined in Annex A.**

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 36

1042

1043

1044

1045

1046

1047

1048

1049

1050 **Changes to**

1051 **NEMA Standards Publication PS 3.6-2000**

1052

1053 *Digital Imaging and Communications in Medicine (DICOM)*

1054 *Part 6: Data Dictionary*

1055

1056

1057 | *Add new UIDs to Annex xx:* |

1058           **Annex A**        **Registry of DICOM unique identifiers (UID)**
1059                                            **(Normative)**

1060 Table A-1 lists the UID values which are registered and used throughout the Parts of the DICOM
1061 Standard. This central registry ensures that when additional UIDs are assigned, non duplicate values
1062 are assigned.

1063                                  **Table A-1**
1064                                 **UID VALUES**

| UID Value | UID NAME | UID TYPE | Part |
|---|---|---|---|
| 1.2.840.10008.1.1 | Verification SOP Class | SOP Class | PS 3.4 |
| 1.2.840.10008.1.2 | Implicit VR Little Endian: Default Transfer Syntax for DICOM | Transfer Syntax | PS 3.5 |
| 1.2.840.10008.1.2.1 | Explicit VR Little Endian | Transfer Syntax | PS 3.5 |
| 1.2.840.10008.1.2.2 | Explicit VR Big Endian | Transfer Syntax | PS 3.5 |
| 1.2.840.10008.1.2.4.50 | JPEG Baseline (Process 1): Default Transfer Syntax for Lossy JPEG 8 Bit Image Compression | Transfer Syntax | PS 3.5 |
| 1.2.840.10008.1.2.4.51 | JPEG Extended (Process 2 & 4): Default Transfer Syntax for Lossy JPEG 12 Bit Image Compression (Process 4 only) | Transfer Syntax | PS 3.5 |
| *1.2.840.10008.1.2.4.52* | *JPEG Extended (Process 3 & 5) (Retired)* | *Transfer Syntax* | *PS 3.5* |
| *1.2.840.10008.1.2.4.53* | *JPEG Spectral Selection, Non-Hierarchical (Process 6 & 8) (Retired)* | *Transfer Syntax* | *PS 3.5* |
| *1.2.840.10008.1.2.4.54* | *JPEG Spectral Selection, Non-Hierarchical (Process 7 & 9) (Retired)* | *Transfer Syntax* | *PS 3.5* |
| *1.2.840.10008.1.2.4.55* | *JPEG Full Progression, Non-Hierarchical (Process 10 & 12) (Retired)* | *Transfer Syntax* | *PS 3.5* |
| *1.2.840.10008.1.2.4.56* | *JPEG Full Progression, Non-Hierarchical (Process 11 & 13) (Retired)* | *Transfer Syntax* | *PS 3.5* |

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 38

| | | | |
|---|---|---|---|
| 1.2.840.10008.1.2.4.57 | JPEG Lossless, Non-Hierarchical (Process 14) | Transfer Syntax | PS 3.5 |
| ***1.2.840.10008.1.2.4.58*** | ***JPEG Lossless, Non-Hierarchical (Process 15) (Retired)*** | ***Transfer Syntax*** | ***PS 3.5*** |
| ***1.2.840.10008.1.2.4.59*** | ***JPEG Extended, Hierarchical (Process 16 & 18) (Retired)*** | ***Transfer Syntax*** | ***PS 3.5*** |
| ***1.2.840.10008.1.2.4.60*** | ***JPEG Extended, Hierarchical (Process 17 & 19) (Retired)*** | ***Transfer Syntax*** | ***PS 3.5*** |
| ***1.2.840.10008.1.2.4.61*** | ***JPEG Spectral Selection, Hierarchical (Process 20 & 22) (Retired)*** | ***Transfer Syntax*** | ***PS 3.5*** |
| ***1.2.840.10008.1.2.4.62*** | ***JPEG Spectral Selection, Hierarchical (Process 21 & 23) (Retired)*** | ***Transfer Syntax*** | ***PS 3.5*** |
| ***1.2.840.10008.1.2.4.63*** | ***JPEG Full Progression, Hierarchical (Process 24 & 26) (Retired)*** | ***Transfer Syntax*** | ***PS 3.5*** |
| ***1.2.840.10008.1.2.4.64*** | ***JPEG Full Progression, Hierarchical (Process 25 & 27) (Retired)*** | ***Transfer Syntax*** | ***PS 3.5*** |
| ***1.2.840.10008.1.2.4.65*** | ***JPEG Lossless, Hierarchical (Process 28) (Retired)*** | ***Transfer Syntax*** | ***PS 3.5*** |
| ***1.2.840.10008.1.2.4.66*** | ***JPEG Lossless, Hierarchical (Process 29) (Retired)*** | ***Transfer Syntax*** | ***PS 3.5*** |
| 1.2.840.10008.1.2.4.70 | JPEG Lossless, Non-Hierarchical, First-Order Prediction (Process 14 [Selection Value 1]): Default Transfer Syntax for Lossless JPEG Image Compression | Transfer Syntax | PS 3.5 |
| 1.2.840.10008.1.2.4.80 | JPEG-LS Lossless Image Compression | Transfer Syntax | PS 3.5 |
| 1.2.840.10008.1.2.4.81 | JPEG-LS Lossy (Near-Lossless) Image Compression | Transfer Syntax | PS 3.5 |
| **1.2.840.10008.1.2.4.90** | **JPEG ~~LS~~ 2000 Lossless Image Compression** | **Transfer Syntax** | **PS 3.5** |
| **1.2.840.10008.1.2.4.91** | **JPEG ~~LS~~ 2000 Lossy Image Compression** | **Transfer Syntax** | **PS 3.5** |
| 1.2.840.10008.1.2.5 | RLE Lossless | Transfer Syntax | PS 3.5 |
| 1.2.840.10008.1.3.10 | Media Storage Directory Storage | SOP Class | PS 3.4 |

1065

Supplement 61: JPEG 2000 Transfer Syntaxes

Page 40

1066

1067

1068

1069

1070

1071

1072

1073

1074 **Changes to**

1075 **NEMA Standards Publication PS 3.11-2000**

1076

1077 *Digital Imaging and Communications in Medicine (DICOM)*

1078 *Part 11: Media Application Profiles*

1079

1080

1081 | *Add any new profiles that use the JPEG 2000 transfer syntaxes here:*

1082