# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　*Plaintiff*,<br><br>v.<br><br>CANON, INC.,<br>　　　*Defendant*. | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA<br>CIVIL ACTION 6:20-cv-00982-ADA |

## ORDER

This Court, after considering Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Unopposed Motion for Extension of Time to File Responses to Defendant Canon, Inc.'s Motions, is of the opinion that Plaintiff's Motion should be granted.

It is therefore **ORDERED** that Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's motion is **GRANTED**, and Plaintiff's deadline to file responses to Defendant's Motions is hereby extended through and including May 24, 2021.

SIGNED this 7th day of May, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE