IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>CANON INC.,<br>    *Defendant*. | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA<br>CIVIL ACTION 6:20-cv-00982-ADA |
| CANON INC.,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>    *Third-Party Defendant*. | CIVIL ACTION 6:20-cv-00980-ADA |

**JOINT MOTION FOR EXTENSION OF TIME CONCERNING FINAL
INFRINGEMENT AND INVALIDITY CONTENTIONS DEADLINE**

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU"), Defendant Canon, Inc. ("Canon"), and third-party Defendant NXP USA, Inc. ("NXP") (collectively, the "Parties") submit this Joint Motion and respectfully request the Court grant the extension of time outlined below. On July 19, the Court entered an Agreed Amended Scheduling Order. ECF No. 33. However, the deadline for Final Infringement and Invalidity Contentions is only four days after the Markman hearing. *See* ECF No. 33 (November 5, 2021 *Markman* hearing; November 9, 2021 deadline for final infringement and invalidity contentions). Thus, the Parties respectfully request to adjust the

2

Scheduling Order to better align the case schedule with the Court's current OGP and to better afford the Parties the time needed to adequately prepare their final infringement and invalidity contentions. The Parties respectfully request the Court grant an extension of time for the following deadlines:

Deadline to serve Final Infringement and Invalidity Contentions: December 17, 2021.

Date: August 5, 2021

  */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

Respectfully submitted,

*/s/ John M. Jackson*
John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

**ATTORNEYS FOR DEFENDANT
CANON INC.**

By: /s/ *Richard S. Zembek*
Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

Adam Schramek (SBN 24033045)
adam.schramek@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR THIRD-PARTY
DEFENDANT NXP USA, INC.**