IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>CANON INC.,<br>    *Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA<br>CIVIL ACTION 6:20-cv-00982-ADA |
| CANON INC.,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>    *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**JOINT STIPULATION CONCERNING PRE-MARKMAN DEADLINES AND CONSOLIDATED *MARKMAN* BRIEFING**

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Canon Inc. ("Canon") (collectively, the "Parties") submit this Joint Stipulation to memorialize their agreement to adjust the Scheduling Order and agreement on consolidated *Markman* briefing. The Parties have agreed to adjust the Scheduling Order to afford the Parties more time to prepare for *Markman*, and to better align the case schedule with the Court's OGP. Importantly, the adjusted dates do not affect dates that would affect the Court (i.e., the *Markman* hearing date). The Parties have jointly agreed to modify the schedule as follows:

1

Defendant's Opening Claim Construction brief: August 23, 2021

Plaintiff's Response Claim Construction brief: September 13, 2021

Defendant's Reply Claim Construction brief: September 27, 2021

Plaintiff's Sur-Reply Claim Construction brief: October 11, 2021

Joint Claim Construction Statement deadline:  October 14, 2021

Technical Tutorial deadline: October 25, 2021

Additionally, the Parties have reached an agreement concerning the number of terms and page limits to govern *Markman* briefing across the above-captioned cases.  The agreement reached by the parties is set forth as follows: one consolidated brief limited to 12 terms, 40 pages for opening and response briefs, and 15 pages for reply and sur-reply briefs.[1]

Date:  August 13, 2021

Respectfully submitted,

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive,
Suite 200 Redwood Shores,
California 94065

---

[1] Canon reserves its rights to seek consolidation of the above-captioned cases on all issues.

Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:  (254) 772-6432

**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

Date:  August 13, 2021

Respectfully submitted,

*/s/ John M. Jackson*
John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

**ATTORNEYS FOR DEFENDANT CANON INC.**